LAW OFFICES

## GREENBLUM & BERNSTEIN, P.L.C.

PATENT, COPYRIGHT AND TRADEMARK MATTERS

1950 ROLAND CLARKE PLACE

RESTON, VA 20191-1411

TEL: (703) 716-1191

FAX: (703) 716-1180

EMAIL: gbpatent@gbpatent.com

www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
JOHN PRETA *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.

NAOKO OHASHI *
HARRY J. GWINNELL ◊
JEFFREY H. HANDELSMAN *
KENNETH H. SALEN ◊
SOK K. HONG ◊
TAI KONDO □
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
WILLIAM PIEPRZ ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
JAMES A. DONEGAN □

\* ADMITTED TO A BAR
   OTHER THAN VA
□ REGISTERED PATENT AGENT
◊ OF COUNSEL

August 5, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 8/7/2020

The filing at Document 92 shall remain visible only to the selected parties.

<u>VIA ECF and E-Mail</u>

The Honorable Vernon S. Broderick
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:   *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
      Civil Action No. 18-cv-11386 (VSB)

Dear Judge Broderick:

We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. On behalf of Plaintiff, we write pursuant to Rule 5.B of your Honor's Individual Rules & Practices in Civil Cases to respectfully request permission to file Plaintiff's Reply and Counterclaims to the Answer, Affirmative Defenses, and Amended Counterclaims of Defendants under seal and in redacted form.

Plaintiff respectfully requests a few minor redactions of limited nature affecting only paragraph 18 (in the section pertaining to the Answer) and paragraphs 35, 99, 131, 139, and 140 as well as the corresponding images (in the section pertaining to the Counterclaims) of Plaintiff's Reply and Counterclaims. Plaintiff's requested redactions consist of references to and descriptions of Plaintiff's trade secrets, and are consistent with its redactions in its previous pleadings, including its First Amended Complaint [D.I. 37].

Plaintiff's counsel has conferred with Defendants' counsel who does not object to the instant request.

{J734902 04426897.DOCX}

The Honorable Vernon S. Broderick	August 5, 2020	Page -2-

     Plaintiff's proposed redactions are highlighted in yellow in the enclosed copy of Plaintiff's Reply and Counterclaims to the Answer, Affirmative Defenses, and Amended Counterclaims of Defendants.

     For the aforementioned reasons, Plaintiff respectfully requests permission from this Court to file its Reply and Counterclaims to the Answer, Affirmative Defenses, and Amended Counterclaims of Defendants under seal and in redacted form.

     Respectfully submitted,

     */s/ Neil F. Greenblum*

     Neil F. Greenblum

cc:	All counsel of record (via email and ECF)