**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., GE MEDICAL SYSTEMS ISRAEL LTD., JEAN-PAUL BOUHNIK, SERGIO STEINFELD, ARIE ESCHO, and NATHAN HERMONY,<br><br>        Defendants. | Case No.: 18-cv-11386 (VSB)<br><br>**NOTICE OF MOTION TO DISMISS IN PART PLAINTIFF'S COUNTER-COUNTERCLAIMS** |

   **PLEASE TAKE NOTICE** that, upon their accompanying Memorandum of Law and all prior proceedings, pleadings, and filings in this Action, Defendants General Electric Company ("GE") and Sergio Steinfeld ("Steinfeld") and non-party Yaron Hefetz ("Hefetz"), by and through their undersigned counsel, shall move in this matter before this Court located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York 10007, before the Honorable Vernon S. Broderick, United States District Judge, at a date and time to be determined by the Court, to dismiss all of Plaintiff's counter-counterclaims as to Hefetz pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure; to dismiss all of Plaintiff's counter-counterclaims as to Steinfeld pursuant to Rule 12(b)(1); to dismiss Plaintiff's first and fourth counter-counterclaims, as well as the anticipation and obviousness portions of Plaintiff's second and fifth counter-counterclaims, as to Steinfeld pursuant to Rule 12(b)(2); to dismiss Plaintiff's first and fourth counter-counterclaims, as well as parts of Plaintiff's second and fifth counter-counterclaims, as to GE and Steinfeld pursuant to Rule 12(b)(6); and to dismiss Plaintiff's third and sixth counter-counterclaims as to Steinfeld pursuant to Rule 12(b)(6).

| | |
|---|---|
| Dated: Atlanta, Georgia<br>September 9, 2020 | Respectfully submitted,<br><br>**THOMPSON HINE LLP**<br><br>/s/ *Marla R. Butler*<br>Marla R. Butler<br>Carl Wesolowski (*pro hac vice*)<br>Lauren Hogan (*pro hac vice*)<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326<br>Tel.: (404) 541-2900<br>Fax: (404) 541-2905<br>Marla.Butler@ThompsonHine.com<br>Carl.Wesolowski@ThompsonHine.com<br>Lauren.Hogan@ThompsonHine.com<br><br>Jesse Jenike-Godshalk (*pro hac vice*)<br>312 Walnut Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Tel.: (513) 352-6700<br>Fax: (513) 241-4771<br>Jesse.Godshalk@ThompsonHine.com<br><br>Brian Lanciault<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017<br>Tel.: (212) 344-5680<br>Fax: (212) 344-6101<br>Brian.Lanciault@ThompsonHine.com<br><br>*Attorneys for Defendants*<br>*General Electric Company, GE Healthcare, Inc., GE Medical Systems Israel Ltd., Jean-Paul Bouhnik, Sergio Steinfeld,*<br>*Arie Escho, and Nathan Hermony and for Non-Party Yaron Hefetz* |