# Exhibit J

**ORCHID RUSHENAS**

| | |
|---|---|
| **From:** | Jenike-Godshalk, Jesse <Jesse.Jenike-Godshalk@thompsonhine.com> |
| **Sent:** | Wednesday, September 09, 2020 4:35 PM |
| **To:** | JEFFREY HANDELSMAN; Butler, Marla R. |
| **Cc:** | Lanciault, Brian; Hogan, Lauren; NEIL GREENBLUM; BRANKO PEJIC; ORCHID RUSHENAS |
| **Subject:** | RE: Spectrum v. GE (G&B Ref. J734902) |

Jeff,

My apologies. We're continuing to work on the protective order, which—as you know—is quite lengthy. And as you might expect, we've been preoccupied with our Motion to Dismiss Spectrum's Counter-Counterclaims, which is due later today. While I understand your desire to nail down the protective order, this does not seem to be particularly urgent, especially now that the parties have agreed to treat any documents produced in the interim as Attorneys' Eyes Only. Please let me know, however, if you are planning to produce documents presently and you feel that the current arrangement in place is not sufficient.

Thanks,
Jesse

**Jesse Jenike-Godshalk** | Attorney | **Thompson Hine LLP**
312 Walnut Street, 14th Floor | Cincinnati, OH 45202-4089
**Office:** 513.352.6702 | **Mobile:** 513.910.0563
**Fax:** 513.241.4771 | **Email:** Jesse.Jenike-Godshalk@ThompsonHine.com
**Visit our new website at** www.ThompsonHine.com.



---

**From:** JEFFREY HANDELSMAN <jhandelsman@gbpatent.com>
**Sent:** Tuesday, September 8, 2020 10:41 AM
**To:** Butler, Marla R. <Marla.Butler@thompsonhine.com>
**Cc:** Lanciault, Brian <Brian.Lanciault@thompsonhine.com>; Hogan, Lauren <Lauren.Hogan@thompsonhine.com>; Jenike-Godshalk, Jesse <Jesse.Jenike-Godshalk@thompsonhine.com>; NEIL GREENBLUM <NGREENBLUM@gbpatent.com>; BRANKO PEJIC <BPEJIC@gbpatent.com>; ORCHID RUSHENAS <orushenas@gbpatent.com>
**Subject:** RE: Spectrum v. GE (G&B Ref. J734902)

**CAUTION EXTERNAL EMAIL**
Marla/Jesse,

We write further to our August 13, 2020 email below. When can we expect to receive your comments to the draft Protective Order?

Regards,
Jeff

Jeffrey H. Handelsman
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
USA
http://www.gbpatent.com
Ph.: 703-716-1191
Fax: 703-716-1180
*********************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. In rare cases, our spam scanners may eliminate legitimate email from clients unnoticed. Please immediately advise us if you receive an error notification from our server.
*********************************************************************

---

**From:** JEFFREY HANDELSMAN
**Sent:** Thursday, August 13, 2020 2:53 PM
**To:** Butler, Marla <Marla.Butler@thompsonhine.com> (Marla.Butler@thompsonhine.com) <Marla.Butler@thompsonhine.com>
**Cc:** Lanciault, Brian <Brian.Lanciault@thompsonhine.com>; Hogan, Lauren <Lauren.Hogan@thompsonhine.com>; Jenike-Godshalk, Jesse <Jesse.Jenike-Godshalk@thompsonhine.com>; NEIL GREENBLUM <NGREENBLUM@gbpatent.com>; 'BRANKO PEJIC' <BPEJIC@gbpatent.com>; ''ORCHID RUSHENAS' (orushenas@gbpatent.com)' <orushenas@gbpatent.com>
**Subject:** Spectrum v. GE (G&B Ref. J734902)

Marla,

Attached is a draft Protective Order for your review. Please let us know if you would like to discuss further.

We are working on the joint letter to the Court and expect to send you a draft tomorrow.

Regards,
Jeff

Jeffrey H. Handelsman
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
USA
http://www.gbpatent.com
Ph.: 703-716-1191
Fax: 703-716-1180
*********************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. In rare cases, our spam scanners may eliminate legitimate email from clients unnoticed. Please immediately advise us if you receive an error notification from our server.
*********************************************************************