UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL  :
LIMITED, :
:
                       Plaintiff, : 18-cv-11386 (VSB)
:
       -against- : **ORDER**
:
GENERAL ELECTRIC COMPANY, et al, :
:
                     Defendants. :
:
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Court has been notified that Docket Entry 110 was filed in error. Accordingly, Docket Entry 110 shall be stricken from the record, and the pdf removed.

SO ORDERED.

Dated: September 24, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge