```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #: _____                     │
│                      10/14/2020           │
│ DATE FILED: _____                │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                          :
SPECTRUM DYNAMICS MEDICAL                 :
LIMITED,                                  :
                                          :
                  Plaintiff,              :        18-cv-11386 (VSB)
                                          :
          -against-                       :          **ORDER**
                                          :
GENERAL ELECTRIC COMPANY, GE              :
HEALTHCARE, INC., GE MEDICAL              :
SYSTEMS ISRAEL LTD., JEAN-PAUL            :
BOUHNIK, SERGIO STEINFELD, ARIE           :
ESCHO, NATHAN HERMONY, and                :
YARON HEFETZ,                             :
                                          :
                  Defendant.              :
                                          :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of the parties' Proposed Case Management Plan and Scheduling Order

(Doc. 114).  Accordingly, it is hereby:

        ORDERED that the Court will hold a telephonic status conference in the above-captioned

case on October 20, 2020 at 12:00 PM.  Counsel for the parties should be prepared to discuss

why they need this much time to complete discovery and whether they can shorten the discovery

period.  The call-in number for the conference is 888-363-4749 and access code is 2682448.


SO ORDERED.

Dated: October 14, 2020
        New York, New York

                                          Vernon S. Broderick
                                          United States District Judge