USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                Defendants.

ORDER SCHEDULING DISCOVERY CONFERENCE

18-CV-11386 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial duties including scheduling, discovery, non-dispositive pretrial motions, and settlement (Doc. No. 121).  A telephonic Discovery Conference will be held on **Tuesday, December 8, 2020 at 12:00 p.m.** to address the parties' outstanding discovery disputes.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **SO ORDERED.**

Dated:   October 22, 2020
           New York, New York

                                          KATHARINE H. PARKER
                                          United States Magistrate Judge