```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL :
LIMITED, :
  :
                         Plaintiffs, :      18-cv-11386 (VSB)
  :
        -against- :          **ORDER**
  :
GENERAL ELECTRIC COMPANY et al., :
  :
                        Defendants. :
  :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' Third Amended Joint Proposed Schedule. (Doc. 132-1.) The parties still dispute whether discovery deadlines beyond September 2021 should be contingent on a *Markman* ruling during that time, (*id.* at 1 n.1,) and what the proper cutoff date is for the privilege log, (*id.* at 2 n.3.) The parties did not submit a revised Proposed Case Management Plan. Accordingly, it is hereby:

      ORDERED that A) the cutoff date for the privilege log shall be December 19, 2018, and B) the parties shall submit a revised Proposed Case Management Plan and updated proposed schedule for my review. I will hold in abeyance a ruling on any potential delay in discovery due to a *Markman* ruling until a date closer to that hearing.

SO ORDERED.

Dated: October 28, 2020
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge