USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL :
LIMITED, :
:
                Plaintiff, :      18-cv-11386 (VSB)
:
    -against- :      **ORDER**
:
GENERAL ELECTRIC COMPANY et al., :
:
            Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of the parties Fourth Amended Joint Proposed Schedule. (Doc. 127-1.) In the proposed schedule, the parties propose a *Markman* hearing sometime in June 2021. (*Id.*) Accordingly, it is hereby:

    ORDERED that the parties submit a joint letter on or before April 1, 2021, that details the parties' respective positions with regard to expert testimony and live testimony at the *Markman* hearing.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge