USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPECTRUM DYNAMICS MEDICAL LIMITED,

                Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                Defendants.

ORDER SCHEDULING DISCOVERY CONFERENCE

18-CV-11386 (VSB)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A telephonic Discovery Conference will be held on **Friday, January 8, 2021 at 10:00 a.m.**

Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

Dated:   December 18, 2020
           New York, New York

*[Signature: Katharine H. Parker]*

                          KATHARINE H. PARKER
                        United States Magistrate Judge