# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK

CHICAGO      CLEVELAND      DAYTON      WASHINGTON, D.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____01/01/2021
```

December 28, 2020

**SO ORDERED:**

*Katharine H Parker*

**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**
01/01/2021

*VIA ECF*
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
     Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

On behalf of Defendant General Electric Company ("GE"), we write pursuant to Federal Rule of Civil Procedure 5.2(e), <u>Your Honor's Individual Rule of Practice III(d), and the parties' Stipulated Confidentiality and Protective Order (the "Protective Order") (Doc. 156) to request that one paragraph contained in Document Number 161, the transcript of the parties' appearance before Your Honor on December 18, 2020, be redacted and filed under seal.  GE respectfully requests that before the transcript is made publicly available, the court reporter be directed to redact GE's counsel's statement at page 18, lines 14 through 18, of the transcript. The proposed redaction is set forth in Exhibit 1 hereto.  Plaintiff does not object to this request.</u>

The presumption of public access to judicial documents can be overcome if countervailing factors warrant confidentiality. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006); *see also Nixon v. Warner Commc'ns Inc.*, 435 U.S. 589, 598 (1978). Sealing of records may be justified to preserve "higher values," including the need to protect an entity from competitive injury.  *Lugosch*, 435 F.3d at 124; *see also Tropical Sails Corp. v. Yext, Inc.*, No. 14-cv-7582, 2016 U.S. Dist. LEXIS 49029, at *10-11 (S.D.N.Y. Apr. 12) (risk of "competitive injury is sufficiently serious to warrant protection" of proprietary business information). Consistent with this, courts routinely permit sealing and redaction of competitively sensitive proprietary business information. *See, e.g.*, *Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015); *Encyclopedia Brown Prods., Ltd. v. Home Box Office. Inc.*, 26 F. Supp. 2d 606, 614 (S.D.N.Y. 1998); *see also Nixon*, 435 U.S. at 598 (recognizing need to seal information that might "harm a litigant's competitive standing").

Here, the discussion in the transcript (Doc. 161 at 18:14-18) concerns GE's development of a certain product that is not publicly available. That information is competitively sensitive and proprietary information of GE that, if disclosed, would pose a substantial risk of harm to GE. and constitutes "Highly Confidential – Attorneys' Eyes Only" information under the Protective Order. (Doc. 156.). This is the sort of competitively sensitive information that courts consistently protect from disclosure. *See, e.g.*, *Ferring B.V. v. Allergan, Inc.*, No. 12-cv-2650, 2017 U.S. Dist. LEXIS 150239, at *16 (S.D.N.Y. Sep. 7) (granting motion to seal documents containing proprietary

Marla.Butler@ThompsonHine.com  Fax: 404.541.2905  Phone: 404.407.3680

---

**THOMPSON HINE** LLP
**ATTORNEYS AT LAW**

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone:  404.541.2900
Fax:  404.541.2905



information related to product development); *Encyclopedia Brown*, 26 F. Supp. 2d at 612 (sealing documents reflecting sensitive trade secret information).  This is particularly the case where, as here, the information to be sealed was not relevant to the Court's resolution of any issue.  *Cf. Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F. 3d 132, 143 (2d Cir. 2016) (denying sealing request where documents were "highly relevant to the exercise of Article III judicial power").

GE's request is narrowly tailored to protect GE's highly confidential information and does not deprive the public of access to critical information. <u>GE respectfully requests that the Court permit GE's requested redaction in the publicly available version of the December 18, 2020 transcript (Doc. 161).</u>

Very truly yours,

/s/ *Marla R. Butler*
THOMPSON HINE LLP
Marla R. Butler
Carl Wesolowski (*pro hac vice*)
Lauren Hogan (*pro hac vice*)
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com
Carl.Wesolowski@ThompsonHine.com
Lauren.Hogan@ThompsonHine.com

Brian Lanciault
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

*Attorneys for Defendants*
*General Electric Company, GE Healthcare,*
*Inc., GE Medical Systems Israel Ltd., Jean-*
*Paul Bouhnik, Sergio Steinfeld,*
*Arie Escho, and Nathan Hermony and for Non-*
*Party Yaron Hefetz*

cc:  All Counsel of Record via ECF

PI DO@? NO<O@N ?DNOMD>O >JPMO
NJPOC@MI ?DNOMD>O JA I@R SJMF

Db f Y7                                          7
                                                     ?cW_Yh $. 7. 5*WÝ*..053*
NK@<MPH ?SI<HD>N H@?D<G GDHDO@)   7   QN=*FCK

                    K UJ bh]ZZ)                  7

      *  U[ UJ bgh *                             7

   B@ @M<G @G@<OMD> >JHK<IS) Yh U +)  7   I Yk Scf _) I Yk Scf _
                                                     ?YWYaVYf .5) / -/-
                    ?YZYbXUbhg+                  7

********************************* 7   O@G@KCJI @ >JIA@M@I>@

                    KMJ>@@?DIBN =@AJM@
          CC@ CJIJM<=G@ EP?B@ F<CC<MDI @ C+ K<MF@M)
             PI DO@? NO<O@N H<BDNOM<O@ EP?B@

<KK@<M<I>@N7

Acf K UJ bh]ZZ7            MDQFDI M<?G@M GGK
                              =S7 BM@BJMS ?+ HDGG@M) @NL+
                              / 2 HUb NhfYYh
                              >cifh K UhU Icfh\ * NìÕ]hY 2-.
                              CUW_YbgUW ) I Yk EYfgYm -43-.
                              / -. */54*/13-

                              BM@@I =GPH % =@MINO@DI) K+G+<+
                              =S7 I@DG A+ BM@@I=GPH) @NL+
                                 K@EO@M =M<IFJ K@ED>) @NL+
                              . 62- Mc`UbX >`Uf_Y K UWY
                              MYghcb) QÝf[]b]U / -.6.
                              4-0*4.3*..6.

Of UbgW] dh]cb NYfj]]WY7   >Ufc`Y G IXk][) ' 0( -1) 0, / 2, .-  &+03, )+1
                              . 22 @Ugh Acif\ NhfYYh $0>
                              I Yk Scf _) I Yk Scf _ . ---6
                              K\ cbY7   '/./( 1/-*-44.
                              @aU]`7   Of UbgW] dh]cb1/-;Uc +Wca

KfcWYYX]b[g WcbXin WhYX hY Yd\cb] WU `m UbX fWWcfXYX Vm
YWWhcbW gcibX fYWcfX]b[8
Of UbgW] dh dfcXiWYX Vm hfUbgW] dh]cb gYfj]]WY

<KK@<M<I>@N * >JICDIP@?7

Acf ?YZYbXUbhg7

CCJHKNJI CDI@
=S7 H<MG< M+ =PCG@M) @NL+
Ckc <``]UbWY >YbhYf
023- GYbcl M<UX I@ Ni]hY .3--
<h`UbhU) BYcf[]U 0-0/3
1-1*21.*/6--

CCJHKNJI CDI@ GGK
=S7 E@NN@ G+ E@?DF@?BJ?NC<GF) @NL+
0./ RU bih Nhf YYh * .1h\ A`ccf
>]bW]bbUh]) J\]c 12/-/
2.0*02/*34-/

CCJHKNJI CDI@ GGK
=S7 =MD<I KCDGDK G<I>D<PGO) EM+
002 HUX]gcb <jYbiY
IYk Scf_) IYk Scf_ .--.4
/./*6-5* 0612

KMJ>@@?DI BN                              1

OC@ >G@MF7   >U``]b[ WUgY .5 W]j]`` ..053) NdYWhfia
?mbUa]Wg HYX]WU` jg+ BYbYfU` @ YWhf]W >cadUbm) h\Y
Ccbcf UV`Y FUh\Uf]bY C+ KUf_Yf) df Yg]X]b[+

=Y[]bb]b[ k]h\ Wcibg Y` Zcf h\Y d`U]bh]ZZg) WUb mci
d`YUgY aU_Y mci f UddYUfUbcY Zcf h\Y fYWcfX9

HM+ BM@BJMS HDGG@M7   BccX acfb]b[) BfY[cfmH]``Yf)
M]j_]b MUX`Yf GGK) cb VY\U`Z cZ h\Y d`U]bh]ZZ+ <`gc k]h\ aY
cb h\Y WU`` ]g IY]`` BfYYbV`ia UbX =fUb_c KY^]W ZfcaU h\Y
BfYYbV`ia % =YfbghY]b `Uk Z]fa+ BccX acfb]b[ U[U]b+

CJI JMk=G@ F<OC<MDI @ C+ K<MF@M ' OC@ >JPMO(7   BccX
acfb]b[+

OC@ >G@MF7   <bX Wcibg Y` Zcf h\Y XYZYbXUbhg) Wci`X
mci d`YUgY aU_Y mci f UddYUfUbcY Zcf h\Y fYWcfX9

HN+ H<MG< =POG@M7   SYg+ O\]g ]g HUf`U =ih`Yf+ <bX
k]h\ aY UfY am Wc``YU[iYg) EYggY EYb]_Y*BcXg]U`_ UbX =f]Ub
GUbW]`U`h) Zcf XYZYbXUbhg) Zfca O\cadgcb C]bY+

OC@ >JPMO7   BccX acfb]b[+

HN+ =POG@M7   BccX acfb]b[+

OC@ >JPMO7   J_Um) gc kY UfY \YfY hcXUm hc hU`_ UVcih
hkc ach]cbg) h\Y ach]cb Vm NdYWhfia hc ']bX]gWfYf`V`Y( acfY
XYhU]`]YX ]bZf]b[YaYbh WcbhYbh]cbg) UbX h\Y ach]cb hc gYfjY
WcbhYbh]cb ]bhYffc[Uhcf]Yg+ Nc k\Uh D&X `]_Y hc Z]fgh Xc ]g
hU`_ UVcih h\Y XYhU]`YX ]bZf]b[YaYbh WcbhYbh]cbg+ D kUbh hc
ibXYfghUbX U `]hh`Y V]h acfY k\Uh NdYWhfia ]g gUm]b[+ <bX

KMJ>@@?DIBN                          2

```
.   h`]g h]Yg U `]hh`Y V]h ]bhc h`Y hfUXY*gYW!Yh ]ggi Y h\Uh **
/   U W!U]a) D VY`]YjY) h\Uh NdYWhfia \Ug UggYfhYX+
0           Nc) Hf+ H]``Yf) UfY mci [c]b[ hc VY gdYPU_]b[ Zcf
1   mci f W]Ybh9
2           HM+ HDGG@W7  <WhiU``m) ]h k]`` VY Hf+ =fUb_c KY^]W
3   k\c k]`` VY aU_]b[ cif Uf[iaYbh hcXUm+
4           HM+ =M<IFJ K@ED>7  BccX acfb]b[) mcif Ccbcf+
5           OC@ >JPMO7  J_Um+ Nc VYZcfY kY [Yh ghUfhYX) `Yh aY
6   ^igh fYa]bX YjYfmVcXm h\Uh h]g WU`` ]g cdYb hc h\Y dfYgg
.-  UbX diV`]W cb U `]ghYb*cb`m VUg]g+ RY UfY aU_]b[ U
..  fYWcfX]b[+ DZ mci&X `]_Y U hfUbgWf]dh) mci \UjY hc cfXYf ]h
./  k]h\]b h\fYY XUmg+ O\Y >cifh ch\Yfk]gY dfc\]V]hg h\Y
.0  fYWcfX]b[ UbX fYVfcUXWUgh]b[ cZ Wcifh WcbZYfYbWYg+ <bX D&X
.1  Ug_ U`` h\Y dUfh]Yg hc _YYd h\Y]f d\cbYg cb aihY ib`Ygg
.2  h\Ym&fY gdYU_]b[+  <bX Zcf h\Y VYbYZ]h cZ Ubm Wcifh
.3  fYdcfhYf k\c aUm hfUbgWf]VY h\Y hfUbgWf]dh) d`YUgY ghUhY
.4  mcif Zi`` bUaY VYZcfY mci gdYU_+
.5          <`` f]`[\h) gc D&`` Z]fgh \Uf Zfca NdYWhfia+
.6          HM+ K@ED>7  BccX acfb]b[) mcif Ccbcf+  O\]g ]g
/-  =fUb_c KY^]W+  <bX D k]`` Z]fgh gdYU_ hc h\Y ach]cb gYY_]b[
/.  acfY XYhU]`]YX ]bZcfaUh]YbYbh WcbhYbh]cbg Zfca XYZYbXUbhg+
//  =Ug]WU``m) k\Uh NdYWhfia&g hfm]b[ hc Xc \YfY ]g ghfUUm`]bY
/0  h\Y WUgY giW\ h\Uh kY Xcb&h YbX id ]b U g]hiUh]cb k\YfY
/1  kY&fY \Uj]b[ hc hU_Y gYjYbhm XYdcg]h]cbg UbX U`` h\Y ch\Yf
```

KMJ>@@?DIBN                                        3

h\]b[g h\Uh UfY UggcW]UhYX ]Z WcbhYbh]cb ]bhYffc[Uhcf]Yg
UfY bch gYfj]WYX+

    =ih gdYW]Z]WU``m) k]h\ fYgdYWh hc h\Y ]bZf]b[YaYbh
WcbhYbh]cbg) h\]g ]g Ub ]bhYfYgh]b[ g]hiUh]cb k\YfY
NdYWhfia W`U]ag h\Uh h\YgY dUhYbhg UfY h\Y fYgi`h cZ
a]gUddfcdf]UhYX hfUXY gYWfYhg+ <bX hc h\Y YlhYbh h\Uh
XYZYbXUbhg gYY_ hc ghfYhW\ h\Y W`U]a gWcdY hc WcjYf h\Y
UWWigYX XYj]WY) h\cgY W`U]ag UfY ]bjU`]X Ug cbj]ci g+

    JbY cZ h\Y h\]b[g h\Uh Wcad`]WUhYg h\Y ZUWh cZ h\Y
XYhU]`YX WcbhYbh]cb ]bhYf ** bch WcbhYbh]cb
]bhYffc[Uhcf]Yg ** D&a gcffff** h\Y ]bZf]b[YaYbh
WcbhYbh]cbg ibXYf h\Y `cWU` dUhYbh fi`Yg ]g h\Y d`U]bh]ZZg
\UjY ^igh ]XYbh]Z]YX U XYj]WY UbX WYfhU]b W`U]ag h\Uh UfY
]bZf]b[YX k]h\cih Yld`U]b]b[ k\YfY h\Y ZYUhifY cb h\Y
XYj]WY ]g) Ug kY`` Ug k\Yh\Yf h\Y W`U]a ]g VY]b Wcbghfi YX
ibXYf NYWh]cb ../ Ug aYUbg d`ig ZibWh]cb+ Aifh\Yf) h\Y
XYZYbXUbhg Xc bch ghUhY k\Yh\Yf h\Y ]bZf]b[YaYbh ]g X]fYWh
cf `]hYfU` cf YjYb ibXYf h\Y XcWhf]bY cZ Yei]jU`YbWY+
<bX **

    OC@ >JPMO7  RY``) Hf+ KY^]W]V D&a `cc_]b[ f][\h bck
Uh k\Uh XYZYbXUbh \Ug dfcj]XYX hc mci+  Nc h\YfY&g hkc
XYj]WY g) Ug D ibXYfghUbX ]h) U`h\ci[\ h\Ym kcf_ jYfm
g]a]`Uf`m) UbX h\YfY&g hkc dUhYbhg Uh ]ggiY) Ug D
ibXYfghUbX ]h+

KMJ>@@?DI BN                                    4

.        HM+ K@ED>7    SYg)  mcif  Ccbcf+

/        OC@ >JPMO7   J_Um+ <bX Ug D ibXYfghUbX ]h)  NdYWhfia

0    ]g gUm]b[  UbX Vfci[\h h\]g UWh]cb gUm]b[  h\Uh XYZYbXUbhg

1    ghc`Y WYfhU]b hfUXY gYWfYhg)  UbX mci  ]XYbh]Z]YX h\cgY hfUXY

2    gYWfYhg ]b mcif >cad`U]bh)  UbX EiX[Y =fcXYf]W_ X]ga]ggYX

3    h\Y WWU]ag Ug hc WYfhU]b hfUXY gYWfYhg Vih ch\Yf ]XYbh]Z]YX

4    hfUXY gYWfYhg UfY gh]`` ]b d`Um+ <bX mci Vfci[\h h\Y WWU]a

5    gUm]b[ h\Uh h\YgY kYfY mcif hfUXY gYWfYhg) h\Uh XYZYbXUbhg

.-   ghc`Y h\Ya UbX h\Ym igYX h\Ya Zcf h\YgY hkc XYj]WYg) f]][\h)

..   h\Y ]a]hUh]cb XYj]WY)  Ug mci WU`` ]h)  UbX h\Uh h\Ym&fY

./   ]a]hUh]cb  h\Y Q@MDOJI  UbX h\Y Q@MDOJI*>O9

.0       HM+ K@ED>7   O\Uh ]g WcffYWh)  mcif Ccbcf+

.1       OC@ >JPMO7   J_Um+ Nc mci&jY ]XYbh]Z]YX UbX h\Y

.2   >cifh \Ug UWWYdhYX WYfhU]b cZ h\cgY hfUXY gYWfYhg+ <bX

.3   mci&fY gUm]b[  h\Uh h\Ym kYfY ih]`]nYX ]b h\YgY U``YXYX'm

.4   WcdmWUh aUW\]bYg+ Ick)  h\Y Wc]bhYfW`U]a ]g gUm]b[ bc) h\YgY

.5   aUW\]bYg UfY VUgYX cb cif ckb hYW\bc`c[m) UbX mci&fY gUm]b[

.6   bc) ]h&g bch UbX hfm]b[ hc ibjU`]XUhY h\Y]f dUhYbh+

/-       Nc kY&fY hU`_]b[  UVcih h\YgY aUW\]bYg+  <bX k\Yb

/.   D&a `cc_]b[ Uh k\Uh XYZYbXUbh \Ug dfcj]XYX)  D gYY Zcf

//   KUhYbh 106 ]h \Ug ** XYZYbXUbh \Ug gdYW]Z]WU``m ]XYbh]Z]YX

/0   h\Y dUfh]W``Uf W`U]a Zfca h\Uh dUhYbh UbX h\Yb ]h \Ug

/1   dfcj]XYX d]Whifyg cZ mcif aUW\]bY k]h\ Ub Yld`UbUh]cb cZ

/2   \ck B@VY`]YjYg h\Uh ]h ]bZf]b[Yg cb ]hg dUhYbh+ Ick)

/ dfYgiaUV`m mci _bck h\Y hfUXY gYW`Yhg+ D aYUb) D&a h\]b_]b[

0 mci WUb ^igh hU_Y h\]g W`Ufh UbX mci WUb ^igh dih h\Y hfUXY

1 gYW`Yhg f][\h bY<l h hc h\YgY W`U]ag h\Uh h\]g ]g ** D&a

2 Uggia]b[ h\Uh h\Y hfUXY gYW`Yhg \UjY hc Xc dfYW`gY`m k]h\

3 h\Y gUaY W`U]ag+ HUmVY D&a kfcb[ UVcih h\Uh) Vih D Xcb&h

4 ibXYfghUbX k\Uh Y`UWh`m ]g XYZ]W`Ybh Uh h\]g ghU[Y cZ h\Y

5 `]h][Uh]cb k]h\ h\]g dfYhhm XYhU]`YX W`Ufh h\Uh B@`\Ug

6 dfcj]XYX UbX ]bW`iX]b[ cih`]b]b[ gdYW`Z]WU``YWg cZ h\Y

.- Q@`MDOJI) mci _bck) YbW`fW`]b[ ]h UbX hU`_]b[ UVcih \ck ]h

.. fY`UhYg hc h\Y W`U]a+

./                     HM+ K@ED>7   Sci f Ccbcf) h\]g ]g =fUb_c **

.0                     OC@ >JPMO7   Nc ]Z **

.1                     HM+ K@ED>7   J\) D&a gcffm+ ?]X D W`h mci cZZ) mcif

.2 Ccbcf 9

.3                     OC@ >JPMO7   I c+   Bc U\YUX+

.4               D bYYX U VYhhYf Yl d`UbUh]cb Ug hc k\Uh ]g a]gg]b[+

.5                     HM+ K@ED>7   J_Um+ Sci UfY UVgc`ih Y`m Wcff YWh8 UbX

.6 ]b ZUWh) ]b NdYWhfia&g ]bjU`]X]hm Wcbhybh]cbg h\Uh kYfY

/- gYfj]WYX UVf`]Yf h\]g kYY_) kY X]X Yl UWh`m h\Uh+

/.                     OC@ >JPMO7   J_Um+

//                     HM+ K@ED>7   =ih k\Uh ]g a]gg]b[ ]b) Zcf Yl Uad`Y)

/0 mci hU_YX UVcih h\Y XYhU]`YX W`U]a W`Ufhg Zcf >`U]a . cZ

/1 h\Y 106 dUhYbh) Vih h\Y fYaU]b]b[ W`U]ag XYdYbXUbhg ^igh

/2 gUm) #NYY UVcjY) # ]bW`iX]b[ Zcf ]bXYdYbXYbh W`U]ag cZ

KMJ>@@?DIBN                                                          6

X]ZZYfYbh gWcdY+ Nc) Uh U a]b]a]a) NdYWhfia VY`]YjYg h\Uh

h\Y XYZYXbXUbhg g\ci`X dfcj]XY U XYhUJ`YX W!Ufh Zcf

U`` h\Y W!UJag) bch ^igh ]bXYdYbXYbh >`UJag . cZ h\Y 262

dUhYbh UbX h\Y 106 dUhYbh+  O\Y W!UJa W!Ufhg kYfY dfcj]XYX

Zcf ^igh h\cgY hkc W!UJag) bch U`` h\Y W!UJag UggYfhYX+

        OC@ >JPMO7   J_Um+ =ih) Ug D ibXYfghUbX ** `]_Y)

Zcf Ylampl`Y) D&a `cc]b[ Uh >`UJa / Zcf h\Y Z]fgh dUhYbh ]b

]ggiY) dUhYbh ]b gi]h) k\]W! h\cgY UfY ** h\Ym&fY ^igh

fYZYfYbWJb[ h\Y UddUfUhig ]b >`UJa .) UbX h\Yb h\Ym&fY

[c]b[ ]bhc h\]g XYgW!]dh]cb Zcf h\]g W!UJa k]h\ h\Y kY][\h

WcadYbgUh]cb ib]h h\] h\Y WcibhYfVU`UbWWY) UbX h\Yb h\Ym&fY

XYgW!]V]b[ ** gc D h\]b_ hkc ]g fY`UhYX hc cbY Vih ]g

acX]Zm]b[ ]h U `]hh`Y V]h+  Nc D&a bch ** WUb mci Yld`U]b U

`]hh`Y V]h acfY **

        HM+ K@ED>7   SYg) mci f Ccbcf+ Sci&fY UVgc`ihY`m

f]]\h+ <bX ]b Xc]b[ >`UJa . UbX / ]b h\Uh aUbbYf ]g

Uddfcdf]UhY VYWUigY >`UJa / ]g U XYdYbXYbh W`UJa Zfca

>`UJa .+

        OC@ >JPMO7   MJ[\h+

        HM+ K@ED>7   Nc ]h ]g Uddfcdf]UhY hc fYZYfYbWW

>`UJa .+ =ih ]Z mci&`` hifb h\Y dU[Y) h\Yb) hc `cc_ Uh

>`UJa 6) k\]W! ]g ]hgY`Z Ub ]bXYdYbXYbh W`UJa \Uj]b[

X]ZZYfYbh gWcdY UbX X]ZZYfYbh `]a]hUh]cbg) U`` h\Uh ]g

dfcj]XYX ]g U #NYY UVcjY+# <bX k\Uh NdYWhfia VY`]YjYg ]g

KMJ>@@?DIBN

.   ]h&g Uddfcdf]UhY hc dfcj]XY h\Y gUaY `]a]hUh]cb*Vm*
/   `]a]hUh]cb UbU`mg]g Zcf h\Y ]bXYdYbXYbh W`U]ag VYWUigY h\Ym
0   UfY cZ U X]ZZYfYbh gWcdY UbX WcbhU]b X]ZZYfYbh `]a]hUh]cbg+
1   OC@>JPMO7  J_Um+ J_Um) gc k\Uh&g fYU`m **
2   HM+ I@DG BM@@!=GPH7  Scif Ccbcf **
3   OC@>JPMO7  ** k\Uh mci&fY gUm]b[ ]g mci bYYX acfY
4   XYhU]`  cb h\Y ']bX]gW\Yfb]V`Y(+
5   J_Um) gc **
6   HM+ BM@@!=GPH7  Scif Ccbcf) h\]g ]g IY]`
.-  BfYYbV`ia+ D Xcb&h kUbh hc ]bhYfZYfY k]h\ h\Y X]U`c[iY h\Uh
..  mci&jY VYYb \Uj]b[) Vih g]bWY h\]g ]g Ub YUf`m ghU[Y cZ h\Y
./  WUgY UbX mcif Ccbcf \Ug cVj]cig`m ghi]XYX h\Y aUhhYf
.0  WUfYZi``m) h\YfY ]g U hfUW_ h\Uh mci&fY [c]b[ Xckb h\Uh D
.1  ^igh kUbhYX hc U`Yfh mci hc gc h\Uh h\Y kY Xcb&h [Yh cZZ cb h\Y
.2  kfcb[ Zcch+  O\Y hfUXYX gWc`Yhg h\Uh hfYY XcgW`cgYX kY W`U]a
.3  UfY ]b h\Y XYj]WY)  Vih h\Ym kYfY U`gc ]b aUbm XcW]aYbhg+
.4  Nc ]h kUg bch cb`m ]b h\Y XYj]WY h\Uh h\YgY hfUXY gWc`Yhg
.5  UddYUf)  gcaY cZ h\Ya+  <bX h\Y dUhYbh ]ggiYg)  Ug Uh `YUgh kY
.6  gYY ]h)  UfY gYdUfUhY Zfca h\Y hfUXY gWc`Yh ]ggiYg YjYb
/-  h\ci[\ h\Ym ]bjc`jY h\Y gUaY dUhYbhg UbX k\UhYjYf+ <bX gc D
/.  ^igh kUbhYX hc ** D h\]b_ mcif Ccbcf ]g gcfh cZ Uggia]b[
//  h\Uh VYWUigY kY gU]X h\Y]f XYj]WY ]bWcfdcfUhYg cif hfUXY
/0  gWc`Yhg) h\Uh Ug U fYgi`h cZ h\Uh) kY U`fYUXm _bck k\Uh&g
/1  ]b h\Y]f XYj]WY) UbX kY U`fYUXm _bck h\Uh ]h&g ]b h\Y

```
 .  |                         KMJ>@@!DIBN                        . .
 /  | dUhYbh+
 0  |          OC@ >JPMO7   MJ[\h+
 1  |          HM+ BM@@!=GPH7   <bX k\Uh D h\]b_ mci f Ccbcf ]g
 2  | a]gg]b[ \YfY ]g h\Uh k\Yb ]h WcaYg hc hfUXY gYW!Yhg) h\Uh&g
 3  | cbY Zcfa UbU`mg]g+  R\Yb ]h WcaYg hc dUhYbh ]bZf]b[YaYbh)
 4  | k\]W! ]g k\Uh&g VY]b[ U``Y[YX \YfY) h\YfY&g U X]ZZYfYbh
 5  | UbU`mg]g h\Uh hU_Yg d`UWY+  <bX k]h\ h\Y dUhYbh
 6  | ]bZf]b[YaYbh dUfh cZ h\Y WUgY) h\Y W`U]ag ** mci `cc_ Uh
 .- | h\Y kcfXg+ Db ch\Yf kcfXg) h\Ym aUm \Uj Y ]gWcgYX cif ]XYU
 .. | hchU`U`m ]b h\Y]f dUhYbh) Vih k\Yb ]h WcaYg hc h\Y eiYgh]cb
 ./ | cZ ]bZf]b[YaYbh) ]h&g bch h\Y X]gW cgif Y h\Uh Wcibhg cb`m8
 .0 | ]h&g k\Uh h\Ym gdYW]Z]WU``m W`U]a+
 .1 |          OC@ >JPMO7   MJ[\h+
 .2 |          HM+ BM@@!=GPH7   <bX gc kY k]`` VY Uf[i]b[ h\Uh kY
 .3 | Xcb&h Xc k\Uh&g ]b h\cgY W`U]ag8 UbX ]b cfXYf hc Xc h\Uh)
 .4 | kY bYYX h\Y gdYW]Z]W]hm h\Uh kY ZYY` ]h&g `UW_]b[ ]b cfXYf
 .5 | hc VY UV`Y hc fYgdcbgX UbX hc [Yh h\]g WUgY [c]b[ cb h\Y
 .6 | f]]\h hfUW_+   Nc D Udc`c[]nY Zcf ]bhYffidh]b[) Vih D ^igh
 /- | kUbhYX hc dc]bh h\Uh cih+
 /. |          OC@ >JPMO7   J_Um+ O\Ub_ mci+ D ibXYfghUbX h\Y
 // | X]gh]bWh]cb h\Uh mci&fY aU_]b[+  Nc ** Vih ^igh gc h\Uh D&a
 /0 | W`YUf) UfY mci gUm]b[) Hf+ BfYYbV`ia) h\Uh h\YfY UfY gcaY
 /1 | hfUXY gYW!Yhg h\Uh UfY bch ]bWcfdcfUhYX ]bhc h\Y aUW\]bY
 /2 | UbX h\Uh UfY ^igh gYdUfUhY hfUXY gYW!Yhg h\Uh kYfY
```

```
.                    KMJ>@@!DI BN                        ./

/    X] gW cgYX9

0           HM+ BM@@!=GPH7 Sci _bck) bch\]b[ \Uj]b[ hc Xc

1    k]h\ ^igh h\Y ]ggiY kY&fY X]gW!gg]b[ hcXUm) Vi h) gif Y)

2    h\YfY UfY aUbm hfUXY gYW!Yhg h\Uh kY ** kY `]ghYX) D h\]b_)

3    .3 cZ h\Ya cf k\UhYjYf) .5) .4 **

4           OC@ >JPMO7 MJ[\h+

5           HM+ BM@@!=GPH7  ** h\Uh UfY X]gW cgYX

6    ]adffa]gg]V`m ]b XcW!aYbhg UbX dUhYbhg+ <bX kY W U]a h\Uh

.-   h\Ym ]adffa]gg]V`m X]gW cgYX h\YgY+  Nc k\Uh mci&fY gYY]b[

..   \YfY) ]h ^igh gc \UddYbg h\Uh h\YgY hkc dUhYbhg kY W U]a

./   U`gc X]gW cgYX cif hfUXY gYW!Yhg+ CckYjYf) h\Y ** UbX h\YgY

.0   hkc dUhYbhg ** D&`` []jY mci h\]g d]YWY cZ ]bZcfaUh]cb gc

.1   h\Uh kY Xcb&h [Yh cZZ cb h\Y kfcb[ hfUW_ ** h\YgY hkc

.2   dUhYbhg kYfY Z]`YX g\cfh`m UZhYf ** g\cfh`m UZhYf ** h\Ym

.3   kYfY X]gW cgYX ]b U XcW!aYbh cZ cifg+  <bX h\Y >cifhg

.4   UV^if YX X]gh!bWh]cb UbX gU]X) kY&`` h\YgY hkc dUhYbhg) h\Ym

.5   U`fYUXm kYfY Z]`YX UZhYf mci X]gW cgYX ]h) gc D&`` cb`m `Yh

.6   mci W U]a hfUXY gYW!Yh dfch YWh]cb ]Z mci WUb YghUV`]g\ Zcf

/-   h\YgY hkc h\Uh h\Y XYZYbXUbh igYX h\Y hfUXY gYW!Yhg VYZcfY

/.   mci Z]`YX+  O\]g ]g U V]h cZ a]bih]U) Vih D kUbh hc []jY

//   mcif Ccbcf U gYbgY h\Uh h\Y dUhYbhg UbX hfUXY gYW!Yhg) ]Z

/0   mci WcbZ]`UhY h\Ya) g\ci`X WcbZ]`UhY h\Ya) ]h [Yhg Wcbgig]b[+

/1        D h\]b_ ]b h\]g dUfh ** UbX D kci`X fYgdYWhZi``m giVa]h

/2   h\Uh ]b h\]g dUfh cZ h\Y WUgY) k\Uh kY&fY hU`_]b[ UVcih
```

|   |                                                                                  |     |
|---|----------------------------------------------------------------------------------|-----|
| . | KMJ>@@?DI BN                                                                      | .0  |
| / | hcXUm) h\Y ei Ygh]cb ]g c_Um) mci \UjY U dUhhYbb) ]h \Ug                          |     |
| 0 | dUhhYbb W'U]ag) X]X h\Y XYZYbXUbh gdYW]Zm h\Y Y`YaYbhg cZ                         |     |
| 1 | YUW\ cZ h\Y W'U]ag h\Uh UfY ]bZf]b[YX+                                            |     |
| 2 | OC@>JPMO7  J_Um+                                                                  |     |
| 3 | HM+ BM@@I=GPH7  <bX kY giVa]h h\Ym X]Xb&h+ <bX                                    |     |
| 4 | k\Uh WcbWYfbg ig ** k\Uh WcbWYfbg ig ** ]g h\Uh h\Y h\fYY                         |     |
| 5 | XfUk]b[g cf d\chc[fUd\g h\Uh kYfY giVa]hhYX UfY Zfca h\fYY                         |     |
| 6 | X]ZZYfYbh aUW\]bYg) mcif Ccbcf+  O\Ym X]Xb&h Yl d`U]b h\Uh+                       |     |
| .- | O\Ym kYfY WU``YX Q@MDOJI+ Q@MDOJI ]g U [YbYf]W bUaY Zcf ig+                      |     |
| .. | <bX h\Ym UfY Zfca h\fYY X]ZZYfYbh aUW\]bYg+ Nc kY bYYX acfY                      |     |
| ./ | gdYW]Z]W]hm+                                                                     |     |
| .0 | OC@>JPMO7  J_Um+  Nc UfY mci gUm]b[ h\Uh h\Y **                                  |     |
| .1 | UfY h\fYY acfY h\Ub ** gc k\Uh&g h\Y ch\Yf aUW\]bY9 O\YfY&g                       |     |
| .2 | h\Y Q@MDOJI **                                                                    |     |
| .3 | HM+ BM@@I=GPH7  Ic) D k]`` **                                                     |     |
| .4 | OC@>JPMO7  RY`` ) k\Uh UVci h h\Y X]ZZYfYbh bUaYg                                 |     |
| .5 | cZ h\Y X]ZZYfYbh aUW\]bYg9                                                        |     |
| .6 | HM+ BM@@I=GPH7  D k]`` Yld`U]b) mcif Ccbcf+ O\Y                                   |     |
| /- | d\chc[fUd\g h\Uh h\Ym dfcj]XYX UfY Zfca j]XYcg+  O\cgY                            |     |
| /. | j]XYcg kYfY acW_ id XYacbghfUh]cbg+ Sci Xcb&h ]bZf]b[Y U                          |     |
| // | dUhYbh k]h\ U acW_ id j]XYc cf U j]XYc cZ U acW_ id+ Sci cb`m                     |     |
| /0 | ]bZf]b[Y U dUhYbh k]h\ Ub UWhiU` aUW\]bY cf U aYh\cX cZ                           |     |
| /1 | ig]b[ Ub UWhiU` aUW\]bY+ <bX k\Uh h\Ym X]X kUg h\Ym hcc_                          |     |
| /2 | gY[aYbhg cZ X]ZZYfYbh j]XYcg cf d\chc[fUd\g cf                                    |     |

KMJ>@@?DIBN                                    .1

```
.    di V`]WUh]cbg) h\fYk h\Ya U`` cb h\Y dU[Y UbX gU]X) mci \UjY
/    YUW\ cZ h\YgY h\fYY+ =ih hc ]bZf]b[Y U dUhYbh ** hc
0    ]bZf]b[Y U dUhYbh ** mci \UjY hc ]bZf]b[Y ]b cbY W`U]a U``
1    cZ h\Y Y`YaYbhg cZ h\Y W`U]a ]b U g]b[`Y XYj]WY+
2    
3              OC@ >JPMO7   NifY+
4              HN+ =POG@M7   Scif Ccbcf) a][\h D fYgdcbX Zcf
5    XYZYbXUbhg9
6              OC@ >JPMO7   Nc ** mYg) Hg+ =ih`Yf) [c U\YUX+
.-             HN+ =POG@M7   J_Um+  <g hc h\Y ]ggiY cZ k\Uh
..   aUW\]bYg kYfY ]XYbh]Z]YX) mci _bck) D k]`` bchY h\Uh h\YgY
./   UfY ]bZf]b[YaYbh WcbhYbh]cbg Uh h\Y VY[]bb]b[ cZ h\Y WUgY
.0   VUgYX cb di V`]W m*Uj]U]`UV`Y ]bZcfaUh]cb+  <bX VUg]W W`U`m)
.1   Hf+ BfYYbV`ia&g Uf[iaYbh ]g h\Uh B@ X]X bch ]XYbh]Zm k\Uh
.2   cb`m NdYWh\fia _bckg+  MJ[\h9 Nc NdYWh\fia UddUfYbh`m _bckg
.3   h\Uh h\YgY UfY h\fYY X]ZZfYbh aUW\]bYg UbX h\Uh h\YgY UfY
.4   acW`idg+  Ov\YfY&g bc ]bX]WUh]cb cZ h\Uh ]b h\Y di V`]W
.5   fYWcfX+ B@`Ug gUh]gZ]YX ]hg fYei]fYaYbh hc ]XYbh]Zm h\Y
.6   XYj]WYg h\Uh ]g di V`]W`m bUaYX Q@MDOJI UbX h\Y Q@MDOJI *>O8
/-   B@ \Ug ]XYbh]Z]YX h\cgY XYj]WYg UbX \Ug aYh ]hg cV`][Uh]cb
/.   ibXYf KUhYbh M`Y 3+ >YfhU]b`m`m) kY k]`` \UjY acfY h\Ub U
//   mYUf cZ X]gWcjYfm ]b h\]g WUgY UbX k]`` \UjY h\Y
/0   cddcfhib]hm hc ibWcjYf h\Y jUf]cig aUW\]bYg h\Uh
/1   Hf+ BfYYbV`ia U``iXYg hc+  =ih kY \UjY XcbY k\Uh h\Y fi`Y
/2   fYei]fYg ig hc Xc+
```

KMJ>@@?DIBN                    .2

<bX D&`` U`gc dc]bh ci h\Uh) mci _bck) dUhYbh
]ggiYg) D U[fYY k]h\ Hf+ BfYYbV`ia cb h\]g dc]bh h\Uh h\Y
dUhYbh ]ggiYg UfY gYdUfUhY+  <bX k\Yh`Yf cf bch B@\Ug aYh
h\Y fYei]fYaYbhg cZ KUhYbh M``Y 3 ]g Wcad`YhY`m gYdUfUhY
Zfca h\Y hfUXY*gYWf`Yh U``Y[Uh]cbg h\Uh UfY UggYfhYX ]b h\]g
WUgY) VYWUigY) hc h\Y Yl hYbh h\cgY hfUXE*gYWf`Yh U``Y[Uh]cbg
ZU]`) B@&g dUhYbh W`U]ag f YaU]b+

O\Y `Ugh h\]b[ D&`` dc]bh ci h ]g h\Uh Ug hc
W`U]ag) D h\]b_ ]h kUg b]bY cZ h\Y Yl Uad`Y kY kYfY
X]gW`gg]b[) >`U]a 6 cZ h\Y Z]fgh dUhYbh h\Uh&g Uh OUV <)
@!\]V`h <) h\Y Y`YaYbhg cZ h\cgY W`U]ag UfY U`` ZcibX ]b
h\Y W`U]ag h\Uh kYfY W!UfhYX UVcj Y+ JZhYbh]aYg k\Yb dUhYbh
W`U]ag UfY kf]hhYb) mci k]`` \UjY hYb X]ZZYfYbh W`U]ag) UbX
aUmVY h\YfY UfY cb`m ZjY Y`YaYbhg Uacb[ h\cgY W`U]ag) Vi h
h\Ym k]`` VY cf[Ub]nYX X]ZZYfYbh`m+  <bX gc ]Z mci `cc_ Uh
>`U]a 6) k\]W! W`U]ag U [Uhhfm) Zcf Yl Uad`Y) ]b h\Y YUf`]Yf
W`U]a B@] XYbh]Z]YX k\Uh h\Y [Uhhfm kUg+  <bX ]Z mci `cc_
hc U`` cZ h\Y Y`YaYbhg cZ >`U]a 6) B@]b h\Y YUf`]Yf W`U]ag
]XYbh]Z]YX k\YfY U`` cZ h\cgY Y`YaYbhg UfY `cWUhYX ]b h\Y
NdYWhfia XYj]WY+

Nc D k]`` `YUjY ]h Uh h\Uh Uh h\]g dc]bh) mcif
Ccbcf+

CC@ >JPMO7  Hg+ =ih`Yf) UfY mci gUm]b[ h\Uh Zcf
>`U]a .4) Ug kY``) h\Uh h\Y gUaY Udd`]Yg9

```
        KMJ>@@?DIBN                              .3
 /      HN+ =POG@W7    SYg+
 0          OC@ >JPMO7   =YWUigY \YfY .4 UddYUfg hc VY fY`UhYX
 1      hc b]bY ]bgcZUf Ug ]h&g XYU ]b[ k]h` U WUaYfU gmghYa UbX
 2      XYgW!]V]b[ h\Y [Ubhfm) h\Y acjUV`Y Wc`iab) h\Y
 3      Wci bhYfkY][\h+
 4          HN+ =POG@W7   Nc) mYg) mcif Ccbcf) U`` cZ h\Y
 5      Y`YaYbhg cZ >`U]a .4 UfY U`gc ZcibX ]b >`U]ag . UbX /+
 6      >`U]a .4 ]g Ub ]bXYdYbXYbh W`U]a) gc ]h XcYg bch XYdYbX
.-      Zfca >`U]a 6+ Dh&g Ub ]bXYdYbXYbh W`U]a8 Vih ]Z mci `cc_ Uh
..      >`U]a .4) Ug Ub Y!Uad`Y) `cc_ Uh h\Y `Ugh gYbhYbWY cZ k\Uh
./      B@\Ug ]b h\Y f]`[\h*\UbX Wc`iab+ Dh gUmg) #O\ig) k\Yb
.0      NdYWhfia aU_Yg h\Y UWWigYX dfcXiXWh) ]h dYfZcfag YUW\ ghYd
.1      cZ h\Y W`U]aYX aYh\cX cZ Zcfa]b[ U WUaYfU gmghYa+# <bX h\Yb
.2      VYZcfY ]h [ch hc h\Uh gYbhYbWY) ]h dc]bhYX hc h\cgY
.3      X]ZZYfYbh Y`YaYbhg ]b >`U]ag . UbX / UVcjY+
.4          Sci _bck) D&`` U`gc bchY h\Uh NdYWhfia cb h\]g
.5      WU`` \Ug bck UffckYX ]hg ach]cb g][b]Z]WUbh`m+ Dh Vfci[\h
.6      h\]g ach]cb W`U]a]b[ h\Uh B@ X]X bch ]XYbh]Zm k\Yh\Yf h\Y
/-      W`U]ag kYfY X]fYWh`m cf ]bX]fYWh`m ]bZf]b[YX) YjYb h\ci[\
/.      cb h\Y jYfm Z]fgh dU[Y cZ B@&g WcbhYbh]cbg) B@ gUmg
//      NdYWhfia X]fYWh`m ]bZf]b[YX UbX ]g Wcbh]biYX hc X]fYWh`m
/0      ]bZf]b[Y) UbX ]XYbh]Z]YX U`` cZ h\Y W`U]ag+ <bX B@ U`gc
/1      gU]X NdYWhfia \Ug Wcbhf]VihYX hc UbX,cf ]bXiWYX ]bZf]b[h
/2      ]bZf]b[YaYbh Vm ch\Yfg cZ h\cgY gUaY W`U]ag+ Nc) D aYUb)
```

.                          KMJ>@@?DIBN                          . 4

/    ]h&g U`acgh `]_Y h\Y ach]cb kUg kf]hhYb k]h\ci h \Uj]b[
0    fYj]YkYX h\Y WcbhYbh]cbg h\Uh UfY ]b Zfcbh cZ ]h+ D h\]b_
1    h\Y cb`m ]ggiYg h\Uh fYU``m UfY ]b X]gdihY ]g k\Yh\Yf h\cgY
2    >`U]ag 6 UbX ./) k\Yh\Yf B@ dfcdYf`m fYZYfffYX hc >`U]ag .
3    UbX /+  <bX Zcf h\Y fYUgcbg D ^igh XYgWf]VYX) D h\]b_ kY
4    X]X dfcdYf`m fYZYf hc h\cgY W`U]ag+

5              <bX h\Y cb`m ch\Yf ]ggiY h\Uh UddYUfg hc VY ]b
6    X]gdihY ]g k\Yh\Yf B@ kUg fYei]fYX Uh h\]g ghU[Y hc

.-   ]bX]WUhY k\Yh\Yf h\Y W`U]ag kYfY hc VY WcbghfiYX ibXYf

..   NYWh]cb ../ *3 cZ h\Y dUhYbh ghUhihY+ Db ch\Yf kcfXg)

./   h\Ym&fY Uf[i]b[ h\Uh B@ g\ci`X \Uj Y dfcj]XYX ]hg W`U]a

.0   WcbghfiWh]cb dcg]h]cb ]b ]hg ]bZf]b[YaYbh WcbhYbh]cbg) YjYb

.1   h\ci[\) biaVYf cbY) noth]b[ ]b h\Y fi`Y YjYb fYach`m

.2   fYei]fYg h\Uh8 UbX) biaVYf hkc) h\Yf&g U k\c`Y gYWh]cb cZ

.3   h\Y NW\YXi`]b[ JfXYf h\Uh&g XYj chYX hc W`U]a WcbghfiWh]cb+

.4              CC@ >JPMO7  MJ[\h+  <bX mci **

.5              HN+ =POG@M7  =ch\ cZ h\YgY ]ggiYg **

.6              CC@ >JPMO7  ** mci&fY [c]b[ hc \Uj Y h\Y HUf_aUb

/-   \YUf]b[ ]b Ei bY+

/.              HN+ =POG@M7  O\Uh&g f][\h+  <bX gc bY]h\Yf cZ

//   h\YgY ]ggiYg \Ug aYf]h) mcif Ccbcf) UbX kY&X fYei Ygh h\Uh

/0   h\]g ach]cb VY XYb]YX+

/1              HM+ K@ED>7  Scif Ccbcf) h\]g ]g **

/2              CC@ >JPMO7  >Ub D Ug_ mci cbY ei Ygh]cb **

|      |                          KMJ>@@?DIBN                              .5 |
| / | HM+ K@ED>7  **  aUm D d`YUgY f YgdcbX9 |
| 0 | OC@ >JPMO7   Db U acaYbh+ D \Uj Y Ubch\Yf  ei Ygh]cb |
| 1 | Zcf  Hg+  =i h`Yf+ |
| 2 | Hg+ =i h`Yf)  \ck ai VW  Xc h\YgY aUW\]bYg  Wcgh9 D&a |
| 3 | UZfU]X hc Ug_+ |
| 4 | HN+ =POG@W7  <bX) mci f Ccbcf)  kY Xcb&h ** D Xcb&h |
| 5 | _bck \ck ai VW  h\Y Q@MDOJI)  h\Y UWW gYX Q@MDOJI UbX Q@MDOJI* |
| 6 | >O gmghYag Wcgh+  O\ Ym&fY bYk hc h\Y aUf_Yh)  UbX D Xcb&h ** |
| .- | am W]YbhX a][[h \UjY h\Uh ]bZcfaUh]cb8 mci f Ccbcf)  D Xcb&h+ |
| .. | KYf\Udg NdYWhfia&g Wci bgY` kci `X+ |
| ./ | OC@ >JPMO7   J_Um+  <bX \ck ai VW  Xc B@&g |
| .0 | aUW\]bYg **  UbX k\Uh UfY mci  WU`]b[ mci f aUW\]bYg9 |
| .1 | HN+ =POG@W7   ████████████████ |

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

| .6 | OC@ >JPMO7   J_Um+  <bX ** |
| /- | HN+ =POG@W7  =i h h\Ym UfY **  hc h\Y Yl hYbh h\Y |
| /. | dc]bh ]g UfY h\Ym jYfm Yl dYbg]jY aUW\]bYg)  UbX h\Y UbgkYf |
| // | hc h\Uh kci`X VY mYg+ |
| /0 | OC@ >JPMO7   SYg)  f]][h+ O\Uh&g am Uggi adh]cb) |
| /1 | a]``]cb*Xc``Uf aUW\]bYg cf gcaYh\]b[+ J_Um+ |
| /2 | Nc ]g h\Uh Hr+ BfYYbV`ia)  mci kUbhYX hc f YgdcbX9 |

/    HM+ BM@@!=GPH7  RY``) h\Uh kUg Hf+ KY^]WJ Vi h D

0   kUg ^igh gUm]b[ D kci`X `]_Y hc X]fYWh h\Y >cifh hc ** D

1   h\]b_ h\Y ]ggiY ]g VYWca]b[ W`YUfYf+ O\Y W`U]ag UfY bch

2   U` cZ h\Y W`U]ag cZ h\Y gUaY gWdY+ Scif Ccbcf fYU`]nYg

3   h\Y fYUgcb h\Uh kY \UjY X]ZZYfYbh W`U]ag ]g VYWUigY h\Ym

4   UfY U` U X]ZZYfYbh gWdY+ DZ Ubm cZ h\Ya UfY cZ h\Y gUaY

5   gWdY) h\Ym&fY ]bjU`]X Ug VY]b[ fYdYUh]h]jY+

6         OC@ >JPMO7  MJ[\h+

.-   HM+ BM@@!=GPH7  Nc >`U]a . kUg igYX Ug h\Y acXY`+

..  >`U]a . igYg h\Y d\fUgY #U Wc`iab UhhUW\YX hc U [Ubhfm+#

./        OC@ >JPMO7  SYg+

.0   HM+ BM@@!=GPH7  J_Um+ >`U]a 6) k\]W\ Hg+ =ih`Yf

.1  ^igh fYZYffYX hc) WU`g Zcf U Wc`iab YdhYbX]b[ Zfca h\Y

.2  [Ubhfm+  O\Uh k]`` dfcj]hc VY Ub ]ggiY ]b h\Y WUgY+  <bX

.3  k\Uh NdYWhfia ZYY`g ]h&g Ybh]h`YX hc ]g hc \UjY U W`YUf

.4  ghUhaYbh Ug hc YUW\ W`U]a gc h\Uh kY [c cZZ cb h\Y hfUW_

.5  Zcf difdcgYg cZ HUf_aUb cf k\UhYjYr k\YfY kY _bck h\Uh h\Ym

.6  UfY gUm]b[) mYg) kY UVghU]b Zfca ]h) UbX U`gc kY&fY

/-  UhhUW\YX Zfca ]h ** UhhUW\YX hc ]h+  Nc h\Uh&g U [ccX

/.  YlUad`Y cZ h\Y bYYX Zcr U `]hh`Y acfY gdYW]Z]W]hm ]b h\Y

//  giVa]gg]cb h\Uh B@aUXY+ Dh&g bch h\Yr) gc kY&fY `YX hc

/0  Uggia Uh h\Uh h\Ym Wcbg]XYr #Yl hYbX Zfca# UbX #UhhUW\YX hc#

/1  Ug VY]b[ h\Y gUaY h\]b[+  O\Uh&g h\Y kUm h\Ym&jY [ch ]h

/2  bck+  =ih ]h g\ci`Xb&h VY h\Uh kUm+  O\Ym g\ci`X \UjY hc

```
                    KMJ>@@?DIBN                              / -
/    UXXf Ygg YUW\ Y`YaYbh cZ U W`U]a+
0           HN+ =POG@M7   >Ub D f YgdcbX hc h\Uh dc]bh) mcif
1    Ccbcf 9
2           OC@ >JPMO7   Cc`X cb+ D kUbh hc Ug_ Hf+ KY^]W U
3    ei Ygh]cb+
4           HN+ =POG@M7   SYg+
5           OC@ >JPMO7   Nc D&a ** `cc_YX Uh h\]g Yl hYbX
6    Zfca ** mci _bck) D&a bch U dUhYbh Yl dYfh) UbX D&a
.-   W\fhU]b`m bch Ub Yl dYfh cb Ubm cZ h\YgY hYW\b]WU` ]ggiYg+
..   Nc k\Uh acfY Xc mci ** D [iYgg D Xcb&h ei]hY ibXYfghUbX
./   k\Uh acfY mci bYYX Uh h\]g dc]bh ]b h\Y `]h][Uh]cb+ Sci
.0   _bck) \YfY mci&jY [ch h\Y WUaYfU gmghYa Wcadf]g]b[ cZ h\Y
.1   [UbhfmY Nc mci ibXYfghUbX k\Uh h\Y [UbhfmY ]g+  O\Y Wc`iab
.2   Yl hYbX]b[ ** c_Um) gc ]h&g Yl hYbX]b[ UbX \Ug U acjUV`Y
.3   fUX]Uh]cb XYhYWhcf UbX U Wci bhYfVU`UbWY kY][\h hc Udd`m
.4   Zcf WY+  Nc D [iYgg) mci _bck) mci gU]X ]b mcif `YhhYf mci
.5   bYYX hc ibXYfghUbX acfY `]a]hUh]cbg+  R\Uh acfY Uh h\]g
.6   dc]bh Xc mci bch ibXYfghUbX9
/-          HM+ K@ED>7  R@ kci`X kUbh h\Ya hc gUm ** hc dc]bh
/.   hc k\Yb h\Ym X]X h\Y] f ]bZf]b[YaYbh WcbhYbh]cbg) h\Uh h\Ym
//   gUm \YfY&g h\Y Y`YaYbhg) k]h\ Ub Uffck ** D&a ig]b[ h\Uh
/0   Z][ifUh]jY`m)  #k]h\ Ub Uffck#  ** UbX h\]g ]g k\YfY ]h
/1   Yl hYbXg+  O\Uh&g ]h8 h\Uh&g U`` kY&fY Ug_]b[+
/2          OC@ >JPMO7   =ih k\YfY ]h Yl hYbXg9
```

|     |                                                                                 |
|-----|---------------------------------------------------------------------------------|
| /   | HM+ K@ED>7   Db ch\Yf kcfXg) dc]bh hc h\Y Yl hYbg]cb                             |
| 0   | h\Uh mci&fY hU`_]b[ ** mci gUm ]h Yl hYbXg) gc ^igh dc]bh hc                     |
| 1   | ]h+ #NYY) \YfY ]g k\YfY ]h Yl hYbXg)# bch hc ig                                  |
| 2   | hc `cc_ Uh h\Y d]Whif Y UbX Z][if Y ci h \ck h\Ym UfY                            |
| 3   | Wcbghfi]b[ ]h+ Acf h\Ym hc gUm) #CYf Y ]g h\Y Y`YaYbh+ Sci                       |
| 4   | gYY ]h Yl hYbXg) UbX \YfY ]g k\YfY ]h Yl hYbXg+# O\Uh&g ]h+                       |
| 5   | OC@ >JPMO7   J_Um+ Nc ** Vi h D `cc_ Uh h\Y d]Whif Y                             |
| 6   | UVcj Y) Hf+ KY^]WJ ]b hkc) h\YfY&g Ub Uf fck dc]bh]b[ hc h\Y                     |
| .-  | acjUV`Y gYWh]cb) k\]W\ D hU`Y ]h hc aYUb h\Y d]YWY h\Uh&g                         |
| ..  | Yl hYbbX]b[ +                                                                     |
| ./  | HM+ K@ED>7   RY``) kY **                                                         |
| .0  | OC@ >JPMO7   Dg h\Uh bch WcffYWh9                                                |
| .1  | HM+ K@ED>7   RY``) h\]b **                                                       |
| .2  | OC@ >JPMO7   <bX U`gc UVcj Y g\ck h\Y WcibhYfkY][\h                              |
| .3  | k\]W\ `cc_g hc VY ** ]h&g U `]hh`Y ibW`YUf k\YfY h\Uh ]g+                         |
| .4  | GYh aY Ug_ mci gcaYh\]b[) Hf+ KY^]W\+ Dg mcif aUW\]bY) h\Y                        |
| .5  | Q@MDOJI) bck ]g h\Uh U aUW\]bY h\Uh&g VY]b[ gc`X ]b h\Y                           |
| .6  | aUf_Yh) UbX \ck ai W\ ]g ]h9                                                      |
| /-  | HM+ K@ED>7   J_Um+ Nc h\Y acW_idg h\Uh kYfY ** cf                                |
| /.  | h\Y Z][ifYg h\Uh mci \Uj Yb Zfcbh cZ mci UfY Zfca                                 |
| //  | aU[Uh]bYg h\Uh XYd]Wh k\Uh kUg g\ckb) gcaY cZ h\Ya) ]b                           |
| /0  | @ fcdY+                                                                           |
| /1  | OC@ >JPMO7   J_Um+                                                               |
| /2  | HM+ K@ED>7   DbZf]b[YaYbh \Ug hc VY ]b h\Y Pb]hYX                                 |

```
                          KMJ>@@?DI BN                        //
 /   NhUhYg) bch ]b @fcdY+

 0            CC@>JPMO7   J_Um+

 1            HM+ K@ED>7   Nc kY UfY Ybh]h`YX hc \UjY h\Y
 2   d`U]bh]ZZ gdfYWJZm ** D&a gcffm ** h\Y XYZYbXUbhg gdfYWJZm
 3   h\Uh h\)g mcW_id kUg U fYU` XYj]WY cf ]h )gb&h+ RY&fY
 4   Ybh]h`YX hc \UjY h\Ya gUm h\)g )g h\Y XYj]WY h\Uh&g gc`X ]b
 5   h\Y Pb]hYX NhUhYg+   O\Ym&jY gU]X h\Uh) Vih h\Ym h\Yb
 6   dfcj]XYX U j]XYc cf U d]Whi fY Zfcm gcaYh\]b[ h\Uh ]g gc`X ]b
.-   @fcdY+

..            CC@>JPMO7   J_Um) Vih WUb mci UbgkYf am ei Ygh]cb9

./            HM+ K@ED>7   J\) gifY+

.0            CC@>JPMO7   <fYmci gY``]b[ h\]g XYj]WY **

.1            HM+ K@ED>7   SYg+ SYg) ]h ]g **

.2            CC@>JPMO7   ** h\Y Q@MDOJI) ]bg]XY h\Y ghUhYg9

.3            HM+ K@ED>7   O\YfY ]g U Q@MDOJI XYj]WY) cZ Wcifg Y)
.4   h\Uh ]g gc`X ]b h\Y Pb]hYX NhUhYg+ Dh Wcghg) am
.5   ibXYfghUbX]b[) ]h&g UVcih U a]``]cb Xc``Ufg+

.6            CC@>JPMO7   <bX ]g ]h h\Y Q@MDOJI UbX h\Y Q@MDOJI*
/-   >O9   R\Uh UfY gc`X ]b h\Y Pb]hYX NhUhYg9

/.            HM+ K@ED>7   O\YfY ]g U Q@MDOJI aUW\]bY) UbX ]h \Ug
//   UhhUW\YX hc ]h k\Uh&g WU``YX U #>O)# U hYbh gWUb+ O\Y hkc
/0   cZ h\Ya UfY gc`X hc[Yh\Yf+ Nc **

/1            CC@>JPMO7   J_Um+

/2            HM+ K@ED>7   =ih h\Y Q@MDOJI ]g h\Y Q@MDOJI U`cbY)
```

KMJ>@@?DIBN                                        /0

```
 .   UbX h\Y Q@MDOJI ]g h\Y Q@MDOJI h\Uh&g gc`X hc[Yh\Yf k]h\
 /   h\Y >O+
 0          CC@ >JPMO7   <bX UfY Vch\ jYfg]cbg VY]b[ igYX ]b
 1   h\Y Pb]hYX NhUhYg f][\h bck9  O\Ym \UjY A?< Uddfcj U` UbX
 2   h\Ym&f Y VY]b[ **
 3          HM+ K@ED>7   J\) h\Ym&f Y Uddfcj YX+ D Xcb&h _bck
 4   k]\W cbYg Yl UWh`m \UjY VYYb gc`X+
 5          CC@ >JPMO7   J_Um+ =ih Xc mci _bck h\Uh ** gc
 6   h\Ym&jY VYYb Uddfcj YX) UbX mci _bck Zcf U ZUWh h\YfY UfY
.-   gcaY \YfY ]b h\Y Pb]hYX NhUhYg+  R\YfY UfY h\Ym9
..          HM+ K@ED>7   SYg) c\) mYg) h\YfY UfY gcaY \YfY ]b
./   h\Y Pb]hYX NhUhYg+  O\Ym&fY Uh hkc \cgd]hU`g ** D&a bch
.0   gifY k]\W \cgd]hU`g+  =ih D _`` hY`` mci ** D _`` hY``
.1   mci h\Uh h\Y cbYg h\Uh UfY \YfY Xc bch k]h\ h\cgY acW_idg
.2   Zfca @fcdY g\ck+
.3          CC@ >JPMO7   J_Um+
.4          HM+ K@ED>7   O\Ym Xcb&h Xc ]h+  O\Ym Xcb&h Xc ]h+
.5          CC@ >JPMO7   Nc Xc mci _bck k\Uh \cgd]hU`g h\Ym&f Y
.6   Uh9
/-          HM+ K@ED>7   KUfXcb aY9
/.          CC@ >JPMO7   Ncffm) mci ^igh hc`X aY h\Uh+ Sci
//   Xcb&h _bck k\YfY h\Ym UfY9
/0          HM+ K@ED>7   M][\h+ D Xcb&h _bck+ D Xcb&h _bck
/1   h\YgY cbYg+
```

KMJ>@@?DIBN / 1

/         OC@ >JPMO7   D aYUb) D&a Uggia]b[ h\Ym&fY ]b gcaY
0   aU^cf aYhfcdc`]hUb UfYU) >YXUfg N]bU] ]b Gcg <b[Y Ygcf)
1   mci _bck) gcaY cZ ** cbY IYk Scf_ >]hm \cgd]hU` h\Uh WUb
2   UZZcfX h\Y aUW]bYg+

3         HM+ K@ED>7   SYg+

4         OC@ >JPMO7   <bX h\YgY UfY Zcf WUfX]UW dUh]Ybhg
5   df]bW]dU``m+ Nc aUmvY cbY&g Uh RY]`` >cfbY`` ]b h\Y W]hm)
6   k\c _bckg+ J_Um+

.-        HM+ K@ED>7   SYg+

..        OC@ >JPMO7   Nc) Hg+ =ih`Yf) \Ug mci f W]]Ybh [cbY
./  hc ]bgdYWh Ubm cZ h\Y aUW]bYg Uh h\Y \cgd]hU`g) h\Y
.0  Q@@MDOUI aUW]bYg9

.1        HN+ =POG@M7   Scif Ccbcf) Ug ZUf Ug kY ibXYfghUbX)
.2  h\YfY kUg U Wc]d`Y cZ h\]b[g+   O\YfY ]g cbY aUW\]bY h\Uh kY
.3  VY`]YjY kUg gc`X ]b =cghcib+

.4        OC@ >JPMO7   J_Um+

.5        HN+ =POG@M7   <bX h\Uh&g h\Y cbY h\Uh kY&fY UkUfY
.6  cZ+   <bX h\YfY kUg ** U `ch cZ h\]g ]g _]bX cZ VUgYX cb
/-  ]bZcfaUh]cb h\Uh gU`YgdYcp`Y a][\h \UjY) Zcf YI Uad`Y+ O\YfY
/.  kUg Y]h\Yf U gU`Y cf Ub cZZYf Zcf gU`Y hc h\Y HUmc >`]b]W
//  ]b McW\YghYf) H]bbYgchU+

/0        OC@ >JPMO7   J_Um+

/1        HN+ =POG@M7   BYhh]b[ ]b Ub gYY]b[ h\YgY aUW]bYg
/2  ]g bch dfUWh]WU` VYWUigY WcadUb]Yg \UjY U[fYYaYbhg k]h\

\cgd]hU˘ g h\Uh kci`X bch ** UbX h\YgY UfY ]b ** h\Ym&fY ]b
igY ** f][\h9 Dh&g bch `]_Y kY WUb [c ]b UbX ]bhYffidh h\Y
igY cZ h\]g aUW\]bY hc Xc Ub ]bZf]b[YaYbh ]bgdYWh]cb) k\]W\
]g k\m kY f Y˘]YX cb h\Y diV˘ W m*UjU]`UV˘Y ]bZcfaUh]cb h\Uh
kUg UjU]`UV˘Y hc cif W ]Ybh+

        R\Uh NdYWhfia gYYag hc VY Xc]b[ \YfY ]g W ccg]b[
hc d]W_U Z][\h UVcih k\Yh\Yf cf bch h\Y XYj]W W ]bZf]b[Yg
]b h\Y WcbhYYh cZ k\Yh\Yf B@`Ug aYh ]hg fYei]fYaYbhg ibXYf
GcWU KUhYbh M`˘Y 3+ <bX h\]b_ ]b U` cZ h\]g
X]gW gg]cb) mcif Ccbcf) kY \UjY a]ggYX h\Y dc]bh h\Uh h\Y
`cWU dUhYbh fi`Yg UWhiU`˘m Xcb&h fYei]fY B@ hc dfcj]XY Ubm
W U]a W Ufhg+ MJ[\h9 D aYUb) h\Ym UfY W WYf ]b fYei]f]b[
hkc h\]b]g UbX hkc h\]b]g cb`m) h\Uh B@]XYbh]Zm YUW W UUa
cZ YUW dUhYbh ]b gi]h h\Uh ]g U`˘Y[YX hc VY ]bZf]b[YX UbX
h\Uh h\Y B@]XYbh]Zm h\Y dfcXiW Wh h\Uh ]bZf]b[Yg+ OˆUh ]g W WYf
Vm h\Y YdfcYgg `Ub[iU[Y cZ h\Y dUhYbh fi`Y) UbX ]h&g W WYf
Vm h\Y) U`VY[h jYfm`]a]hhYX) WUgY `Uk cb h\]g ]ggiY+ =ih
h\Uh&g U` h\Uh B@Ug hc dfcj]XY+

        NdYWhfia ]g Uf[u]b[ h\Uh YjYb h\cih[\ B@dfcj]XYX
W U]a W Ufhg) h\Uh h\cgY W UUa W Ufhg UfYb&h [ccX Ybci[\)
k\Yb B@X]Xb&h \UjY hc dfcj]XY h\cgY W UUa W Ufhg Uh U˘`+
D&`` bch h\Uh Hf+ BfYYbV˘ia cf Hf+ KY^]W** D Xcb&h fYWU`
Uh h\]g dc]bh k\c ]h kUg ** aYbh]cbYX NdYWhfia&g ]bjU`]X]hm
WcbhYbh]cbg) mcif Ccbcf) k\]W\ UfY VUg]WU`˘m h\Y a]ffcf

```
                         KMJ>@@?DIBN                          / 3

/    ]aU[Y cZ h\Y ]bZf]b[YaYbh WcbhYbh]cbg+

0            CC@>JPMO7   NifY+

1            HN+ =POG@M7   <bX ]b h\cgY ]bjU`]X]hm WcbhYbh]cbg

2    h\Ym gU]X ** h\]g ]g U eichY ** IcbY cZ h\Y >cifh&g dfYgYbh

3    cfXYfg bcf GcWU` KUhYbh M`Y 4 fYei]fYg NdYWhfia hc

4    X]gW`cgY W`U]a W\Ufhg dfcj]X]b[ U `]a]hUh]cb*Vm`]a]hUh]cb

5    ]bjU`]X]hm UbU`mg]g) WcadUf]b[ h\Y `]a]hUh]cbg cZ h\Y

6    UggYfhYX W`U]ag hc h\Y df]cf Ufh+ Nc NdYWhfia ]g \YfY hcXUm

.-   Uf[i]b[ h\Uh B@kUg bch cb`m fYei]fYX hc dfcj]XY W`U]a

..   W\Ufhg) Vih ]h \UX hc VY W`U]a W\Ufhg h\Uh ]bW`iXYX

./   ]bZcfaUh]cb h\Uh kUgb&h di V`]W`m UjU]`UV`Y+ <bX h\Ym) cb

.0   h\Y ch\Yf \UbX) UfY bch fYei]fYX hc dfcj]XY W`U]a W\Ufhg

.1   ibXYf h\Y UbU`c[cig `cWU` fi`Y Zcf ]bjU`]X]hm WcbhYbh]cbg+

.2            OA]g ]g U aUbiZUWhifYX **

.3            CC@>JPMO7   J_Um+  RY``) D **

.4            HN+ =POG@M7   ** X]gdihY) mcif Ccbcf+

.5            CC@>JPMO7   J_Um+ Nc D ibXYfghUbX h\Y dc]bh UVcih

.6   k\Uh&g fYei]fYX bck) Vih D&a ^igh h\]b_]b[ dfUWh]WU``m)

/-   VYWUigY h\Y difdcgYg cZ gcaYcZ h\YgY X]gWcgifY fi`Yg ]g hc

/.   hfm hc ZcWig X]gWcjYfm UbX `]a]h X]gWcjYfm UbX Ujc]X

//   YlWWUb[Y cZ hfUXY gYWfYhg UbX ch\Yf ]bZcfaUh]cb ]Z h\YfY&g

/0   bch fYU``m U dchYbh]U` Zcf U W`U]a+ Nc k\Uh D&a \YUf]b[

/1   Hf+ KY^]WgUm]g h\Uh h\Y d]WhifYg h\Uh mci \UjY) h\Y

/2   di V]W`m*UjU]`UV`Y d]WhifYg h\Uh mci VY`]YjY g\ck Ub
```

KMJ>@@?DlBN                                                    / 4

]bZf]b[]b[ dfcXiWh UfY bch Uh U`` `]_Y h\Y Q@MDQJI gc`X ]b
h\Y Pb]hYX NhUhYg+   O\Uh&g _]bX cZ \UfX Zcf aY hc VY`]YjY)
Hf+ KY^]W] VYWUigY D WUb&h VY`]YjY ]h kci`X jUfm gc ai W\
Zfca k\Uh mci kYfY g\ck]b[ ]b @fcdY+   Nc D&a bch ei]hY
ibXYfghUbX ** D Xcb&h ei]hY] ibXYfghUbX k\m h\YfY kci`X VY
Ubm _]bX cZ g][b[]b[Z]WUbh jUf]Uh]cb ]b h\Y aUW\]bYg+ >Ub mci
Yl d`U]]b hc aY k\Uh ]g X]ZZYfYbh9

        HM+ K@ED>7  RY``) mYg) mcif Ccbcf+ O\]g ]g
Hf+ KY^]W]+ R\Uh kUg g\ckb ]b @fcdY kUg U dfcXiWh \h\Uh \UX
bch VYYb UddfcjYX UbX kUg ibXYf[c]b[ XYjY`cdaYbh+  <bX ]h
kUg VY]b[ g\ckb ]b jUf]cig g\ckg+ R\Uh ]g hY``]b[) h\ci[\)
Ug ZUf Ug h\Y X]ZZYfYbWY VYhkYYb acW_idg UbX k\Uh ]g
UWhiU``m gc`X ]g XYZYbXUbhg Xc WjhY h\Y Q@MDQJI VfcW\ifYg
]b h\Y]f ]bZf]b[]b[YaYbh WcbhYbh)cbg Vih Xc bch Udd`m Ubm cZ
h\cgY VfcW\ifYg hc h\Y ]bXYdYbXYbh W`U]ag+ Nc hc h\Y Yl hYbh
h\Uh h\YfY ]g diV`]W ]bZcfaUh]cb h\Uh XYgW]VYg h\Y UWhiU`
Q@MDQJI h\Uh&g VY]b[ gc`X ]b h\Y PN)  XYZYbXUbhg Xcb&h UjU]`
h\YagY`jYg cZ h\Uh ]bZcfaUh]cb ]b U``Y[]b[ ]bZf]b[]bYaYbh cZ
h\Y ]bXYdYbXYbh W`U]ag) bcf Xc XYZYbXUbhg igY h\cgY
VfcW\ifYg hc VUW_ id h\Y d]Wh ifYg h\Uh h\Ym UfY g\ck]b[ cZ
h\Y acW_idg+

        OC@ >JPMO7  =ih Xc h\Y VfcW\ifYg \UjY d]Whi fYg
`]_Y ** h\Uh Wci`X VY igYX ]b U acW_id9

        HM+ K@ED>7  O\Y VfcW\ifYg hU`_ UVcih h\Y

/ Zi bWh]cbÙ]hm UbX cdYfUh]cb cZ h\Y aUW\]bY8 UbX hc h\Y

0 Yl hYbh ]h XcYg bch \UjY U d]Wh]fY) XYZYbXUbhg WYfhU]b`m

1 Wci`X W]hY Ubm dfcj]g]cb Zfca h\Y VfcW\ifY gUm]b[ h\Uh ]h

2 \Ug ** h\Uh Q@MDOJI \Ug h]g Zi bWh]cbÙ]hm UbX dc]bh hc h\Y

3 d]Wh]fY+   =i h h\Ym Xcb&h UjU]` h\YagY`jYg cZ h\Uh+

4         CC@ >JPMO7   Nc mci&fY gUm]b[ h\Y VfcW\ifYg h\Uh

5 UfY di V^]W`m UjU]`UV`Y Xc XYgWf]VY h\Y UWhiU` aUW\]bY

6 h\Uh&g ]b h\Y PN9

.-        HM+ K@ED>7   O\Ym fY`UhY hc UbX XYgWf]VY+ D Xcb&h

.. _bck Uh k\Uh `Yj Y` cZ Wcad`YhY XYhU]`) Vi h h\Ym UfY

./ fYdfYgYbhUh]jY cZ h\Y Q@MDOJIg gc`X UbX cZZYfYX Zcf gU`Y

.0 UbX gc`X ]b h\Y PN+

.1        HN+ =POG@MW   >Ub D fYgdcbX hc h\Uh) mci f Ccbcf 9

.2        CC@ >JPMO7   SYg+

.3        HN+ =POG@MW   Nc hc h\Y Yl hYbh ** kY X]X `cc_ Uh

.4 h\Y VfcW\ifYg+   O\YfY ]g jYfm `]hh`Y XYdh\ hc h\cgY

.5 VfcW\ifYg+   RY kUbh hc di V^]W`m UjU]`UV`Y ]bZcfaUh]cb h\Uh

.6 dfcj]XYX h\Y acgh XYhU]`+   Nc h\YfY UfY gcaY ]bghUbWYg

/- k\YfY h\YfY kUg fY`Yj Ubh ]bZcfaUh]cb Zfca h\Y VfcW\if Y8 UbX

/. k\Yb h\Y VfcW\if Y X]X bch dfcj]XY XYhU]`YX*Ybci[\

// ]bZcfaUh]cb) kY kYbh hc h\Y j]XYcg+

/0        =i h Ug U dfUWh]WU` aUhhYf) mci f Ccbcf aYbh]cbYX

/1 h\Uh mci&fY `cc_]b[ hc _]bX cZ Z][ifY cih k\Uh&g dfUWh]WU`

/2 \YfY+

KMJ>@@?DI BN                                    / 6

.        OC@ >JPMO7   MJ[\h+

/        HN+ =POG@M7   D&X `]_Y hc dfcdcgY U gc`ih]cb ]b

0   h\Uh fY[UfX+   Nc kY&jY aYbh]cbYX h\Uh NdYWhfia \Ug gYfjYX

1   ]bjU`]X]Xhm WcbhYbh]cbg+   <bX B@\Ug bck gYfjYX ]bZf]b[YaYbh

2   WcbhYbh]cbg) k\]W! kY VY`]YjY acfY h\Ub gUh]gZm k\Uh h\Y

3   fi`Yg fYei]fY+   =ih hc h\Y Y!hYbh NdYWhfia ZYY`g h\Uh ]h

4   kci`X VY VYbYZ]WJU` Zcf ig hc Z`Yg\ cih) Zcf Y!Uad`Y)

5   >`U]ag 6 UbX .4 cZ cif W!Ufh Zcf h\Y 106 dUhYbh) B@ kci`X

6   VY k]``]b[ hc Xc h\Uh+ =ih h\Yb kY VY`]YjY h\Uh NdYWhfia

.-  h\Yb g\ci`X U`gc dfcj]XY W!U]a W!Ufhg Zcf U`` cZ h\Y df]]cf

..  Ufh h\Uh ]h `]ghYX ]b ]hg ]bjU`]X]Xhm WcbhYbh]cbg+ Db ch\Yf

./  kcfXg) kY g\ci`X [c cbY kUm cf h\Y ch\Yf \YfY+ DZ NdYWhfia

.0  kUbhg B@ hc Z`Yg\ cih >`U]ag 6 UbX .4 gc h\Uh NdYWhfia

.1  _bckg k\YfY h\Y Wc`iab ]g Yl hYbYX]b[ Zfca h\Y [Ubhfm **

.2  f]][\h9 ** B@ k]`` VY k]``]b[ hc dc]bh h\Uh cih+ =ih h\Yb ]b

.3  ]hg ]bjU`]X]Xhm WcbhYbh]cbg ]bghYUX cZ `]gh]b[ XcnYbg cZ

.4  df]cf Ufh fYZYfYbWYg k]h\ bc W!U]a W!Ufhg UhhUW!YX)

.5  NdYWhfia g\ci`X VY dfcj]X]b[ W!U]a W!Ufhg h\Uh WcadUfY

.6  h\cgY df]cf Ufh fYZYfYbWYg hc h\Y UggYfhYX W!U]ag) Ug kY``+

/-        HM+ K@ED>7   Sci f Ccbcf) aUm D fYgdcbX9

/.        OC@ >JPMO7   SYg+ <bX D kUbh hc _bck) k\Yb mci

//  fYgdcbX) D U`gc kUbh mci hc hY`` aY UfY h\YfY acfY dUhYbhg

/0  Uh ]ggiY ]b NdYWhfia&g UZZ]faUh]jY W!U]ag+

/1        HM+ K@ED>7   J_Um+   A]fgh) h\Y Z]fgh h\]b[ D&X `]_Y

KMJ>@@?DIBN                              0-

1 | hc ghUhY ]g D UddfYW]UhY XYZYbXUbhg& UhhYadhg hc acj Y h\Y
2 | VU`` ZcfkUfX) Vih cbY cZ h\Y dfcV`Yag k]h\ h\Y dfcdcgU` ]g
3 | k\Uh df]cf Ufh ]g fY`YjUbh k]`` XYdYbX Wcad`YhY`m idcb \ck
4 | h\Y W`U]ag UfY WcbghfiYX Vm h\Y >cifh) Ug mcif Ccbcf ]g
5 | kY`` UkUfY+ Nc k\Uh XYZYbXUbhg UfY bck hfm]b[ hc gYY_ hc
6 | fYei]fY NdYW]Vhfia hc Xc ]g k\Uh h\Ym UfY U`gc gYY]b[ hc
7 | aU_Y NdYW]Vhfia Xc k]h\ h\Y WcbhYbh]cb ]bhY`` cfUhcfm
8 | ]XYbh]Z]]b[ hfUXX gYW`Yhg+ =ih **

9 | OC@ >JPMO7   RU]h U a]bihY+ Dgb&h h\Uh U `]hh`Y
10 | W\hY9 =YWUigY mci Vfci[\h mcif UZZ]faUh]jY W`U]a gYY_]b[ U
11 | XYW`UfUh]cb UVcih ]bjYbhcfg\]d+ Nc) mci _bck) ]h&g bch **
12 | HM+ K@ED>7   Scif Ccbcf ** D&a gcffm ** D&`` hfm
13 | hc ** `Yh aY ibdUW_ h\Uh+ DZ U W`U]a ]g WcbghfiYX cbY kUm)
14 | h\Y Q@MDOJI kci`X bch ]bZf]b[Y) UbX h\Y df]cf Ufh kci`X bch
15 | ]bjU`]XUhY+ DZ WcbghfiYX Ubch\Yf kUm) h\Uh Wci`X ]ad`]WUhY
16 | dchYbh]U` ]bZf]b[YaYbh Ug kY`` Ug UXX]h]cbU` df]cf Ufh+
17 | <bX gc h\Uh ]g k]m ]b acgh g]hiUh]cbg mci&fY WYfhU]b`m
18 | U``ckYX hc UaYbX Ubm cZ mcif WcbhYbh]cbg UZhYf W`U]a
19 | WcbghfiWh]cb+

20 | HN+ =POG@M7   =ih) mcif Ccbcf) h\Ym X]X bch dfcj]XY
21 | W`U]a W\Ufhg Zcf h\Y ]Ugh aU^cf]hm cZ h\Y df]cf Ufh
22 | fYZYfYbWYg ]b h\Y]f ]bjU`]X]hm WcbhYbh]cbg+ <bX h\Y
23 | fi`Yg ** h\Y fi`Yg **

24 | HM+ K@ED>7   'DbX]gWYfb]V`Y(

KMJ>@@?DIBN                          0.

/   HN+ =POG@W7  ** UfY h\Uh ]bZf]b[YaYbh WcbhYbh]cbg

0   UbX ]bjU`]X]hm WcbhYbh]cbg UfY Vch\ hc VY gYfjYX Uh h\Y

1   VY[]bb]b[ cZ h\]g WUgY+  Nc ]Z kY&fY hfm]b[ hc VY dfUWh]WU`

2   UbX dfcj]XY Ug aiW\ ]bZcfaUh]cb id Zfcbh Ug dcgg]V`Y) h\Yb

3   B@`WUb Z`Yg\ cih >`U]ag 6 h\fci[\ .4 ** 6 UbX .4) UbX

4   NdYWhfia g\ci`X dfcj]XY W`U]a W`Ufhg Zcf ]hg ]bjU`]X]hm

5   WcbhYbh]cbg+

6   Scif Ccbcf) D kUbh hc ^igh dc]bh cih D Xc \UjY U

.-  WcbZYfYbWY k]h\ U ZYXYfU` Wcifh ]b H]bbYgchU Uh .. c&W`cW_+

..  D ^igh kUbhYX hc ]b^YWh h\Uh \YfY Zcf h]aY difdcgYg Ug

./  kY&fY X]j]b[ acfY UbX acfY ]bhc h\YgY **

.0  OCC@ >JPMO7  SYg+

.1  HN+ =POG@W7  =ih D Xc h\]b_ h\Uh h\Uh ** ]Z kY&fY

.2  hfm]b[ hc dfcj]XY ** Z][cfY cih U kUm hc []jY ]bZcfaUh]cb

.3  acfY id Zfcbh) h\Yb `Yh&g Xc ]h) Vih `Yh&g Xc ]h Vch\ kUmg+

.4  HM+ K@ED>7  Scif Ccbcf) aUm D **

.5  OCC@ >JPMO7  RY``) h\Uh&g **

.6  HM+ K@ED>7  ** aUm D d`YUgY Z]b]g\9

/-  OCC@ >JPMO7  RY``) \c`X cb U gYWcbX+ D&a cZ h\Y

/.  j]Yk h\Uh h\YfY g\ci`X VY acfY ]bZcfaUh]cb dfcj]XYX Vm Vch\

//  g]XYg id Zfcbh gc h\Uh mci WUb [Yh [c]b[ UbX ibXYfghUbX

/0  k\Uh) mci _bck) h\Uh YUW\ ch\Yf ]g gUm]b[+  Nc d`U]bh]ZZ

/1  XYZ]b]hY`m \Ug Ub ]XYU)  VYWUigY mci&jY ]XYbh]Z]YX h\Y hfUXY

/2  gYWfYhg h\Uh mci h\]b_ XYZYbXUbh \Ug X]gW`cgYX)  UbX mci

KMJ>@@?DIBN                                         0/

. U`gc \Uj Y gcaY ]XYUg UVci h\Y dUhYbh VYWUigY mci &jY

/ UggYfhYX h\Y ]bj Ybhcfg\]d) mci _bck) WUa8 UbX bck mci

0 \Uj Y h\Y ]bj U`]X]hm WU]ag+

2 　　　Nc D h\]b_ Vch\ g]XYg bYYX hc dfcj]XY gcaY acfY

3 XYhU]`+ <bX D Xc h\]b_ h\Uh h\Y ** ]h&g bch ^igh 6 UbX .4)

4 VYWUigY h\YfY&g gcaY cbYg ]b h\Y gYWcbX dUhYbh U`gc **

5 　　　HM+ K@ED>7 MJ[\h) mcif Ccbcf+

6 　　　OC@ >JPMO7 ** h\Uh bYYX hc VY ** h\Uh U `]hh`Y

.- V]h acfY XYhU]` kci`X bYYX hc VY dfcj]XYX+ Nc) Zcf

.. YlUad`Y) 4 ** D aYUb) 4 XcYg \Uj Y U WU]fh+ =ih h\YfY Uam

./ bYYX hc VY U `]hh`Y V]h acfY XYhU]` ]b 4 5) .-) .. UbX .5

.0 cZ h\Y gYWcbX dUhYbh+ <bX ]h XcYg gYYa hc aY h\Uh mci a][\h

.1 VY UV`Y hc [Yh U d\chc[fUd\ cf gcaY d\chc[fUd\g cZ h\Y

.2 aUW\]bY h\Uh&g ]b igY ]b =cghcb+

.3 　　　HN+ =POG@M7 Scif Ccbcf) ]Z NdYWhfia **

.4 　　　OC@ >JPMO7 D ibXYfghUbX h\Uh mci WUb&h fYj YfgY*

.5 Yb[]bYYf ]h) mci WUb&h [c ]b hc Xc h\Uh+ =ih D aYUb) k\m

.6 WUb&h mci [Yh U d\chc[fUd\ cZ ]h9

/- 　　　HN+ =POG@M7 =YWUigY) mcif Ccbcf) h\&g U df]jUhY

/. \cgd]hU` h\Uh kci`X ** D Xcb&h h\]b_ kci`X U``ck U VibW\ cZ

// `UkmYfg hc WcaY ]b UbX ghcd h\Y)f WUhhiU igYg cZ h\Y aUW\]bY

/0 hc Xc h\Uh+ =ih D k]`` gUm h\Uh ]Z NdYWhfia UffUb[Yg Zcf

/1 h\Uh) B@kci`X VY \Uddm hc Xc h\Uh+ =ih D \cbYgh&m Xcb&h

/2 VY`]YjY h\Uh B@ WUb ^igh WU`` id h\Y \cgd]hU` UbX gUm h\Uh)

```
 /   #RY&jY [ch h\]g `Ukgi]h U[U]bgh NdYWhfia+ RY bYYX hc ghcd
 0   ig]b[ h\]g aUW\]bY hc ]aU[Y dUh]Ybhg gc h\Uh kY WUb WcaY ]b
 1   UbX Xc Ub ]bZf]b][YaYbh UbU`mg]g+#

 2          CC@>JPMO7  SYg+  =ih h\Y aUW\]bY ]g dfcVUV`m bch
 3   ]b WcbghUbh igY) dUfh]W]Uf`m bck k\Yb h\Y \cgd]hU`g UfY
 4   Z]``YX k]h\ >JQD? dUh]Ybhg UbX bch YjYb gYY]b[ dUh]Ybhg)
 5   mci _bck) Zcf ** D&a bch YlUWh`m gifY k\Uh h\Y g]hiUh]cb ]g
 6   ]b =cghcb) Vih h\Y dfcV`Ya W`]g]g kY&fY ]b

.-   f]orh bck) mci aUm UWhiU``m \UjY) mci _bck) U h]aY dYf]cX
..   k\YfY h\YfY WUb VY U ZYk d]Wh\fYg hU_Yb VYWUigY dYcd`Y
./   a][\h bch VY Wca]b[ ]b hc igY h\Uh aUW\]bY f][\h bck) mci
.0   _bck) VYWUigY h\Ym&fY ZcWigYX cb h\Y >JQD? dUh]Ybhg+  Nc
.1   g]bWY h\YfY&g jYfm ZYk cZ h\YgY aUW\]bYg) ]h gYYag hc aY
.2   h\Uh h\Uh&g gcaYh\]b[ h\Uh Wci`X VY XcbY UbX g\ci`X VY
.3   XcbY+  <bX ]h U`gc gYYag hc aY h\Uh d`U]bh]ZZ Wci`X dfcj]XY
.4   gcaY acfY YdYhU]`g UVcih h\Y]f ]bjU`]X]hm W`U]ag Uh h\]g
.5   dc]bh gc mci WUb ^c]b ]ggiYg) ]Z mci k]`` cb **

.6          HM+ K@ED>7  Scif Ccbcf **

/-          CC@>JPMO7  ** cb mcif fYgdYWh]jY W`U]ag+

/.          HM+ K@ED>7  ** mcif Ccbcf) ]Z D aUm9 Sci&fY VUg]b[
//   mcif gi[[Ygh]cb cb h\Uh kY dfcj]XY UXX]h]cbU` ]bZcfaU]cb cb
/0   cif ]bjU`]X]hm W`U]ag+ D Xcb&h _bck h\Uh mci&jY gYYb cif
/1   ]bjU`]X]hm UbU`mg]g) Vih kY&X VY [`UX hc giVa]h ]h hc mci+
/2          CC@>JPMO7  J_Um+
```

KMJ>@@?DIBN                          01

HM+ K@ED>7   <bX ]Z mci `cc_ Uh ** D aYUb) mci gYYa
hc VY XfUk]b[ Ub Yei]jU'YbWY \YfY VYhkYYb k\Uh h\Y
d`U]bh]ff]ZZ X]X UbX k\Uh h\Y XYZYbXUbh X]X) UbX h\Uh&g VUgYX
idcb XYZYbXUbh Wcibg̀&g UggYfh]cb+ =ih D h\]b_ ]Z mci `cc_
Uh k\Uh kY X]X) mci k]`` gYY h\Uh kY kYfY Yl hfYa`m
XYhU]`YX ** Yl hfYa`m XYhU]`YX ** ]b cif ]bjU]]X]hm
UbU`mg]g VUgYX idcb h\Y _Ym XcW`aYbhg h\Uh kY gUm hYUW\Yg
Yj YfWh\]b[+ Db h\cgY ZYk WUgYg k\YfY **

OC@>JPMO7    J_Um+

HM+ K@ED>7   ** h\YfY gcaY ei Ygh]cb) kY gdYW`̀Zm Vm
dU]`Y UbX `]bY h\Y df]cf Ufh+ RY h\Yb kYbh ** k\Uh cddcgg]b[
WcibgY` kUg fYZYff]b[ hc kUg kY gU]X) gc kY h\]b_ h\]g
__bcW_g ]h U`` cih) h\]g __bcW_g ]h U`` cih8 Vih kY gU]X hc
h\Y Yl hYbh h\Uh h\YfY ]g bYYX Zcf fYZYfYbWY Zcf h\Y [YbYfU
ghUhY cZ h\Y Ufh ** h\Y [YbYfU ghUhY cZ h\Y Ufh ** kY
X]Xb&h Udd`̀m h\Ya U[U]bgh h\Y W'U]ag ** kY gU]X h\]g ]g h\Y
[YbYfU ghUhY cZ h\Y Ufh) UbX kY `]ghYX h\YgY XcW`aYbhg+
RY X]X bch Udd`̀m h\Ya VYW`UigY k\Uh kY UggYfh ]g ]bjU']X ]g
gdYW`̀Z]YX ]b [fYUh XYhU]`̀ ** mci WUb gYY ]h) dU]`Y UbX `]bY
bi aVYf g+

OC@>JPMO7    J_Um+

HM+ K@ED>7   <bX gc D kci`X gi[[Ygh h\Uh VYZcfY ** 
D kci`X Ug_ h\Uh mcif Ccbcf \c`X ]b UVYmUbWY U [YbYfU
fYei Ygh h\Uh kY [Yh acfY gdYW`̀ZW ** h\Uh mci hU_Y U `cc_

```
.
/    Uh  h\Ya  **
0              OC@ >JPMO7   J_Um+
1              HM+ K@ED>7  ** UbX kY kci`X giVa]h h\Ya hc mci+
2              OC@ >JPMO7  <`` f][\h) gc **
3              HM+ K@ED>7  <bX Ug hc **
4              OC@ >JPMO7  ** k\m Xcb&h ** WUb mci giVa]h h\Ya Vm
5    HcbXUm9
6              HM+ K@ED>7  Ni f Y)  gi f Y+
.-             OC@ >JPMO7  J_Um+ R\m Xcb&h **
..             HM+ K@ED>7  <bX Ug hc ** c_Um+ <bX Ug hc mcif
./   Ccbcf&g gi[[Ygh]cb UVci h `cc_]b[ Uh h\Y aUW\]bY) D&X `]_Y
.0   hc h\]b_ UVci h ]h UbX X]gW'gg ]h k]h\ am W]Ybh) Vi h h\]g
.1   a][\h VY U kUm hc Y`]a]bUhY h\]g dUfh cZ h\Y `Ukgi]h jYfm
.2   ei]W_`m+
.3             OC@ >JPMO7   M][\h+
.4             HM+ K@ED>7  <bX ** k]]W! ]g k\Uh D h\]b_ mcif
.5   Ccbcf ]g [c]b[ hc+ DZ BfYYbV`ia ]g hY`]b[ mci h\Uh ]h&g
.6   bch gc`X `]_Y h\Uh \YfY) h\Yb k\m UfY kY \YfY9
/-             OC@ >JPMO7   M][\h+
/.             HM+ K@ED>7  <bX gc D&X `]_Y hc X]gW'gg ]h k]h\ am
//   W]Ybh UbX gYY ]Z kY WUb UffUb[Y Zcf gcaYh\]b[ `]_Y mcif
/0   Ccbcf ]g dfcdcg]b[ **
/1             OC@ >JPMO7   D aYUb **
/2             HM+ K@ED>7  ** UbX kY **
```

```
.

/        CC@ >JPMO7  ** ']bX]gWYfb]V`Y( gdYbX acbYm cb **
0    ]Z h\Y aUW\]bY ]g bch Ug ]h&g UddYUf]b[) h\Yb) mci _bck)
1    `Yh&g dfcj]XY h\Uh ]bZcfaUh]cb+  O\Uh&g **
2        HM+ K@ED>7  O\Uh&g f]][\h+
3        CC@ >JPMO7  J_Um+  Nc k\m Xcb&h mci hU`_ hc mcif
4    W]Ybh UbX gYbX aY h\Y ]bjU`]X]hm WcbhYbh]cbg h\Uh mci X]X
5    cb HcbXUm+ D&`` \c`X h\Y fi`]b[ ]b UVYmUbWY+  <bX hU`_ k]h\
6    mcif W]Ybh bYlh kYY_) UbX D kUbh mci hc hU`_ k]h\
.-   XYZYbXUbhg UVcih [Yhh]b[ gcaY d\chc[fUd\g UbX gcaY) mci
..   _bck ** UbX h\Yb D kUbh mci hc gYbX aY U ghUhig `YhhYf h\Y
./   Zc``ck]b[ kYY_) VYWUigY D&a a]bXZi` h\Uh ]h&g >[f]ghaUg @jY
.0   UbX >[f]ghaUg cb O\ifgXUm UbX Af]XUm cZ bYlh kYY_+  Nc D
.1   Xcb&h ** mci _bck) D Xcb&h _bck k\Uh h\Y gW\YXi`Y k]`` VY
.2   k]h\ mcif W]Ybhg UbX h\Y \cgd]hU` UbX k\UhYjYf+ Nc D&X
.3   `]_Y mci hc [Yh aY U ghUhig `YhhYf Vm h\Y 0.gh+  <bX D&X
.4   `]_Y mci hc kcf_ WccdYfUh]j`Ym UVcih h\]g VYWUigY ^igh gcaY
.5   d\chc[fUd\g aUm dfcj]XY gcaY ** mci _bck) UbX D Xcb&h _bck
.6   k]h\ ch\Yf ** mci aUm VY UkUfY) d`U]bh]ZZ aUm VY UkUfY cZ
/-   acfY di V`]W]bZcfaUh]cb h\Uh k]`` dfcj]XY U `]hh`Y V]h acfY
/.   ibXYfghUbX]b[ Zcf h\Y XYZYbXUbhg+  <bX aUmVY) mci _bck)
//   aUmVY h\Uh k]`` fYU`]m bUffck h\Y ]ggiYg+ Nc `Yh&g **
/0       HN+ =POG@M7  Scif Ccbcf **
/1       CC@ >JPMO7  SYg+
/2       HN+ =POG@M7  Scif Ccbcf) ^igh ]b `][\h cZ h\Y
```

KMJ>@@?DIBN                                        04

. 

/  h]aY) D ^igh kUbhYX hc ]b^YWh cbY acfY fYei Ygh) UbX h\Uh ]g

0  h\Uh k\Yb NdYWhfia giVa]hg hc mci ]hg ]bjU`]X]hm

1  WcbhYbh]cbg cb HcbXUm) h\Uh h\Y dUfh]Yg VY dYfa]hhYX ^igh

2  hkc dU[Yg hc X]gWigg k\m NdYWhfia&g ]bjU`]X]hm WcbhYbh]cbg

3  g\ci`X VY gidd`YaYbhYX hc h\Y gUaY `YjY` cZ XYhU]` h\Uh

4  ]h&g fYei Ygh]b[ B@&g ]bZf]b[YaYbh WcbhYbh]cbg VY

5  gidd`YaYbhYX+

6          OC@ >JPMO7   Nif Y) h\Uh&g Z]bYn+

.-         >Ub mci giVa]h h\Uh Vm h\Y /th\9

..         HN+ =POG@M7   SYg+  Nc hkc dU[Yg Zcf YUW\ dUfhm)

./ ^igh hc aU_Y gif Y h\Uh kY&f U`` cb h\Y gUaY dU[Y ]b `YhhYf

.0 ZcfaUh ** ]b U `YhhYf ]g Z]bY9

.1         OC@ >JPMO7   < `YhhYf ]g Z]bY+ A]`Y ]h cb @>A+ DZ

.2 gcaYh\]b[ ]bYYXg hc VY ib XYf gYU`) ^igh Zc``ck h\Y

.3 dfcWYXif Yg hc h\Uh+

.4         HN+ =POG@M7   R]`` Xc) mcif Ccbcf+

.5         HM+ K@ED>7   <bX) mcif Ccbcf) =fUb_ cKY^]W+ JbY

.6 `Ugh h\]b[ h\Uh D _bck kY&f Y bch [c]b[ hc [Yh hc hcXUm **

/-         OC@ >JPMO7   M][\h+

/.         HM+ K@ED>7   ** Vih ]h&g XYZYbXUbhg& Hch]cb ..4)

// XYZYbXUbh gh]`` \Ug bch dfcXiWYX Ubm hYW\b]WU` X]gWcjYfm Ug

/0 h\Y kYY&g dUgg+  <bX) mci _bck) h\Uh ]g \UadYf]b[

/1 NdYWhfia&g UV]`]hm hc aU_Y ]hg WUgY+

/2         OC@ >JPMO7   M][\h+ D ibXYfghUbX+

```
  .    |              KMJ>@@?DIBN                      05
  /    |       HM+ K@ED>7   <bX kY **
  0    |       OC@ >JPMO7   D f YUX h\cgY WcbhYbh]cb
  1    | ]bhYffc[Uhcf]Yg+   NcaY cZ h\Ya UfY hcc VfcUX+   <bX kY&``
  2    | \UjY hc hU`_ UVcih ]h ]b Ubch\Yf WcbZYfYbWY+ RY Xc \UjY
  3    | WcbZYfYbWYg gW\YXi`YX cih) Vih D&`` `cc_ hc gYY ]Z D WUb
  4    | [Yh mci ]b ]b YUf`m EUbiUfm ** VYWUigY D h\]b_ cif bYlh
  5    | WcbZYfYbWY ]g `UhY EUbiUfm ** gc kYWUb ]fcb h\]g cih UbX
  6    | mci WUb [Yh [c]b[+ J_Um9
 .-    |       HM+ K@ED>7   PbXYfghcccX+ =ih h\]g ]g UWhiU``m
 ..    | XYZYbXUbhg& Hch]cb ..4) bch **
 ./    |       OC@ >JPMO7   M][\h+
 .0    |       HM+ K@ED>7   ** d`U]bh]ZZ&g ach]cb+
 .1    |       OC@ >JPMO7   D ibXYfghUbX ** D ibXYfghUbX+ Sci kUbh
 .2    | h\Ya hc UbgkYf mcif WcbhYbh]cb ]bhYffc[Uhcf]Yg+
 .3    |       HM+ K@ED>7   Ic) kY kci`X ** bc **
 .4    |       OC@ >JPMO7   Sci kUbh hc gYfjY h\Y WcbhYbh]cb **
 .5    |       HM+ K@ED>7   ?YZYbXUbhg \UjY Ug_YX h\Y >cifh Zcf
 .6    | dYfa]gg]cb hc gYfjY WcbhYbh]cb ]bhYffc[Uhcf]Yg fYei]f]b[ **
 /-    |       OC@ >JPMO7   M][\h+
 /.    |       HM+ K@ED>7   ** d`U]bh]ZZg hc ]XYbh]Zm U`` h\Y]f
 //    | hfUXY gYWfYhg VYZcfY Ubm hYW\b]WU` X]gWcjYfm ]g dfcXiWYX+
 /0    | O\]g ]g XYgd]hY h\Y ZUWh h\Uh kY \UjY ]XYbh]ZYX hfUXY
 /1    | gYWfYhg < h\fci[\ L ]b h\Y A]fgh <aYbXYX >cad`U]bh **
 /2    |       OC@ >JPMO7   M][\h) f]][\h+
```

KMJ>@@?DI BN                                        06

```
  .  |        HM+ K@ED>7  ** k\]W\ \Ug ']bX]gVWfb] V`Y( hkc
  /  | ach]cbg hc X]ga]gg+
  0  |        OC@ >JPMO7   MJ[\h+ D ibXYfghUbX+
  1  |        HM+ K@ED>7  ** V]h Uh h\Y Udd`Y+  <bX kY&fY
  2  | g]hh]b[ \YfY) mci _bck) VY]b[ XYb]YX dfcdYf X]gWcjYfm+
  3  |        OC@ >JPMO7   D ibXYfghUbX+
  4  |        HN+ =POG@M7   Scif Ccbcf) WUb D `YUjY h\]g Zcf am
  5  | Wc``YU[iY) Hf+ EYb]_Y*BcXg\U`_ hc \UbX`Y gc h\Uh D WUb ^iad
  6  | cZZ h\]g WU`` UbX cbhc h\Y bYYlh9
  .- |        OC@ >JPMO7   <Whi U`m) mYg) Vih kY&fY [c]b[ hc YbX
  .. | h\Y WcbZYfYbWY) UbX kY&fY ^igh [c]b[ hc hUV`Y h\]g ]ggiY
  ./ | ibh]` YUf`m EUbiUfm+  <bX D&a [c]b[ hc [Yh Ubch\Yf
  .0 | WcbZYfYbWY cb+ J_Um9
  .1 |        HM+ K@ED>7   O\Ub_ mci )  mcif Ccbcf+
  .2 |        HN+ =POG@M7   O\Ub_ mci )  mcif Ccbcf+
  .3 |        OC@ >JPMO7   <`` f]l[\h) gc D&a [c]b[ hc hUV`Y ]h+
  .4 | D&`` `cc_ Zcfk Uf X hc mcif gi Va]gg]cbg+  <bX kY&fY
  .5 | UX^cifbYX+ O\Ub_g)  YjYf mcWcXm+
  .6 |        HN+ =POG@M7   O\Ub_ mci +
  /- |        HM+ K@ED>7   O\Ub_ mci )  mcif Ccbcf+
  /. |        'R\YfYidcb) h\Y aUhhYf ]g UX^cifbYX+(
  //
  /0
  /1
  /2
```

<u>> @ M O D A D > < O @</u>

D) >Ufc`Y GiXk][) WWfh]Zm h\Uh h\Y ZcfY[c]b[
hfUbgWf]dh cZ dfcWWYX]b[g ]b h\Y WUgY cZ NdYWhfia ?mbUa]Wg
HYX]WU` G]a]hYX j+ BYbYfU` @YWhf]W Wj ?cW_Yh $.5*WJ'*..053*
QN=*FCK) kUg dfYdUfYX ig]b[ X][]hU` hfUbgWf]dh]cb gcZhkUfY
UbX ]g U hfiY UbX UWWifUhY fYWcfX cZ h\Y dfcWYYX]b[g+

NJ[bUhifY YTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTTT
                      >Ufc`Y GiXk][[
?UhY7      ?YWYaVYf /.) /-/-