**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>                    Plaintiff,<br><br>        v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., GE MEDICAL SYSTEMS ISRAEL LTD., JEAN-PAUL BOUHNIK, SERGIO STEINFELD, ARIE ESCHO, NATHAN HERMONY, and YARON HEFETZ,<br><br>                    Defendants. | Case No.: 18-cv-11386 (VSB)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-1672) TO DEFENDANTS GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., AND GE MEDICAL SYSTEMS ISRAEL LTD.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Spectrum Dynamics Medical Limited hereby serves this First Set of Requests For Admission be answered fully under oath in accordance with the Instructions and Definitions below by GE Defendants General Electric Company, GE Healthcare, Inc., and GE Medical Systems Israel Ltd. within thirty (30) days of service.

## INSTRUCTIONS

1.      These Requests for Admission are to be read and interpreted in accordance with the Instructions and Definitions set forth herein.

2.      The form of Responses to these Requests for Admission is to comply with Fed. R. Civ. P. 36.

3.      Each Response shall specifically admit or deny the truth of the statement as well as set forth in detail the reasons why GE Defendants admit or deny the truth of such statement.

1

4.     These Requests for Admission shall be deemed continuing with respect to any additional information which becomes known to GE Defendants or their counsel up to and including the time of trial, or so long as the above-captioned matter is pending before this Court.  Responses hereto shall be enlarged, diminished, or otherwise modified to include any information required by Fed. R. Civ. P. 26 (e) (1) as acquired by GE Defendants subsequent to the date of its respective Responses hereto within a reasonable time after the acquisition of such information.

## DEFINITIONS

The following Definitions are to be used for each Request For Admission below:

1.     "Spectrum" shall mean the Plaintiff Spectrum Dynamics Medical Limited, and all predecessors in interest.

2.     "GE" or "GE Defendants" shall mean collectively Defendants General Electric Company, GE Healthcare, Inc., and GE Medical Systems Israel Ltd., and all affiliates, subsidiaries, and predecessors or successors thereof, and all past or present directors, officers, employees, agents.

3.     "Obligated Individual(s)" shall mean individually and/or collectively Jean-Paul Bouhnik, Sergio Steinfeld, Arie Escho, and Nathan Hermony.

4.     "Defendant(s)" or "you" shall mean individually and/or collectively one or more of the GE Defendant(s) and Obligated Individual(s) and Defendant Yaron Hefetz.

5.     "2009 Agreement" shall mean the "Amended and Restated Mutual Confidentiality and Non-Use Agreement" effective September 16, 2009, and any predecessor agreements.

6.     "Spectrum Information" shall be accorded the definition provided in Paragraph C of the 2009 Agreement and reflected in Paragraphs 47-48 of the First Amended Complaint [D.I. 36], including Spectrum Trade Secret(s).

7.     "Spectrum Trade Secret(s)" shall mean the Trade Secrets A-Q identified in

Paragraphs 197-466 of the First Amended Complaint [D.I. 36] as well as any additional trade secrets identified in the Spectrum Trade Secret Chart being served in accordance with the Court's direction during the January 8, 2021 hearing and associated Order [D.I. 171] memorializing the same.

8.      "GE Diligence Personnel" shall mean the individuals identified in Paragraph 59 of the First Amended Complaint [D.I. 36], as well as any Person that received access to Spectrum Information, whether or not such Person executed the 2009 Agreement.

9.      "GE Imitation Device" shall mean the GE full body multi-organ scanner that was shown at the Rambam Medical Center in Haifa, Israel or any similar device sometimes referred to by GE as the "Stargate device."

10.      "GE Diligence Process" shall mean the due diligence performed by GE Diligence Personnel during 2009-2012 where GE Diligence Personnel sought and received access to confidential Spectrum Information, including Trade Secrets A-Q.

11.      "Diligence Meeting(s)" shall mean any meeting (whether in-person or remotely) between GE Diligence Personnel and Spectrum personnel, including but not limited to the meetings where Spectrum provided the 2009 Due Diligence Presentations, 2010 Due Diligence Presentations, and 2012 Due Diligence Presentations, as well as the 2009 meeting(s), 2010 meeting(s), and 2012 meeting(s) as described in Paragraphs 184-193 of the First Amended Complaint [D.I. 36].

12.      "Spectrum Data Room" shall mean the electronic or online repository of information where Spectrum made Spectrum Information and Spectrum Trade Secrets available to GE Diligence Personnel during the GE Diligence Process.

13.      "USPTO" shall mean the United States Patent and Trademark Office, including any employees thereof.

14.      "Patent Prosecution Counsel" shall mean Counsel, including in-house GE attorneys

and patent agents as well as any outside patent counsel, patent agent, or Person involved in filing and prosecuting each Misappropriated GE Patent and Related Patens in each country.

15.     "Section 256 GE Patent(s)" shall mean individually and/or collectively U.S. Patent No. 9,895,113 ("the '113 patent"); U.S. Patent No. 9,029,791 ("the '791 patent"); U.S. Patent No. 9,439,607 ("the '607 patent"); U.S. Patent No. 9,579,072 ("the '072 patent"); U.S. Patent No. 9,895,114 ("the '114 patent"); U.S. Patent No. 9,482,562 ("the '562 patent"); U.S. Patent No. 9,295,439 ("the '439 patent"); U.S. Patent No. 9,402,595 ("the '595 patent"); U.S. Patent No. 9,442,197 ("the '197 patent"); U.S. Patent No. 9,392,982 ("the '982 patent"); U.S. Patent No. 9,915,737 ("the '737 patent"); U.S. Patent No. 9,801,597 ("the '597 patent"); U.S. Patent No. 10,575,802 ("the '802 patent").

16.     "Misappropriated GE Patents" shall mean collectively the Section 256 GE Patents as well as U.S. Patent No. 9,763,631 ("the '631 patent"), U.S. Patent No. 9,554,489 ("the '489 patent"), U.S. Patent No. 9,599,490 ("the '490 patent"), U.S. Patent Pub. No. 2018/0110496 ("the '496 publication," now issued as U.S. Patent No. 10,478,133 ("the '133 patent")), and U.S. Patent Pub. No. 2018/0259659 ("the '659 publication," now issued as U.S. Patent No. 10,656,291 ("the '291 patent")).

17.     "Asserted GE Patents" shall mean the '439 patent and the '595 patent.

18.     "The '721 PCT" shall mean PCT/IB2013/053721 ("'721 PCT")(filed as WO 2013/168111 and subsequently, U.S. Application No. 14/399,975, and published as U.S. Patent Pub. No. 2015/0119704).

19.      "Invention" means every alleged invention or alleged discovery disclosed or claimed in each of the Misappropriated GE Patents and/or the '721 PCT.   By using the term "invention," Plaintiff does not admit that any of the claims of the Misappropriated GE Patents or any other patent to GE are valid or that any of these patents disclose or claim a patentable invention.

20.    "Inventors" shall mean the Persons named as an inventor on each respective Misappropriated GE Patent(s) and/or the '721 PCT, including any Certificate of Correction thereto.

21.    "Related Application" means any U.S. patent application which claims priority to any patent application to which each respective Misappropriated GE Patent(s) and/or the '721 PCT also claim priority (including, continuation applications, continuation-in-part applications, divisional applications, reissue applications, reexamination applications, parent applications, grandparent applications, or other predecessor applications), or to any application whose benefit is claimed in the Misappropriated GE Patent(s) and/or the '721 PCT, whether or not abandoned and whether or not issued.

22.    "Foreign Counterpart" means any and all non-U.S. patent applications (including PCT International applications) or patents corresponding to or which claims priority to any patent application to which the Misappropriated GE Patent(s) and/or the '721 PCT also claim priority or any Related Application, whether or not abandoned and whether or not issued.

23.    "Related Patent" means any issued Related Application and Foreign Counterpart. For U.S. Patent No. 9,295,439, Related Patent shall include PCT/US14/55822; WO 2015/094440; U.S. Patent No. 9,029,791; U.S. Patent No. 9,182,507; U.S. Patent No. 9,213,110; U.S. Patent No. 9,439,607; PCT/US16/38352; WO 2017/039787; U.S. Patent No. 9,297,913; U.S. Patent No. 9,392,981; U.S. Patent No. 9,606,247; U.S. Patent No. 9,903,962; and U.S. Patent No. 10,209,376.

24.    "Person" shall mean any natural person or any legal entity, including, without limitation, any business or governmental entity, association, company, firm, association, partnership, government agency, or other entity and its officers, directors, partners, employees, former employees, representatives, and agents.

25.    "Communication" shall mean the transmittal of information (in the form of facts,

ideas, inquiries, or otherwise).

26.     "Document" shall be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A).  A draft or non-identical copy is a separate document within the meaning of this term.

27.     "Identify" shall mean with respect to Persons giving, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the person or last known place of employment.  Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

28.     "Parties" shall mean "Plaintiff" or "Defendant(s)" as well as party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.  This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

29.     "Presentation" shall mean any presentation, poster presentation, seminar, lecture, colloquium, class, round table discussion, webinar, and the like.

30.     "Thing" shall mean any tangible object other than a document including, without limitation, product samples, formulations and preparations.

31.     "Concerning" shall mean relating to, referring to, describing, evidencing or constituting.

32.     "All," "Any," and "Each" shall each be construed as encompassing any and all.

33.     "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of discovery requests that might otherwise be construed to be outside of its scope.

34.     "Number" shall mean the use of the singular form of any word includes the plural and

vice versa.

35.     "Business plan" shall mean any plan, preparation, goal, objective, or other intention concerning commercial activities.

36.     "Prior art" shall be construed in keeping with its generally accepted meaning under the version of 35 U.S.C. §102 in effect (whether pre or post AIA) with respect to the respective Misappropriated GE Patent(s).

37.     Documents and things in the "possession," "custody," or "control" of GE Defendants refers to possession, custody or control by any one or a combination of the following persons or organizations:

> a.     either Defendant General Electric Company, GE Healthcare, Inc., GE Medical Systems Israel Ltd., Jean-Paul Bouhnik, Sergio Steinfeld, Arie Escho, Nathan Hermony, and/or Yaron Hefetz;
> b.     Any entity in privity with either Defendant and/or Defendants concerning the Misappropriated GE Patents;
> c.     Any corporation or other entity controlled by or affiliated with either Defendant and/or Defendants or controlling either Defendant and/or Defendants as its subsidiary;
> d.     Any principal, officer, employee, agent, representative, or consultant of or for either Defendant and/or Defendants or any such controlled or affiliated corporation or entity; and,
> e.     Counsel for either Defendant and/or Defendants or any such controlled or affiliated corporation or entity.

38.     "Manufacturer" shall mean any entity, including but not limited to any organization, company, corporation, business, or natural person that participated in the physical construction of a thing.

39.     "Including" shall be construed broadly, as "including but not limited to" or "including without limitation."

## **REQUESTS FOR ADMISSION**

**Request for Admission No. 1**

Admit that Yaron Hefetz executed the 2009 Agreement.

**Request for Admission No. 2**

Admit that Yaron Hefetz did not execute the 2009 Agreement.

**Request for Admission No. 3**

Admit that Yaron Hefetz is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 4**

Admit that Yaron Hefetz is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 5**

Admit that Yaron Hefetz accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 6**

Admit that Yaron Hefetz did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 7**

Admit that Yaron Hefetz accessed Spectrum Information in 2009.

**Request for Admission No. 8**

Admit that Yaron Hefetz did not access Spectrum Information in 2009.

**Request for Admission No. 9**

Admit that Yaron Hefetz accessed Spectrum Information in 2010.

**Request for Admission No. 10**

Admit that Yaron Hefetz did not access Spectrum Information in 2010.

**Request for Admission No. 11**

Admit that Yaron Hefetz accessed Spectrum Information in 2011.

**Request for Admission No. 12**

Admit that Yaron Hefetz did not access Spectrum Information in 2011.

**Request for Admission No. 13**

Admit that Yaron Hefetz accessed Spectrum Information in 2012.

**Request for Admission No. 14**

Admit that Yaron Hefetz did not access Spectrum Information in 2012.

**Request for Admission No. 15**

Admit that Yaron Hefetz accessed the Spectrum Data Room in 2009.

**Request for Admission No. 16**

Admit that Yaron Hefetz did not access the Spectrum Data Room in 2009.

**Request for Admission No. 17**

Admit that Yaron Hefetz accessed the Spectrum Data Room in 2010.

**Request for Admission No. 18**

Admit that Yaron Hefetz did not access the Spectrum Data Room in 2010.

**Request for Admission No. 19**

Admit that Yaron Hefetz accessed the Spectrum Data Room in 2011.

**Request for Admission No. 20**

Admit that Yaron Hefetz did not access the Spectrum Data Room in 2011.

**Request for Admission No. 21**

Admit that Yaron Hefetz accessed the Spectrum Data Room in 2012.

**Request for Admission No. 22**

Admit that Yaron Hefetz did not access the Spectrum Data Room in 2012.

**Request for Admission No. 23**

Admit that Jean-Paul Bouhnik executed the 2009 Agreement.

**Request for Admission No. 24**

Admit that Jean-Paul Bouhnik did not execute the 2009 Agreement.

**Request for Admission No. 25**

Admit that Jean-Paul Bouhnik is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 26**

Admit that Jean-Paul Bouhnik is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 27**

Admit that Jean-Paul Bouhnik accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 28**

Admit that Jean-Paul Bouhnik did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 29**

Admit that Jean-Paul Bouhnik accessed Spectrum Information in 2009.

**Request for Admission No. 30**

Admit that Jean-Paul Bouhnik did not access Spectrum Information in 2009.

**Request for Admission No. 31**

Admit that Jean-Paul Bouhnik accessed Spectrum Information in 2010.

**Request for Admission No. 32**

Admit that Jean-Paul Bouhnik did not access Spectrum Information in 2010.

**Request for Admission No. 33**

Admit that Jean-Paul Bouhnik accessed Spectrum Information in 2011.

**Request for Admission No. 34**

Admit that Jean-Paul Bouhnik did not access Spectrum Information in 2011.

**Request for Admission No. 35**

Admit that Jean-Paul Bouhnik accessed Spectrum Information in 2012.

**Request for Admission No. 36**

Admit that Jean-Paul Bouhnik did not access Spectrum Information in 2012.

**Request for Admission No. 37**

Admit that Jean-Paul Bouhnik accessed the Spectrum Data Room in 2009.

**Request for Admission No. 38**

Admit that Jean-Paul Bouhnik did not access the Spectrum Data Room in 2009.

**Request for Admission No. 39**

Admit that Jean-Paul Bouhnik accessed the Spectrum Data Room in 2010.

**Request for Admission No. 40**

Admit that Jean-Paul Bouhnik did not access the Spectrum Data Room in 2010.

**Request for Admission No. 41**

Admit that Jean-Paul Bouhnik accessed the Spectrum Data Room in 2011.

**Request for Admission No. 42**

Admit that Jean-Paul Bouhnik did not access the Spectrum Data Room in 2011.

**Request for Admission No. 43**

Admit that Jean-Paul Bouhnik accessed the Spectrum Data Room in 2012.

**Request for Admission No. 44**

Admit that Jean-Paul Bouhnik did not access the Spectrum Data Room in 2012.

**Request for Admission No. 45**

Admit that Sergio Steinfeld executed the 2009 Agreement.

**Request for Admission No. 46**

Admit that Sergio Steinfeld did not execute the 2009 Agreement.

**Request for Admission No. 47**

Admit that Sergio Steinfeld is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 48**

Admit that Sergio Steinfeld is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 49**

Admit that Sergio Steinfeld accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 50**

Admit that Sergio Steinfeld did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 51**

Admit that Sergio Steinfeld accessed Spectrum Information in 2009.

**Request for Admission No. 52**

Admit that Sergio Steinfeld did not access Spectrum Information in 2009.

**Request for Admission No. 53**

Admit that Sergio Steinfeld accessed Spectrum Information in 2010.

**Request for Admission No. 54**

Admit that Sergio Steinfeld did not access Spectrum Information in 2010.

**Request for Admission No. 55**

Admit that Sergio Steinfeld accessed Spectrum Information in 2011.

**Request for Admission No. 56**

Admit that Sergio Steinfeld did not access Spectrum Information in 2011.

**Request for Admission No. 57**

Admit that Sergio Steinfeld accessed Spectrum Information in 2012.

**Request for Admission No. 58**

Admit that Sergio Steinfeld did not access Spectrum Information in 2012.

**Request for Admission No. 59**

Admit that Sergio Steinfeld accessed the Spectrum Data Room in 2009.

**Request for Admission No. 60**

Admit that Sergio Steinfeld did not access the Spectrum Data Room in 2009.

**Request for Admission No. 61**

Admit that Sergio Steinfeld accessed the Spectrum Data Room in 2010.

**Request for Admission No. 62**

Admit that Sergio Steinfeld did not access the Spectrum Data Room in 2010.

**Request for Admission No. 63**

Admit that Sergio Steinfeld accessed the Spectrum Data Room in 2011.

**Request for Admission No. 64**

Admit that Sergio Steinfeld did not access the Spectrum Data Room in 2011.

**Request for Admission No. 65**

Admit that Sergio Steinfeld accessed the Spectrum Data Room in 2012.

**Request for Admission No. 66**

Admit that Sergio Steinfeld did not access the Spectrum Data Room in 2012.

**Request for Admission No. 67**

Admit that Arie Escho executed the 2009 Agreement.

**Request for Admission No. 68**

Admit that Arie Escho did not execute the 2009 Agreement.

**Request for Admission No. 69**

Admit that Arie Escho is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 70**

Admit that Arie Escho is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 71**

Admit that Arie Escho accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 72**

Admit that Arie Escho did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 73**

Admit that Arie Escho accessed Spectrum Information in 2009.

**Request for Admission No. 74**

Admit that Arie Escho did not access Spectrum Information in 2009.

**Request for Admission No. 75**

Admit that Arie Escho accessed Spectrum Information in 2010.

**Request for Admission No. 76**

Admit that Arie Escho did not access Spectrum Information in 2010.

**Request for Admission No. 77**

Admit that Arie Escho accessed Spectrum Information in 2011.

**Request for Admission No. 78**

Admit that Arie Escho did not access Spectrum Information in 2011.

**Request for Admission No. 79**

Admit that Arie Escho accessed Spectrum Information in 2012.

**Request for Admission No. 80**

Admit that Arie Escho did not access Spectrum Information in 2012.

**Request for Admission No. 81**

Admit that Arie Escho accessed the Spectrum Data Room in 2009.

**Request for Admission No. 82**

Admit that Arie Escho did not access the Spectrum Data Room in 2009.

**Request for Admission No. 83**

Admit that Arie Escho accessed the Spectrum Data Room in 2010.

**Request for Admission No. 84**

Admit that Arie Escho did not access the Spectrum Data Room in 2010.

**Request for Admission No. 85**

Admit that Arie Escho accessed the Spectrum Data Room in 2011.

**Request for Admission No. 86**

Admit that Arie Escho did not access the Spectrum Data Room in 2011.

**Request for Admission No. 87**

Admit that Arie Escho accessed the Spectrum Data Room in 2012.

**Request for Admission No. 88**

Admit that Arie Escho did not access the Spectrum Data Room in 2012.

**Request for Admission No. 89**

Admit that Nathan Hermony executed the 2009 Agreement.

**Request for Admission No. 90**

Admit that Nathan Hermony did not execute the 2009 Agreement.

**Request for Admission No. 91**

Admit that Nathan Hermony is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 92**

Admit that Nathan Hermony is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 93**

Admit that Nathan Hermony accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 94**

Admit that Nathan Hermony did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 95**

Admit that Nathan Hermony accessed Spectrum Information in 2009.

**Request for Admission No. 96**

Admit that Nathan Hermony did not access Spectrum Information in 2009.

**Request for Admission No. 97**

Admit that Nathan Hermony accessed Spectrum Information in 2010.

**Request for Admission No. 98**

Admit that Nathan Hermony did not access Spectrum Information in 2010.

**Request for Admission No. 99**

Admit that Nathan Hermony accessed Spectrum Information in 2011.

**Request for Admission No. 100**

Admit that Nathan Hermony did not access Spectrum Information in 2011.

**Request for Admission No. 101**

Admit that Nathan Hermony accessed Spectrum Information in 2012.

**Request for Admission No. 102**

Admit that Nathan Hermony did not access Spectrum Information in 2012.

**Request for Admission No. 103**

Admit that Nathan Hermony accessed the Spectrum Data Room in 2009.

**Request for Admission No. 104**

Admit that Nathan Hermony did not access the Spectrum Data Room in 2009.

**Request for Admission No. 105**

Admit that Nathan Hermony accessed the Spectrum Data Room in 2010.

**Request for Admission No. 106**

Admit that Nathan Hermony did not access the Spectrum Data Room in 2010.

**Request for Admission No. 107**

Admit that Nathan Hermony accessed the Spectrum Data Room in 2011.

**Request for Admission No. 108**

Admit that Nathan Hermony did not access the Spectrum Data Room in 2011.

**Request for Admission No. 109**

Admit that Nathan Hermony accessed the Spectrum Data Room in 2012.

**Request for Admission No. 110**

Admit that Nathan Hermony did not access the Spectrum Data Room in 2012.

**Request for Admission No. 111**

Admit that Stephen Lightfoot executed the 2009 Agreement.

**Request for Admission No. 112**

Admit that Stephen Lightfoot did not execute the 2009 Agreement.

**Request for Admission No. 113**

Admit that Stephen Lightfoot is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 114**

Admit that Stephen Lightfoot is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 115**

Admit that Stephen Lightfoot accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 116**

Admit that Stephen Lightfoot did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 117**

Admit that Stephen Lightfoot accessed Spectrum Information in 2009.

**Request for Admission No. 118**

Admit that Stephen Lightfoot did not access Spectrum Information in 2009.

**Request for Admission No. 119**

Admit that Stephen Lightfoot accessed Spectrum Information in 2010.

**Request for Admission No. 120**

Admit that Stephen Lightfoot did not access Spectrum Information in 2010.

**Request for Admission No. 121**

Admit that Stephen Lightfoot accessed Spectrum Information in 2011.

**Request for Admission No. 122**

Admit that Stephen Lightfoot did not access Spectrum Information in 2011.

**Request for Admission No. 123**

Admit that Stephen Lightfoot accessed Spectrum Information in 2012.

**Request for Admission No. 124**

Admit that Stephen Lightfoot did not access Spectrum Information in 2012.

**Request for Admission No. 125**

Admit that Stephen Lightfoot accessed the Spectrum Data Room in 2009.

**Request for Admission No. 126**

Admit that Stephen Lightfoot did not access the Spectrum Data Room in 2009.

**Request for Admission No. 127**

Admit that Stephen Lightfoot accessed the Spectrum Data Room in 2010.

**Request for Admission No. 128**

Admit that Stephen Lightfoot did not access the Spectrum Data Room in 2010.

**Request for Admission No. 129**

Admit that Stephen Lightfoot accessed the Spectrum Data Room in 2011.

**Request for Admission No. 130**

Admit that Stephen Lightfoot did not access the Spectrum Data Room in 2011.

**Request for Admission No. 131**

Admit that Stephen Lightfoot accessed the Spectrum Data Room in 2012.

**Request for Admission No. 132**

Admit that Stephen Lightfoot did not access the Spectrum Data Room in 2012.

**Request for Admission No. 133**

Admit that Kelly Londy executed the 2009 Agreement.

**Request for Admission No. 134**

Admit that Kelly Londy did not execute the 2009 Agreement.

**Request for Admission No. 135**

Admit that Kelly Londy is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 136**

Admit that Kelly Londy is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 137**

Admit that Kelly Londy accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 138**

Admit that Kelly Londy did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 139**

Admit that Kelly Londy accessed Spectrum Information in 2009.

**Request for Admission No. 140**

Admit that Kelly Londy did not access Spectrum Information in 2009.

**Request for Admission No. 141**

Admit that Kelly Londy accessed Spectrum Information in 2010.

**Request for Admission No. 142**

Admit that Kelly Londy did not access Spectrum Information in 2010.

**Request for Admission No. 143**

Admit that Kelly Londy accessed Spectrum Information in 2011.

**Request for Admission No. 144**

Admit that Kelly Londy did not access Spectrum Information in 2011.

**Request for Admission No. 145**

Admit that Kelly Londy accessed Spectrum Information in 2012.

**Request for Admission No. 146**

Admit that Kelly Londy did not access Spectrum Information in 2012.

**Request for Admission No. 147**

Admit that Kelly Londy accessed the Spectrum Data Room in 2009.

**Request for Admission No. 148**

Admit that Kelly Londy did not access the Spectrum Data Room in 2009.

**Request for Admission No. 149**

Admit that Kelly Londy accessed the Spectrum Data Room in 2010.

**Request for Admission No. 150**

Admit that Kelly Londy did not access the Spectrum Data Room in 2010.

**Request for Admission No. 151**

Admit that Kelly Londy accessed the Spectrum Data Room in 2011.

**Request for Admission No. 152**

Admit that Kelly Londy did not access the Spectrum Data Room in 2011.

**Request for Admission No. 153**

Admit that Kelly Londy accessed the Spectrum Data Room in 2012.

**Request for Admission No. 154**

Admit that Kelly Londy did not access the Spectrum Data Room in 2012.

**Request for Admission No. 155**

Admit that Kevin Boyle executed the 2009 Agreement.

**Request for Admission No. 156**

Admit that Kevin Boyle did not execute the 2009 Agreement.

**Request for Admission No. 157**

Admit that Kevin Boyle is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 158**

Admit that Kevin Boyle is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 159**

Admit that Kevin Boyle accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 160**

Admit that Kevin Boyle did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 161**

Admit that Kevin Boyle accessed Spectrum Information in 2009.

**Request for Admission No. 162**

Admit that Kevin Boyle did not access Spectrum Information in 2009.

**Request for Admission No. 163**

Admit that Kevin Boyle accessed Spectrum Information in 2010.

**Request for Admission No. 164**

Admit that Kevin Boyle did not access Spectrum Information in 2010.

**Request for Admission No. 165**

Admit that Kevin Boyle accessed Spectrum Information in 2011.

**Request for Admission No. 166**

Admit that Kevin Boyle did not access Spectrum Information in 2011.

**Request for Admission No. 167**

Admit that Kevin Boyle accessed Spectrum Information in 2012.

**Request for Admission No. 168**

Admit that Kevin Boyle did not access Spectrum Information in 2012.

**Request for Admission No. 169**

Admit that Kevin Boyle accessed the Spectrum Data Room in 2009.

**Request for Admission No. 170**

Admit that Kevin Boyle did not access the Spectrum Data Room in 2009.

**Request for Admission No. 171**

Admit that Kevin Boyle accessed the Spectrum Data Room in 2010.

**Request for Admission No. 172**

Admit that Kevin Boyle did not access the Spectrum Data Room in 2010.

**Request for Admission No. 173**

Admit that Kevin Boyle accessed the Spectrum Data Room in 2011.

**Request for Admission No. 174**

Admit that Kevin Boyle did not access the Spectrum Data Room in 2011.

**Request for Admission No. 175**

Admit that Kevin Boyle accessed the Spectrum Data Room in 2012.

**Request for Admission No. 176**

Admit that Kevin Boyle did not access the Spectrum Data Room in 2012.

**Request for Admission No. 177**

Admit that Reuven Brenner executed the 2009 Agreement.

**Request for Admission No. 178**

Admit that Reuven Brenner did not execute the 2009 Agreement.

**Request for Admission No. 179**

Admit that Reuven Brenner is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 180**

Admit that Reuven Brenner is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 181**

Admit that Reuven Brenner accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 182**

Admit that Reuven Brenner did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 183**

Admit that Reuven Brenner accessed Spectrum Information in 2009.

**Request for Admission No. 184**

Admit that Reuven Brenner did not access Spectrum Information in 2009.

**Request for Admission No. 185**

Admit that Reuven Brenner accessed Spectrum Information in 2010.

**Request for Admission No. 186**

Admit that Reuven Brenner did not access Spectrum Information in 2010.

**Request for Admission No. 187**

Admit that Reuven Brenner accessed Spectrum Information in 2011.

**Request for Admission No. 188**

Admit that Reuven Brenner did not access Spectrum Information in 2011.

**Request for Admission No. 189**

Admit that Reuven Brenner accessed Spectrum Information in 2012.

**Request for Admission No. 190**

Admit that Reuven Brenner did not access Spectrum Information in 2012.

**Request for Admission No. 191**

Admit that Reuven Brenner accessed the Spectrum Data Room in 2009.

**Request for Admission No. 192**

Admit that Reuven Brenner did not access the Spectrum Data Room in 2009.

**Request for Admission No. 193**

Admit that Reuven Brenner accessed the Spectrum Data Room in 2010.

**Request for Admission No. 194**

Admit that Reuven Brenner did not access the Spectrum Data Room in 2010.

**Request for Admission No. 195**

Admit that Reuven Brenner accessed the Spectrum Data Room in 2011.

**Request for Admission No. 196**

Admit that Reuven Brenner did not access the Spectrum Data Room in 2011.

**Request for Admission No. 197**

Admit that Reuven Brenner accessed the Spectrum Data Room in 2012.

**Request for Admission No. 198**

Admit that Reuven Brenner did not access the Spectrum Data Room in 2012.

**Request for Admission No. 199**

Admit that Terri Moench executed the 2009 Agreement.

**Request for Admission No. 200**

Admit that Terri Moench did not execute the 2009 Agreement.

**Request for Admission No. 201**

Admit that Terri Moench is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 202**

Admit that Terri Moench is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 203**

Admit that Terri Moench accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 204**

Admit that Terri Moench did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 205**

Admit that Terri Moench accessed Spectrum Information in 2009.

**Request for Admission No. 206**

Admit that Terri Moench did not access Spectrum Information in 2009.

**Request for Admission No. 207**

Admit that Terri Moench accessed Spectrum Information in 2010.

**Request for Admission No. 208**

Admit that Terri Moench did not access Spectrum Information in 2010.

**Request for Admission No. 209**

Admit that Terri Moench accessed Spectrum Information in 2011.

**Request for Admission No. 210**

Admit that Terri Moench did not access Spectrum Information in 2011.

**Request for Admission No. 211**

Admit that Terri Moench accessed Spectrum Information in 2012.

**Request for Admission No. 212**

Admit that Terri Moench did not access Spectrum Information in 2012.

**Request for Admission No. 213**

Admit that Terri Moench accessed the Spectrum Data Room in 2009.

**Request for Admission No. 214**

Admit that Terri Moench did not access the Spectrum Data Room in 2009.

**Request for Admission No. 215**

Admit that Terri Moench accessed the Spectrum Data Room in 2010.

**Request for Admission No. 216**

Admit that Terri Moench did not access the Spectrum Data Room in 2010.

**Request for Admission No. 217**

Admit that Terri Moench accessed the Spectrum Data Room in 2011.

**Request for Admission No. 218**

Admit that Terri Moench did not access the Spectrum Data Room in 2011.

**Request for Admission No. 219**

Admit that Terri Moench accessed the Spectrum Data Room in 2012.

**Request for Admission No. 220**

Admit that Terri Moench did not access the Spectrum Data Room in 2012.

**Request for Admission No. 221**

Admit that Will Burgman executed the 2009 Agreement.

**Request for Admission No. 222**

Admit that Will Burgman did not execute the 2009 Agreement.

**Request for Admission No. 223**

Admit that Will Burgman is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 224**

Admit that Will Burgman is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 225**

Admit that Will Burgman accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 226**

Admit that Will Burgman did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 227**

Admit that Will Burgman accessed Spectrum Information in 2009.

**Request for Admission No. 228**

Admit that Will Burgman did not access Spectrum Information in 2009.

**Request for Admission No. 229**

Admit that Will Burgman accessed Spectrum Information in 2010.

**Request for Admission No. 230**

Admit that Will Burgman did not access Spectrum Information in 2010.

**Request for Admission No. 231**

Admit that Will Burgman accessed Spectrum Information in 2011.

**Request for Admission No. 232**

Admit that Will Burgman did not access Spectrum Information in 2011.

**Request for Admission No. 233**

Admit that Will Burgman accessed Spectrum Information in 2012.

**Request for Admission No. 234**

Admit that Will Burgman did not access Spectrum Information in 2012.

**Request for Admission No. 235**

Admit that Will Burgman accessed the Spectrum Data Room in 2009.

**Request for Admission No. 236**

Admit that Will Burgman did not access the Spectrum Data Room in 2009.

**Request for Admission No. 237**

Admit that Will Burgman accessed the Spectrum Data Room in 2010.

**Request for Admission No. 238**

Admit that Will Burgman did not access the Spectrum Data Room in 2010.

**Request for Admission No. 239**

Admit that Will Burgman accessed the Spectrum Data Room in 2011.

**Request for Admission No. 240**

Admit that Will Burgman did not access the Spectrum Data Room in 2011.

**Request for Admission No. 241**

Admit that Will Burgman accessed the Spectrum Data Room in 2012.

**Request for Admission No. 242**

Admit that Will Burgman did not access the Spectrum Data Room in 2012.

**Request for Admission No. 243**

Admit that Terri Bresenham executed the 2009 Agreement.

**Request for Admission No. 244**

Admit that Terri Bresenham did not execute the 2009 Agreement.

**Request for Admission No. 245**

Admit that Terri Bresenham is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 246**

Admit that Terri Bresenham is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 247**

Admit that Terri Bresenham accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 248**

Admit that Terri Bresenham did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 249**

Admit that Terri Bresenham accessed Spectrum Information in 2009.

**Request for Admission No. 250**

Admit that Terri Bresenham did not access Spectrum Information in 2009.

**Request for Admission No. 251**

Admit that Terri Bresenham accessed Spectrum Information in 2010.

**Request for Admission No. 252**

Admit that Terri Bresenham did not access Spectrum Information in 2010.

**Request for Admission No. 253**

Admit that Terri Bresenham accessed Spectrum Information in 2011.

**Request for Admission No. 254**

Admit that Terri Bresenham did not access Spectrum Information in 2011.

**Request for Admission No. 255**

Admit that Terri Bresenham accessed Spectrum Information in 2012.

**Request for Admission No. 256**

Admit that Terri Bresenham did not access Spectrum Information in 2012.

**Request for Admission No. 257**

Admit that Terri Bresenham accessed the Spectrum Data Room in 2009.

**Request for Admission No. 258**

Admit that Terri Bresenham did not access the Spectrum Data Room in 2009.

**Request for Admission No. 259**

Admit that Terri Bresenham accessed the Spectrum Data Room in 2010.

**Request for Admission No. 260**

Admit that Terri Bresenham did not access the Spectrum Data Room in 2010.

**Request for Admission No. 261**

Admit that Terri Bresenham accessed the Spectrum Data Room in 2011.

**Request for Admission No. 262**

Admit that Terri Bresenham did not access the Spectrum Data Room in 2011.

**Request for Admission No. 263**

Admit that Terri Bresenham accessed the Spectrum Data Room in 2012.

**Request for Admission No. 264**

Admit that Terri Bresenham did not access the Spectrum Data Room in 2012.

**Request for Admission No. 265**

Admit that Pascale Witz executed the 2009 Agreement.

**Request for Admission No. 266**

Admit that Pascale Witz did not execute the 2009 Agreement.

**Request for Admission No. 267**

Admit that Pascale Witz is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 268**

Admit that Pascale Witz is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 269**

Admit that Pascale Witz accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 270**

Admit that Pascale Witz did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 271**

Admit that Pascale Witz accessed Spectrum Information in 2009.

**Request for Admission No. 272**

Admit that Pascale Witz did not access Spectrum Information in 2009.

28

**Request for Admission No. 273**

Admit that Pascale Witz accessed Spectrum Information in 2010.

**Request for Admission No. 274**

Admit that Pascale Witz did not access Spectrum Information in 2010.

**Request for Admission No. 275**

Admit that Pascale Witz accessed Spectrum Information in 2011.

**Request for Admission No. 276**

Admit that Pascale Witz did not access Spectrum Information in 2011.

**Request for Admission No. 277**

Admit that Pascale Witz accessed Spectrum Information in 2012.

**Request for Admission No. 278**

Admit that Pascale Witz did not access Spectrum Information in 2012.

**Request for Admission No. 279**

Admit that Pascale Witz accessed the Spectrum Data Room in 2009.

**Request for Admission No. 280**

Admit that Pascale Witz did not access the Spectrum Data Room in 2009.

**Request for Admission No. 281**

Admit that Pascale Witz accessed the Spectrum Data Room in 2010.

**Request for Admission No. 282**

Admit that Pascale Witz did not access the Spectrum Data Room in 2010.

**Request for Admission No. 283**

Admit that Pascale Witz accessed the Spectrum Data Room in 2011.

**Request for Admission No. 284**

Admit that Pascale Witz did not access the Spectrum Data Room in 2011.

**Request for Admission No. 285**

Admit that Pascale Witz accessed the Spectrum Data Room in 2012.

**Request for Admission No. 286**

Admit that Pascale Witz did not access the Spectrum Data Room in 2012.

**Request for Admission No. 287**

Admit that Geoff Martha executed the 2009 Agreement.

**Request for Admission No. 288**

Admit that Geoff Martha did not execute the 2009 Agreement.

**Request for Admission No. 289**

Admit that Geoff Martha is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 290**

Admit that Geoff Martha is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 291**

Admit that Geoff Martha accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 292**

Admit that Geoff Martha did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 293**

Admit that Geoff Martha accessed Spectrum Information in 2009.

**Request for Admission No. 294**

Admit that Geoff Martha did not access Spectrum Information in 2009.

**Request for Admission No. 295**

Admit that Geoff Martha accessed Spectrum Information in 2010.

**Request for Admission No. 296**

Admit that Geoff Martha did not access Spectrum Information in 2010.

**Request for Admission No. 297**

Admit that Geoff Martha accessed Spectrum Information in 2011.

**Request for Admission No. 298**

Admit that Geoff Martha did not access Spectrum Information in 2011.

**Request for Admission No. 299**

Admit that Geoff Martha accessed Spectrum Information in 2012.

**Request for Admission No. 300**

Admit that Geoff Martha did not access Spectrum Information in 2012.

**Request for Admission No. 301**

Admit that Geoff Martha accessed the Spectrum Data Room in 2009.

**Request for Admission No. 302**

Admit that Geoff Martha did not access the Spectrum Data Room in 2009.

**Request for Admission No. 303**

Admit that Geoff Martha accessed the Spectrum Data Room in 2010.

**Request for Admission No. 304**

Admit that Geoff Martha did not access the Spectrum Data Room in 2010.

**Request for Admission No. 305**

Admit that Geoff Martha accessed the Spectrum Data Room in 2011.

**Request for Admission No. 306**

Admit that Geoff Martha did not access the Spectrum Data Room in 2011.

**Request for Admission No. 307**

Admit that Geoff Martha accessed the Spectrum Data Room in 2012.

**Request for Admission No. 308**

Admit that Geoff Martha did not access the Spectrum Data Room in 2012.

**Request for Admission No. 309**

Admit that Jeff Thomas executed the 2009 Agreement.

**Request for Admission No. 310**

Admit that Jeff Thomas did not execute the 2009 Agreement.

**Request for Admission No. 311**

Admit that Jeff Thomas is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 312**

Admit that Jeff Thomas is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 313**

Admit that Jeff Thomas accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 314**

Admit that Jeff Thomas did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 315**

Admit that Jeff Thomas accessed Spectrum Information in 2009.

**Request for Admission No. 316**

Admit that Jeff Thomas did not access Spectrum Information in 2009.

**Request for Admission No. 317**

Admit that Jeff Thomas accessed Spectrum Information in 2010.

**Request for Admission No. 318**

Admit that Jeff Thomas did not access Spectrum Information in 2010.

**Request for Admission No. 319**

Admit that Jeff Thomas accessed Spectrum Information in 2011.

**Request for Admission No. 320**

Admit that Jeff Thomas did not access Spectrum Information in 2011.

**Request for Admission No. 321**

Admit that Jeff Thomas accessed Spectrum Information in 2012.

**Request for Admission No. 322**

Admit that Jeff Thomas did not access Spectrum Information in 2012.

**Request for Admission No. 323**

Admit that Jeff Thomas accessed the Spectrum Data Room in 2009.

**Request for Admission No. 324**

Admit that Jeff Thomas did not access the Spectrum Data Room in 2009.

**Request for Admission No. 325**

Admit that Jeff Thomas accessed the Spectrum Data Room in 2010.

**Request for Admission No. 326**

Admit that Jeff Thomas did not access the Spectrum Data Room in 2010.

**Request for Admission No. 327**

Admit that Jeff Thomas accessed the Spectrum Data Room in 2011.

**Request for Admission No. 328**

Admit that Jeff Thomas did not access the Spectrum Data Room in 2011.

**Request for Admission No. 329**

Admit that Jeff Thomas accessed the Spectrum Data Room in 2012.

**Request for Admission No. 330**

Admit that Jeff Thomas did not access the Spectrum Data Room in 2012.

**Request for Admission No. 331**

Admit that Shuchi Varandani executed the 2009 Agreement.

**Request for Admission No. 332**

Admit that Shuchi Varandani did not execute the 2009 Agreement.

**Request for Admission No. 333**

Admit that Shuchi Varandani is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 334**

Admit that Shuchi Varandani is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 335**

Admit that Shuchi Varandani accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 336**

Admit that Shuchi Varandani did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 337**

Admit that Shuchi Varandani accessed Spectrum Information in 2009.

**Request for Admission No. 338**

Admit that Shuchi Varandani did not access Spectrum Information in 2009.

**Request for Admission No. 339**

Admit that Shuchi Varandani accessed Spectrum Information in 2010.

**Request for Admission No. 340**

Admit that Shuchi Varandani did not access Spectrum Information in 2010.

**Request for Admission No. 341**

Admit that Shuchi Varandani accessed Spectrum Information in 2011.

**Request for Admission No. 342**

Admit that Shuchi Varandani did not access Spectrum Information in 2011.

**Request for Admission No. 343**

Admit that Shuchi Varandani accessed Spectrum Information in 2012.

**Request for Admission No. 344**

Admit that Shuchi Varandani did not access Spectrum Information in 2012.

**Request for Admission No. 345**

Admit that Shuchi Varandani accessed the Spectrum Data Room in 2009.

**Request for Admission No. 346**

Admit that Shuchi Varandani did not access the Spectrum Data Room in 2009.

**Request for Admission No. 347**

Admit that Shuchi Varandani accessed the Spectrum Data Room in 2010.

**Request for Admission No. 348**

Admit that Shuchi Varandani did not access the Spectrum Data Room in 2010.

**Request for Admission No. 349**

Admit that Shuchi Varandani accessed the Spectrum Data Room in 2011.

**Request for Admission No. 350**

Admit that Shuchi Varandani did not access the Spectrum Data Room in 2011.

**Request for Admission No. 351**

Admit that Shuchi Varandani accessed the Spectrum Data Room in 2012.

**Request for Admission No. 352**

Admit that Shuchi Varandani did not access the Spectrum Data Room in 2012.

**Request for Admission No. 353**

Admit that Kristin Reilly executed the 2009 Agreement.

**Request for Admission No. 354**

Admit that Kristin Reilly did not execute the 2009 Agreement.

**Request for Admission No. 355**

Admit that Kristin Reilly is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 356**

Admit that Kristin Reilly is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 357**

Admit that Kristin Reilly accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 358**

Admit that Kristin Reilly did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 359**

Admit that Kristin Reilly accessed Spectrum Information in 2009.

**Request for Admission No. 360**

Admit that Kristin Reilly did not access Spectrum Information in 2009.

**Request for Admission No. 361**

Admit that Kristin Reilly accessed Spectrum Information in 2010.

**Request for Admission No. 362**

Admit that Kristin Reilly did not access Spectrum Information in 2010.

**Request for Admission No. 363**

Admit that Kristin Reilly accessed Spectrum Information in 2011.

**Request for Admission No. 364**

Admit that Kristin Reilly did not access Spectrum Information in 2011.

**Request for Admission No. 365**

Admit that Kristin Reilly accessed Spectrum Information in 2012.

**Request for Admission No. 366**

Admit that Kristin Reilly did not access Spectrum Information in 2012.

**Request for Admission No. 367**

Admit that Kristin Reilly accessed the Spectrum Data Room in 2009.

**Request for Admission No. 368**

Admit that Kristin Reilly did not access the Spectrum Data Room in 2009.

**Request for Admission No. 369**

Admit that Kristin Reilly accessed the Spectrum Data Room in 2010.

**Request for Admission No. 370**

Admit that Kristin Reilly did not access the Spectrum Data Room in 2010.

**Request for Admission No. 371**

Admit that Kristin Reilly accessed the Spectrum Data Room in 2011.

**Request for Admission No. 372**

Admit that Kristin Reilly did not access the Spectrum Data Room in 2011.

**Request for Admission No. 373**

Admit that Kristin Reilly accessed the Spectrum Data Room in 2012.

**Request for Admission No. 374**

Admit that Kristin Reilly did not access the Spectrum Data Room in 2012.

**Request for Admission No. 375**

Admit that Avi Dahan executed the 2009 Agreement.

**Request for Admission No. 376**

Admit that Avi Dahan did not execute the 2009 Agreement.

**Request for Admission No. 377**

Admit that Avi Dahan is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 378**

Admit that Avi Dahan is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 379**

Admit that Avi Dahan accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 380**

Admit that Avi Dahan did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 381**

Admit that Avi Dahan accessed Spectrum Information in 2009.

**Request for Admission No. 382**

Admit that Avi Dahan did not access Spectrum Information in 2009.

**Request for Admission No. 383**

Admit that Avi Dahan accessed Spectrum Information in 2010.

**Request for Admission No. 384**

Admit that Avi Dahan did not access Spectrum Information in 2010.

**Request for Admission No. 385**

Admit that Avi Dahan accessed Spectrum Information in 2011.

**Request for Admission No. 386**

Admit that Avi Dahan did not access Spectrum Information in 2011.

**Request for Admission No. 387**

Admit that Avi Dahan accessed Spectrum Information in 2012.

**Request for Admission No. 388**

Admit that Avi Dahan did not access Spectrum Information in 2012.

**Request for Admission No. 389**

Admit that Avi Dahan accessed the Spectrum Data Room in 2009.

**Request for Admission No. 390**

Admit that Avi Dahan did not access the Spectrum Data Room in 2009.

**Request for Admission No. 391**

Admit that Avi Dahan accessed the Spectrum Data Room in 2010.

**Request for Admission No. 392**

Admit that Avi Dahan did not access the Spectrum Data Room in 2010.

**Request for Admission No. 393**

Admit that Avi Dahan accessed the Spectrum Data Room in 2011.

**Request for Admission No. 394**

Admit that Avi Dahan did not access the Spectrum Data Room in 2011.

**Request for Admission No. 395**

Admit that Avi Dahan accessed the Spectrum Data Room in 2012.

**Request for Admission No. 396**

Admit that Avi Dahan did not access the Spectrum Data Room in 2012.

**Request for Admission No. 397**

Admit that Bertrand Weil executed the 2009 Agreement.

**Request for Admission No. 398**

Admit that Bertrand Weil did not execute the 2009 Agreement.

**Request for Admission No. 399**

Admit that Bertrand Weil is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 400**

Admit that Bertrand Weil is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 401**

Admit that Bertrand Weil accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 402**

Admit that Bertrand Weil did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 403**

Admit that Bertrand Weil accessed Spectrum Information in 2009.

**Request for Admission No. 404**

Admit that Bertrand Weil did not access Spectrum Information in 2009.

**Request for Admission No. 405**

Admit that Bertrand Weil accessed Spectrum Information in 2010.

**Request for Admission No. 406**

Admit that Bertrand Weil did not access Spectrum Information in 2010.

**Request for Admission No. 407**

Admit that Bertrand Weil accessed Spectrum Information in 2011.

**Request for Admission No. 408**

Admit that Bertrand Weil did not access Spectrum Information in 2011.

**Request for Admission No. 409**

Admit that Bertrand Weil accessed Spectrum Information in 2012.

**Request for Admission No. 410**

Admit that Bertrand Weil did not access Spectrum Information in 2012.

**Request for Admission No. 411**

Admit that Bertrand Weil accessed the Spectrum Data Room in 2009.

**Request for Admission No. 412**

Admit that Bertrand Weil did not access the Spectrum Data Room in 2009.

**Request for Admission No. 413**

Admit that Bertrand Weil accessed the Spectrum Data Room in 2010.

**Request for Admission No. 414**

Admit that Bertrand Weil did not access the Spectrum Data Room in 2010.

**Request for Admission No. 415**

Admit that Bertrand Weil accessed the Spectrum Data Room in 2011.

**Request for Admission No. 416**

Admit that Bertrand Weil did not access the Spectrum Data Room in 2011.

**Request for Admission No. 417**

Admit that Bertrand Weil accessed the Spectrum Data Room in 2012.

**Request for Admission No. 418**

Admit that Bertrand Weil did not access the Spectrum Data Room in 2012.

**Request for Admission No. 419**

Admit that Tom Coleman executed the 2009 Agreement.

**Request for Admission No. 420**

Admit that Tom Coleman did not execute the 2009 Agreement.

**Request for Admission No. 421**

Admit that Tom Coleman is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 422**

Admit that Tom Coleman is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 423**

Admit that Tom Coleman accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 424**

Admit that Tom Coleman did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 425**

Admit that Tom Coleman accessed Spectrum Information in 2009.

**Request for Admission No. 426**

Admit that Tom Coleman did not access Spectrum Information in 2009.

**Request for Admission No. 427**

Admit that Tom Coleman accessed Spectrum Information in 2010.

**Request for Admission No. 428**

Admit that Tom Coleman did not access Spectrum Information in 2010.

**Request for Admission No. 429**

Admit that Tom Coleman accessed Spectrum Information in 2011.

**Request for Admission No. 430**

Admit that Tom Coleman did not access Spectrum Information in 2011.

**Request for Admission No. 431**

Admit that Tom Coleman accessed Spectrum Information in 2012.

**Request for Admission No. 432**

Admit that Tom Coleman did not access Spectrum Information in 2012.

**Request for Admission No. 433**

Admit that Tom Coleman accessed the Spectrum Data Room in 2009.

**Request for Admission No. 434**

Admit that Tom Coleman did not access the Spectrum Data Room in 2009.

**Request for Admission No. 435**

Admit that Tom Coleman accessed the Spectrum Data Room in 2010.

**Request for Admission No. 436**

Admit that Tom Coleman did not access the Spectrum Data Room in 2010.

**Request for Admission No. 437**

Admit that Tom Coleman accessed the Spectrum Data Room in 2011.

**Request for Admission No. 438**

Admit that Tom Coleman did not access the Spectrum Data Room in 2011.

**Request for Admission No. 439**

Admit that Tom Coleman accessed the Spectrum Data Room in 2012.

**Request for Admission No. 440**

Admit that Tom Coleman did not access the Spectrum Data Room in 2012.

**Request for Admission No. 441**

Admit that Ehud Kogot executed the 2009 Agreement.

**Request for Admission No. 442**

Admit that Ehud Kogot did not execute the 2009 Agreement.

**Request for Admission No. 443**

Admit that Ehud Kogot is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 444**

Admit that Ehud Kogot is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 445**

Admit that Ehud Kogot accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 446**

Admit that Ehud Kogot did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 447**

Admit that Ehud Kogot accessed Spectrum Information in 2009.

**Request for Admission No. 448**

Admit that Ehud Kogot did not access Spectrum Information in 2009.

**Request for Admission No. 449**

Admit that Ehud Kogot accessed Spectrum Information in 2010.

**Request for Admission No. 450**

Admit that Ehud Kogot did not access Spectrum Information in 2010.

**Request for Admission No. 451**

Admit that Ehud Kogot accessed Spectrum Information in 2011.

**Request for Admission No. 452**

Admit that Ehud Kogot did not access Spectrum Information in 2011.

**Request for Admission No. 453**

Admit that Ehud Kogot accessed Spectrum Information in 2012.

**Request for Admission No. 454**

Admit that Ehud Kogot did not access Spectrum Information in 2012.

**Request for Admission No. 455**

Admit that Ehud Kogot accessed the Spectrum Data Room in 2009.

**Request for Admission No. 456**

Admit that Ehud Kogot did not access the Spectrum Data Room in 2009.

**Request for Admission No. 457**

Admit that Ehud Kogot accessed the Spectrum Data Room in 2010.

**Request for Admission No. 458**

Admit that Ehud Kogot did not access the Spectrum Data Room in 2010.

**Request for Admission No. 459**

Admit that Ehud Kogot accessed the Spectrum Data Room in 2011.

**Request for Admission No. 460**

Admit that Ehud Kogot did not access the Spectrum Data Room in 2011.

**Request for Admission No. 461**

Admit that Ehud Kogot accessed the Spectrum Data Room in 2012.

**Request for Admission No. 462**

Admit that Ehud Kogot did not access the Spectrum Data Room in 2012.

**Request for Admission No. 463**

Admit that Jan Van Der Zanden executed the 2009 Agreement.

**Request for Admission No. 464**

Admit that Jan Van Der Zanden did not execute the 2009 Agreement.

**Request for Admission No. 465**

Admit that Jan Van Der Zanden is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 466**

Admit that Jan Van Der Zanden is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 467**

Admit that Jan Van Der Zanden accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 468**

Admit that Jan Van Der Zanden did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 469**

Admit that Jan Van Der Zanden accessed Spectrum Information in 2009.

**Request for Admission No. 470**

Admit that Jan Van Der Zanden did not access Spectrum Information in 2009.

**Request for Admission No. 471**

Admit that Jan Van Der Zanden accessed Spectrum Information in 2010.

**Request for Admission No. 472**

Admit that Jan Van Der Zanden did not access Spectrum Information in 2010.

**Request for Admission No. 473**

Admit that Jan Van Der Zanden accessed Spectrum Information in 2011.

**Request for Admission No. 474**

Admit that Jan Van Der Zanden did not access Spectrum Information in 2011.

**Request for Admission No. 475**

Admit that Jan Van Der Zanden accessed Spectrum Information in 2012.

**Request for Admission No. 476**

Admit that Jan Van Der Zanden did not access Spectrum Information in 2012.

**Request for Admission No. 477**

Admit that Jan Van Der Zanden accessed the Spectrum Data Room in 2009.

**Request for Admission No. 478**

Admit that Jan Van Der Zanden did not access the Spectrum Data Room in 2009.

**Request for Admission No. 479**

Admit that Jan Van Der Zanden accessed the Spectrum Data Room in 2010.

**Request for Admission No. 480**

Admit that Jan Van Der Zanden did not access the Spectrum Data Room in 2010.

**Request for Admission No. 481**

Admit that Jan Van Der Zanden accessed the Spectrum Data Room in 2011.

**Request for Admission No. 482**

Admit that Jan Van Der Zanden did not access the Spectrum Data Room in 2011.

**Request for Admission No. 483**

Admit that Jan Van Der Zanden accessed the Spectrum Data Room in 2012.

**Request for Admission No. 484**

Admit that Jan Van Der Zanden did not access the Spectrum Data Room in 2012.

**Request for Admission No. 485**

Admit that Dave Jablonowski executed the 2009 Agreement.

**Request for Admission No. 486**

Admit that Dave Jablonowski did not execute the 2009 Agreement.

**Request for Admission No. 487**

Admit that Dave Jablonowski is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 488**

Admit that Dave Jablonowski is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 489**

Admit that Dave Jablonowski accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 490**

Admit that Dave Jablonowski did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 491**

Admit that Dave Jablonowski accessed Spectrum Information in 2009.

**Request for Admission No. 492**

Admit that Dave Jablonowski did not access Spectrum Information in 2009.

**Request for Admission No. 493**

Admit that Dave Jablonowski accessed Spectrum Information in 2010.

**Request for Admission No. 494**

Admit that Dave Jablonowski did not access Spectrum Information in 2010.

**Request for Admission No. 495**

Admit that Dave Jablonowski accessed Spectrum Information in 2011.

**Request for Admission No. 496**

Admit that Dave Jablonowski did not access Spectrum Information in 2011.

**Request for Admission No. 497**

Admit that Dave Jablonowski accessed Spectrum Information in 2012.

**Request for Admission No. 498**

Admit that Dave Jablonowski did not access Spectrum Information in 2012.

**Request for Admission No. 499**

Admit that Dave Jablonowski accessed the Spectrum Data Room in 2009.

**Request for Admission No. 500**

Admit that Dave Jablonowski did not access the Spectrum Data Room in 2009.

**Request for Admission No. 501**

Admit that Dave Jablonowski accessed the Spectrum Data Room in 2010.

**Request for Admission No. 502**

Admit that Dave Jablonowski did not access the Spectrum Data Room in 2010.

**Request for Admission No. 503**

Admit that Dave Jablonowski accessed the Spectrum Data Room in 2011.

**Request for Admission No. 504**

Admit that Dave Jablonowski did not access the Spectrum Data Room in 2011.

**Request for Admission No. 505**

Admit that Dave Jablonowski accessed the Spectrum Data Room in 2012.

**Request for Admission No. 506**

Admit that Dave Jablonowski did not access the Spectrum Data Room in 2012.

**Request for Admission No. 507**

Admit that Alexander Ganin executed the 2009 Agreement.

**Request for Admission No. 508**

Admit that Alexander Ganin did not execute the 2009 Agreement.

**Request for Admission No. 509**

Admit that Alexander Ganin is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 510**

Admit that Alexander Ganin is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 511**

Admit that Alexander Ganin accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 512**

Admit that Alexander Ganin did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 513**

Admit that Alexander Ganin accessed Spectrum Information in 2009.

**Request for Admission No. 514**

Admit that Alexander Ganin did not access Spectrum Information in 2009.

**Request for Admission No. 515**

Admit that Alexander Ganin accessed Spectrum Information in 2010.

**Request for Admission No. 516**

Admit that Alexander Ganin did not access Spectrum Information in 2010.

**Request for Admission No. 517**

Admit that Alexander Ganin accessed Spectrum Information in 2011.

**Request for Admission No. 518**

Admit that Alexander Ganin did not access Spectrum Information in 2011.

**Request for Admission No. 519**

Admit that Alexander Ganin accessed Spectrum Information in 2012.

**Request for Admission No. 520**

Admit that Alexander Ganin did not access Spectrum Information in 2012.

**Request for Admission No. 521**

Admit that Alexander Ganin accessed the Spectrum Data Room in 2009.

**Request for Admission No. 522**

Admit that Alexander Ganin did not access the Spectrum Data Room in 2009.

**Request for Admission No. 523**

Admit that Alexander Ganin accessed the Spectrum Data Room in 2010.

**Request for Admission No. 524**

Admit that Alexander Ganin did not access the Spectrum Data Room in 2010.

**Request for Admission No. 525**

Admit that Alexander Ganin accessed the Spectrum Data Room in 2011.

**Request for Admission No. 526**

Admit that Alexander Ganin did not access the Spectrum Data Room in 2011.

**Request for Admission No. 527**

Admit that Alexander Ganin accessed the Spectrum Data Room in 2012.

**Request for Admission No. 528**

Admit that Alexander Ganin did not access the Spectrum Data Room in 2012.

**Request for Admission No. 529**

Admit that Floris Jansen executed the 2009 Agreement.

**Request for Admission No. 530**

Admit that Floris Jansen did not execute the 2009 Agreement.

**Request for Admission No. 531**

Admit that Floris Jansen is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 532**

Admit that Floris Jansen is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 533**

Admit that Floris Jansen accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 534**

Admit that Floris Jansen did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 535**

Admit that Floris Jansen accessed Spectrum Information in 2009.

**Request for Admission No. 536**

Admit that Floris Jansen did not access Spectrum Information in 2009.

**Request for Admission No. 537**

Admit that Floris Jansen accessed Spectrum Information in 2010.

**Request for Admission No. 538**

Admit that Floris Jansen did not access Spectrum Information in 2010.

**Request for Admission No. 539**

Admit that Floris Jansen accessed Spectrum Information in 2011.

**Request for Admission No. 540**

Admit that Floris Jansen did not access Spectrum Information in 2011.

**Request for Admission No. 541**

Admit that Floris Jansen accessed Spectrum Information in 2012.

**Request for Admission No. 542**

Admit that Floris Jansen did not access Spectrum Information in 2012.

**Request for Admission No. 543**

Admit that Floris Jansen accessed the Spectrum Data Room in 2009.

**Request for Admission No. 544**

Admit that Floris Jansen did not access the Spectrum Data Room in 2009.

**Request for Admission No. 545**

Admit that Floris Jansen accessed the Spectrum Data Room in 2010.

**Request for Admission No. 546**

Admit that Floris Jansen did not access the Spectrum Data Room in 2010.

**Request for Admission No. 547**

Admit that Floris Jansen accessed the Spectrum Data Room in 2011.

**Request for Admission No. 548**

Admit that Floris Jansen did not access the Spectrum Data Room in 2011.

**Request for Admission No. 549**

Admit that Floris Jansen accessed the Spectrum Data Room in 2012.

**Request for Admission No. 550**

Admit that Floris Jansen did not access the Spectrum Data Room in 2012.

**Request for Admission No. 551**

Admit that Riyad Mahameed executed the 2009 Agreement.

**Request for Admission No. 552**

Admit that Riyad Mahameed did not execute the 2009 Agreement.

**Request for Admission No. 553**

Admit that Riyad Mahameed is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 554**

Admit that Riyad Mahameed is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 555**

Admit that Riyad Mahameed accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 556**

Admit that Riyad Mahameed did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 557**

Admit that Riyad Mahameed accessed Spectrum Information in 2009.

**Request for Admission No. 558**

Admit that Riyad Mahameed did not access Spectrum Information in 2009.

**Request for Admission No. 559**

Admit that Riyad Mahameed accessed Spectrum Information in 2010.

**Request for Admission No. 560**

Admit that Riyad Mahameed did not access Spectrum Information in 2010.

**Request for Admission No. 561**

Admit that Riyad Mahameed accessed Spectrum Information in 2011.

**Request for Admission No. 562**

Admit that Riyad Mahameed did not access Spectrum Information in 2011.

**Request for Admission No. 563**

Admit that Riyad Mahameed accessed Spectrum Information in 2012.

**Request for Admission No. 564**

Admit that Riyad Mahameed did not access Spectrum Information in 2012.

**Request for Admission No. 565**

Admit that Riyad Mahameed accessed the Spectrum Data Room in 2009.

**Request for Admission No. 566**

Admit that Riyad Mahameed did not access the Spectrum Data Room in 2009.

**Request for Admission No. 567**

Admit that Riyad Mahameed accessed the Spectrum Data Room in 2010.

**Request for Admission No. 568**

Admit that Riyad Mahameed did not access the Spectrum Data Room in 2010.

**Request for Admission No. 569**

Admit that Riyad Mahameed accessed the Spectrum Data Room in 2011.

**Request for Admission No. 570**

Admit that Riyad Mahameed did not access the Spectrum Data Room in 2011.

**Request for Admission No. 571**

Admit that Riyad Mahameed accessed the Spectrum Data Room in 2012.

**Request for Admission No. 572**

Admit that Riyad Mahameed did not access the Spectrum Data Room in 2012.

**Request for Admission No. 573**

Admit that Galia Pyura executed the 2009 Agreement.

**Request for Admission No. 574**

Admit that Galia Pyura did not execute the 2009 Agreement.

**Request for Admission No. 575**

Admit that Galia Pyura is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 576**

Admit that Galia Pyura is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 577**

Admit that Galia Pyura accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 578**

Admit that Galia Pyura did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 579**

Admit that Galia Pyura accessed Spectrum Information in 2009.

**Request for Admission No. 580**

Admit that Galia Pyura did not access Spectrum Information in 2009.

**Request for Admission No. 581**

Admit that Galia Pyura accessed Spectrum Information in 2010.

**Request for Admission No. 582**

Admit that Galia Pyura did not access Spectrum Information in 2010.

**Request for Admission No. 583**

Admit that Galia Pyura accessed Spectrum Information in 2011.

**Request for Admission No. 584**

Admit that Galia Pyura did not access Spectrum Information in 2011.

**Request for Admission No. 585**

Admit that Galia Pyura accessed Spectrum Information in 2012.

**Request for Admission No. 586**

Admit that Galia Pyura did not access Spectrum Information in 2012.

**Request for Admission No. 587**

Admit that Galia Pyura accessed the Spectrum Data Room in 2009.

**Request for Admission No. 588**

Admit that Galia Pyura did not access the Spectrum Data Room in 2009.

**Request for Admission No. 589**

Admit that Galia Pyura accessed the Spectrum Data Room in 2010.

**Request for Admission No. 590**

Admit that Galia Pyura did not access the Spectrum Data Room in 2010.

**Request for Admission No. 591**

Admit that Galia Pyura accessed the Spectrum Data Room in 2011.

**Request for Admission No. 592**

Admit that Galia Pyura did not access the Spectrum Data Room in 2011.

**Request for Admission No. 593**

Admit that Galia Pyura accessed the Spectrum Data Room in 2012.

**Request for Admission No. 594**

Admit that Galia Pyura did not access the Spectrum Data Room in 2012.

**Request for Admission No. 595**

Admit that Tim Erickson executed the 2009 Agreement.

**Request for Admission No. 596**

Admit that Tim Erickson did not execute the 2009 Agreement.

**Request for Admission No. 597**

Admit that Tim Erickson is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 598**

Admit that Tim Erickson is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 599**

Admit that Tim Erickson accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 600**

Admit that Tim Erickson did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 601**

Admit that Tim Erickson accessed Spectrum Information in 2009.

**Request for Admission No. 602**

Admit that Tim Erickson did not access Spectrum Information in 2009.

**Request for Admission No. 603**

Admit that Tim Erickson accessed Spectrum Information in 2010.

**Request for Admission No. 604**

Admit that Tim Erickson did not access Spectrum Information in 2010.

**Request for Admission No. 605**

Admit that Tim Erickson accessed Spectrum Information in 2011.

**Request for Admission No. 606**

Admit that Tim Erickson did not access Spectrum Information in 2011.

**Request for Admission No. 607**

Admit that Tim Erickson accessed Spectrum Information in 2012.

**Request for Admission No. 608**

Admit that Tim Erickson did not access Spectrum Information in 2012.

**Request for Admission No. 609**

Admit that Tim Erickson accessed the Spectrum Data Room in 2009.

**Request for Admission No. 610**

Admit that Tim Erickson did not access the Spectrum Data Room in 2009.

**Request for Admission No. 611**

Admit that Tim Erickson accessed the Spectrum Data Room in 2010.

**Request for Admission No. 612**

Admit that Tim Erickson did not access the Spectrum Data Room in 2010.

**Request for Admission No. 613**

Admit that Tim Erickson accessed the Spectrum Data Room in 2011.

**Request for Admission No. 614**

Admit that Tim Erickson did not access the Spectrum Data Room in 2011.

**Request for Admission No. 615**

Admit that Tim Erickson accessed the Spectrum Data Room in 2012.

**Request for Admission No. 616**

Admit that Tim Erickson did not access the Spectrum Data Room in 2012.

**Request for Admission No. 617**

Admit that Jean Luc Vanderheyden executed the 2009 Agreement.

**Request for Admission No. 618**

Admit that Jean Luc Vanderheyden did not execute the 2009 Agreement.

**Request for Admission No. 619**

Admit that Jean Luc Vanderheyden is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 620**

Admit that Jean Luc Vanderheyden is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 621**

Admit that Jean Luc Vanderheyden accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 622**

Admit that Jean Luc Vanderheyden did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 623**

Admit that Jean Luc Vanderheyden accessed Spectrum Information in 2009.

**Request for Admission No. 624**

Admit that Jean Luc Vanderheyden did not access Spectrum Information in 2009.

**Request for Admission No. 625**

Admit that Jean Luc Vanderheyden accessed Spectrum Information in 2010.

**Request for Admission No. 626**

Admit that Jean Luc Vanderheyden did not access Spectrum Information in 2010.

**Request for Admission No. 627**

Admit that Jean Luc Vanderheyden accessed Spectrum Information in 2011.

**Request for Admission No. 628**

Admit that Jean Luc Vanderheyden did not access Spectrum Information in 2011.

**Request for Admission No. 629**

Admit that Jean Luc Vanderheyden accessed Spectrum Information in 2012.

**Request for Admission No. 630**

Admit that Jean Luc Vanderheyden did not access Spectrum Information in 2012.

**Request for Admission No. 631**

Admit that Jean Luc Vanderheyden accessed the Spectrum Data Room in 2009.

**Request for Admission No. 632**

Admit that Jean Luc Vanderheyden did not access the Spectrum Data Room in 2009.

**Request for Admission No. 633**

Admit that Jean Luc Vanderheyden accessed the Spectrum Data Room in 2010.

**Request for Admission No. 634**

Admit that Jean Luc Vanderheyden did not access the Spectrum Data Room in 2010.

**Request for Admission No. 635**

Admit that Jean Luc Vanderheyden accessed the Spectrum Data Room in 2011.

**Request for Admission No. 636**

Admit that Jean Luc Vanderheyden did not access the Spectrum Data Room in 2011.

**Request for Admission No. 637**

Admit that Jean Luc Vanderheyden accessed the Spectrum Data Room in 2012.

**Request for Admission No. 638**

Admit that Jean Luc Vanderheyden did not access the Spectrum Data Room in 2012.

**Request for Admission No. 639**

Admit that Osnat Zak executed the 2009 Agreement.

**Request for Admission No. 640**

Admit that Osnat Zak did not execute the 2009 Agreement.

**Request for Admission No. 641**

Admit that Osnat Zak is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 642**

Admit that Osnat Zak is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 643**

Admit that Osnat Zak accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 644**

Admit that Osnat Zak did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 645**

Admit that Osnat Zak accessed Spectrum Information in 2009.

**Request for Admission No. 646**

Admit that Osnat Zak did not access Spectrum Information in 2009.

**Request for Admission No. 647**

Admit that Osnat Zak accessed Spectrum Information in 2010.

**Request for Admission No. 648**

Admit that Osnat Zak did not access Spectrum Information in 2010.

**Request for Admission No. 649**

Admit that Osnat Zak accessed Spectrum Information in 2011.

**Request for Admission No. 650**

Admit that Osnat Zak did not access Spectrum Information in 2011.

**Request for Admission No. 651**

Admit that Osnat Zak accessed Spectrum Information in 2012.

**Request for Admission No. 652**

Admit that Osnat Zak did not access Spectrum Information in 2012.

**Request for Admission No. 653**

Admit that Osnat Zak accessed the Spectrum Data Room in 2009.

**Request for Admission No. 654**

Admit that Osnat Zak did not access the Spectrum Data Room in 2009.

**Request for Admission No. 655**

Admit that Osnat Zak accessed the Spectrum Data Room in 2010.

**Request for Admission No. 656**

Admit that Osnat Zak did not access the Spectrum Data Room in 2010.

**Request for Admission No. 657**

Admit that Osnat Zak accessed the Spectrum Data Room in 2011.

**Request for Admission No. 658**

Admit that Osnat Zak did not access the Spectrum Data Room in 2011.

**Request for Admission No. 659**

Admit that Osnat Zak accessed the Spectrum Data Room in 2012.

**Request for Admission No. 660**

Admit that Osnat Zak did not access the Spectrum Data Room in 2012.

**Request for Admission No. 661**

Admit that Aharon Peretz executed the 2009 Agreement.

**Request for Admission No. 662**

Admit that Aharon Peretz did not execute the 2009 Agreement.

**Request for Admission No. 663**

Admit that Aharon Peretz is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 664**

Admit that Aharon Peretz is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 665**

Admit that Aharon Peretz accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 666**

Admit that Aharon Peretz did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 667**

Admit that Aharon Peretz accessed Spectrum Information in 2009.

**Request for Admission No. 668**

Admit that Aharon Peretz did not access Spectrum Information in 2009.

**Request for Admission No. 669**

Admit that Aharon Peretz accessed Spectrum Information in 2010.

**Request for Admission No. 670**

Admit that Aharon Peretz did not access Spectrum Information in 2010.

**Request for Admission No. 671**

Admit that Aharon Peretz accessed Spectrum Information in 2011.

**Request for Admission No. 672**

Admit that Aharon Peretz did not access Spectrum Information in 2011.

**Request for Admission No. 673**

Admit that Aharon Peretz accessed Spectrum Information in 2012.

**Request for Admission No. 674**

Admit that Aharon Peretz did not access Spectrum Information in 2012.

**Request for Admission No. 675**

Admit that Aharon Peretz accessed the Spectrum Data Room in 2009.

**Request for Admission No. 676**

Admit that Aharon Peretz did not access the Spectrum Data Room in 2009.

**Request for Admission No. 677**

Admit that Aharon Peretz accessed the Spectrum Data Room in 2010.

**Request for Admission No. 678**

Admit that Aharon Peretz did not access the Spectrum Data Room in 2010.

**Request for Admission No. 679**

Admit that Aharon Peretz accessed the Spectrum Data Room in 2011.

**Request for Admission No. 680**

Admit that Aharon Peretz did not access the Spectrum Data Room in 2011.

**Request for Admission No. 681**

Admit that Aharon Peretz accessed the Spectrum Data Room in 2012.

**Request for Admission No. 682**

Admit that Aharon Peretz did not access the Spectrum Data Room in 2012.

**Request for Admission No. 683**

Admit that Arnold Jacobson executed the 2009 Agreement.

**Request for Admission No. 684**

Admit that Arnold Jacobson did not execute the 2009 Agreement.

**Request for Admission No. 685**

Admit that Arnold Jacobson is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 686**

Admit that Arnold Jacobson is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 687**

Admit that Arnold Jacobson accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 688**

Admit that Arnold Jacobson did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 689**

Admit that Arnold Jacobson accessed Spectrum Information in 2009.

**Request for Admission No. 690**

Admit that Arnold Jacobson did not access Spectrum Information in 2009.

**Request for Admission No. 691**

Admit that Arnold Jacobson accessed Spectrum Information in 2010.

**Request for Admission No. 692**

Admit that Arnold Jacobson did not access Spectrum Information in 2010.

**Request for Admission No. 693**

Admit that Arnold Jacobson accessed Spectrum Information in 2011.

**Request for Admission No. 694**

Admit that Arnold Jacobson did not access Spectrum Information in 2011.

**Request for Admission No. 695**

Admit that Arnold Jacobson accessed Spectrum Information in 2012.

**Request for Admission No. 696**

Admit that Arnold Jacobson did not access Spectrum Information in 2012.

**Request for Admission No. 697**

Admit that Arnold Jacobson accessed the Spectrum Data Room in 2009.

**Request for Admission No. 698**

Admit that Arnold Jacobson did not access the Spectrum Data Room in 2009.

**Request for Admission No. 699**

Admit that Arnold Jacobson accessed the Spectrum Data Room in 2010.

**Request for Admission No. 700**

Admit that Arnold Jacobson did not access the Spectrum Data Room in 2010.

**Request for Admission No. 701**

Admit that Arnold Jacobson accessed the Spectrum Data Room in 2011.

**Request for Admission No. 702**

Admit that Arnold Jacobson did not access the Spectrum Data Room in 2011.

**Request for Admission No. 703**

Admit that Arnold Jacobson accessed the Spectrum Data Room in 2012.

**Request for Admission No. 704**

Admit that Arnold Jacobson did not access the Spectrum Data Room in 2012.

**Request for Admission No. 705**

Admit that Erez Levy executed the 2009 Agreement.

**Request for Admission No. 706**

Admit that Erez Levy did not execute the 2009 Agreement.

**Request for Admission No. 707**

Admit that Erez Levy is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 708**

Admit that Erez Levy is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 709**

Admit that Erez Levy accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 710**

Admit that Erez Levy did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 711**

Admit that Erez Levy accessed Spectrum Information in 2009.

**Request for Admission No. 712**

Admit that Erez Levy did not access Spectrum Information in 2009.

**Request for Admission No. 713**

Admit that Erez Levy accessed Spectrum Information in 2010.

**Request for Admission No. 714**

Admit that Erez Levy did not access Spectrum Information in 2010.

**Request for Admission No. 715**

Admit that Erez Levy accessed Spectrum Information in 2011.

**Request for Admission No. 716**

Admit that Erez Levy did not access Spectrum Information in 2011.

**Request for Admission No. 717**

Admit that Erez Levy accessed Spectrum Information in 2012.

**Request for Admission No. 718**

Admit that Erez Levy did not access Spectrum Information in 2012.

**Request for Admission No. 719**

Admit that Erez Levy accessed the Spectrum Data Room in 2009.

**Request for Admission No. 720**

Admit that Erez Levy did not access the Spectrum Data Room in 2009.

**Request for Admission No. 721**

Admit that Erez Levy accessed the Spectrum Data Room in 2010.

**Request for Admission No. 722**

Admit that Erez Levy did not access the Spectrum Data Room in 2010.

**Request for Admission No. 723**

Admit that Erez Levy accessed the Spectrum Data Room in 2011.

**Request for Admission No. 724**

Admit that Erez Levy did not access the Spectrum Data Room in 2011.

**Request for Admission No. 725**

Admit that Erez Levy accessed the Spectrum Data Room in 2012.

**Request for Admission No. 726**

Admit that Erez Levy did not access the Spectrum Data Room in 2012.

**Request for Admission No. 727**

Admit that Moshe Alfandari executed the 2009 Agreement.

**Request for Admission No. 728**

Admit that Moshe Alfandari did not execute the 2009 Agreement.

**Request for Admission No. 729**

Admit that Moshe Alfandari is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 730**

Admit that Moshe Alfandari is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 731**

Admit that Moshe Alfandari accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 732**

Admit that Moshe Alfandari did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 733**

Admit that Moshe Alfandari accessed Spectrum Information in 2009.

**Request for Admission No. 734**

Admit that Moshe Alfandari did not access Spectrum Information in 2009.

**Request for Admission No. 735**

Admit that Moshe Alfandari accessed Spectrum Information in 2010.

**Request for Admission No. 736**

Admit that Moshe Alfandari did not access Spectrum Information in 2010.

**Request for Admission No. 737**

Admit that Moshe Alfandari accessed Spectrum Information in 2011.

**Request for Admission No. 738**

Admit that Moshe Alfandari did not access Spectrum Information in 2011.

**Request for Admission No. 739**

Admit that Moshe Alfandari accessed Spectrum Information in 2012.

**Request for Admission No. 740**

Admit that Moshe Alfandari did not access Spectrum Information in 2012.

**Request for Admission No. 741**

Admit that Moshe Alfandari accessed the Spectrum Data Room in 2009.

**Request for Admission No. 742**

Admit that Moshe Alfandari did not access the Spectrum Data Room in 2009.

**Request for Admission No. 743**

Admit that Moshe Alfandari accessed the Spectrum Data Room in 2010.

**Request for Admission No. 744**

Admit that Moshe Alfandari did not access the Spectrum Data Room in 2010.

**Request for Admission No. 745**

Admit that Moshe Alfandari accessed the Spectrum Data Room in 2011.

**Request for Admission No. 746**

Admit that Moshe Alfandari did not access the Spectrum Data Room in 2011.

**Request for Admission No. 747**

Admit that Moshe Alfandari accessed the Spectrum Data Room in 2012.

**Request for Admission No. 748**

Admit that Moshe Alfandari did not access the Spectrum Data Room in 2012.

**Request for Admission No. 749**

Admit that Joel Wenger executed the 2009 Agreement.

**Request for Admission No. 750**

Admit that Joel Wenger did not execute the 2009 Agreement.

**Request for Admission No. 751**

Admit that Joel Wenger is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 752**

Admit that Joel Wenger is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 753**

Admit that Joel Wenger accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 754**

Admit that Joel Wenger did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 755**

Admit that Joel Wenger accessed Spectrum Information in 2009.

**Request for Admission No. 756**

Admit that Joel Wenger did not access Spectrum Information in 2009.

**Request for Admission No. 757**

Admit that Joel Wenger accessed Spectrum Information in 2010.

**Request for Admission No. 758**

Admit that Joel Wenger did not access Spectrum Information in 2010.

**Request for Admission No. 759**

Admit that Joel Wenger accessed Spectrum Information in 2011.

**Request for Admission No. 760**

Admit that Joel Wenger did not access Spectrum Information in 2011.

**Request for Admission No. 761**

Admit that Joel Wenger accessed Spectrum Information in 2012.

**Request for Admission No. 762**

Admit that Joel Wenger did not access Spectrum Information in 2012.

**Request for Admission No. 763**

Admit that Joel Wenger accessed the Spectrum Data Room in 2009.

**Request for Admission No. 764**

Admit that Joel Wenger did not access the Spectrum Data Room in 2009.

**Request for Admission No. 765**

Admit that Joel Wenger accessed the Spectrum Data Room in 2010.

**Request for Admission No. 766**

Admit that Joel Wenger did not access the Spectrum Data Room in 2010.

**Request for Admission No. 767**

Admit that Joel Wenger accessed the Spectrum Data Room in 2011.

**Request for Admission No. 768**

Admit that Joel Wenger did not access the Spectrum Data Room in 2011.

**Request for Admission No. 769**

Admit that Joel Wenger accessed the Spectrum Data Room in 2012.

**Request for Admission No. 770**

Admit that Joel Wenger did not access the Spectrum Data Room in 2012.

**Request for Admission No. 771**

Admit that Dalit Sapir executed the 2009 Agreement.

**Request for Admission No. 772**

Admit that Dalit Sapir did not execute the 2009 Agreement.

**Request for Admission No. 773**

Admit that Dalit Sapir is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 774**

Admit that Dalit Sapir is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 775**

Admit that Dalit Sapir accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 776**

Admit that Dalit Sapir did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 777**

Admit that Dalit Sapir accessed Spectrum Information in 2009.

**Request for Admission No. 778**

Admit that Dalit Sapir did not access Spectrum Information in 2009.

**Request for Admission No. 779**

Admit that Dalit Sapir accessed Spectrum Information in 2010.

**Request for Admission No. 780**

Admit that Dalit Sapir did not access Spectrum Information in 2010.

**Request for Admission No. 781**

Admit that Dalit Sapir accessed Spectrum Information in 2011.

**Request for Admission No. 782**

Admit that Dalit Sapir did not access Spectrum Information in 2011.

**Request for Admission No. 783**

Admit that Dalit Sapir accessed Spectrum Information in 2012.

**Request for Admission No. 784**

Admit that Dalit Sapir did not access Spectrum Information in 2012.

**Request for Admission No. 785**

Admit that Dalit Sapir accessed the Spectrum Data Room in 2009.

**Request for Admission No. 786**

Admit that Dalit Sapir did not access the Spectrum Data Room in 2009.

**Request for Admission No. 787**

Admit that Dalit Sapir accessed the Spectrum Data Room in 2010.

**Request for Admission No. 788**

Admit that Dalit Sapir did not access the Spectrum Data Room in 2010.

**Request for Admission No. 789**

Admit that Dalit Sapir accessed the Spectrum Data Room in 2011.

**Request for Admission No. 790**

Admit that Dalit Sapir did not access the Spectrum Data Room in 2011.

**Request for Admission No. 791**

Admit that Dalit Sapir accessed the Spectrum Data Room in 2012.

**Request for Admission No. 792**

Admit that Dalit Sapir did not access the Spectrum Data Room in 2012.

**Request for Admission No. 793**

Admit that Raul Grable executed the 2009 Agreement.

**Request for Admission No. 794**

Admit that Raul Grable did not execute the 2009 Agreement.

**Request for Admission No. 795**

Admit that Raul Grable is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 796**

Admit that Raul Grable is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 797**

Admit that Raul Grable accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 798**

Admit that Raul Grable did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 799**

Admit that Raul Grable accessed Spectrum Information in 2009.

**Request for Admission No. 800**

Admit that Raul Grable did not access Spectrum Information in 2009.

**Request for Admission No. 801**

Admit that Raul Grable accessed Spectrum Information in 2010.

**Request for Admission No. 802**

Admit that Raul Grable did not access Spectrum Information in 2010.

**Request for Admission No. 803**

Admit that Raul Grable accessed Spectrum Information in 2011.

**Request for Admission No. 804**

Admit that Raul Grable did not access Spectrum Information in 2011.

**Request for Admission No. 805**

Admit that Raul Grable accessed Spectrum Information in 2012.

**Request for Admission No. 806**

Admit that Raul Grable did not access Spectrum Information in 2012.

**Request for Admission No. 807**

Admit that Raul Grable accessed the Spectrum Data Room in 2009.

**Request for Admission No. 808**

Admit that Raul Grable did not access the Spectrum Data Room in 2009.

**Request for Admission No. 809**

Admit that Raul Grable accessed the Spectrum Data Room in 2010.

**Request for Admission No. 810**

Admit that Raul Grable did not access the Spectrum Data Room in 2010.

**Request for Admission No. 811**

Admit that Raul Grable accessed the Spectrum Data Room in 2011.

**Request for Admission No. 812**

Admit that Raul Grable did not access the Spectrum Data Room in 2011.

**Request for Admission No. 813**

Admit that Raul Grable accessed the Spectrum Data Room in 2012.

**Request for Admission No. 814**

Admit that Raul Grable did not access the Spectrum Data Room in 2012.

**Request for Admission No. 815**

Admit that Derek Vander Heide executed the 2009 Agreement.

**Request for Admission No. 816**

Admit that Derek Vander Heide did not execute the 2009 Agreement.

**Request for Admission No. 817**

Admit that Derek Vander Heide is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 818**

Admit that Derek Vander Heide is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 819**

Admit that Derek Vander Heide accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 820**

Admit that Derek Vander Heide did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 821**

Admit that Derek Vander Heide accessed Spectrum Information in 2009.

**Request for Admission No. 822**

Admit that Derek Vander Heide did not access Spectrum Information in 2009.

**Request for Admission No. 823**

Admit that Derek Vander Heide accessed Spectrum Information in 2010.

**Request for Admission No. 824**

Admit that Derek Vander Heide did not access Spectrum Information in 2010.

**Request for Admission No. 825**

Admit that Derek Vander Heide accessed Spectrum Information in 2011.

**Request for Admission No. 826**

Admit that Derek Vander Heide did not access Spectrum Information in 2011.

**Request for Admission No. 827**

Admit that Derek Vander Heide accessed Spectrum Information in 2012.

**Request for Admission No. 828**

Admit that Derek Vander Heide did not access Spectrum Information in 2012.

**Request for Admission No. 829**

Admit that Derek Vander Heide accessed the Spectrum Data Room in 2009.

**Request for Admission No. 830**

Admit that Derek Vander Heide did not access the Spectrum Data Room in 2009.

**Request for Admission No. 831**

Admit that Derek Vander Heide accessed the Spectrum Data Room in 2010.

**Request for Admission No. 832**

Admit that Derek Vander Heide did not access the Spectrum Data Room in 2010.

**Request for Admission No. 833**

Admit that Derek Vander Heide accessed the Spectrum Data Room in 2011.

**Request for Admission No. 834**

Admit that Derek Vander Heide did not access the Spectrum Data Room in 2011.

**Request for Admission No. 835**

Admit that Derek Vander Heide accessed the Spectrum Data Room in 2012.

**Request for Admission No. 836**

Admit that Derek Vander Heide did not access the Spectrum Data Room in 2012.

**Request for Admission No. 837**

Admit that Roger Cepeda executed the 2009 Agreement.

**Request for Admission No. 838**

Admit that Roger Cepeda did not execute the 2009 Agreement.

**Request for Admission No. 839**

Admit that Roger Cepeda is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 840**

Admit that Roger Cepeda is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 841**

Admit that Roger Cepeda accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 842**

Admit that Roger Cepeda did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 843**

Admit that Roger Cepeda accessed Spectrum Information in 2009.

**Request for Admission No. 844**

Admit that Roger Cepeda did not access Spectrum Information in 2009.

**Request for Admission No. 845**

Admit that Roger Cepeda accessed Spectrum Information in 2010.

**Request for Admission No. 846**

Admit that Roger Cepeda did not access Spectrum Information in 2010.

**Request for Admission No. 847**

Admit that Roger Cepeda accessed Spectrum Information in 2011.

**Request for Admission No. 848**

Admit that Roger Cepeda did not access Spectrum Information in 2011.

**Request for Admission No. 849**

Admit that Roger Cepeda accessed Spectrum Information in 2012.

**Request for Admission No. 850**

Admit that Roger Cepeda did not access Spectrum Information in 2012.

**Request for Admission No. 851**

Admit that Roger Cepeda accessed the Spectrum Data Room in 2009.

**Request for Admission No. 852**

Admit that Roger Cepeda did not access the Spectrum Data Room in 2009.

**Request for Admission No. 853**

Admit that Roger Cepeda accessed the Spectrum Data Room in 2010.

**Request for Admission No. 854**

Admit that Roger Cepeda did not access the Spectrum Data Room in 2010.

**Request for Admission No. 855**

Admit that Roger Cepeda accessed the Spectrum Data Room in 2011.

**Request for Admission No. 856**

Admit that Roger Cepeda did not access the Spectrum Data Room in 2011.

**Request for Admission No. 857**

Admit that Roger Cepeda accessed the Spectrum Data Room in 2012.

**Request for Admission No. 858**

Admit that Roger Cepeda did not access the Spectrum Data Room in 2012.

**Request for Admission No. 859**

Admit that Tish Clyde executed the 2009 Agreement.

**Request for Admission No. 860**

Admit that Tish Clyde did not execute the 2009 Agreement.

**Request for Admission No. 861**

Admit that Tish Clyde is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 862**

Admit that Tish Clyde is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 863**

Admit that Tish Clyde accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 864**

Admit that Tish Clyde did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 865**

Admit that Tish Clyde accessed Spectrum Information in 2009.

**Request for Admission No. 866**

Admit that Tish Clyde did not access Spectrum Information in 2009.

**Request for Admission No. 867**

Admit that Tish Clyde accessed Spectrum Information in 2010.

**Request for Admission No. 868**

Admit that Tish Clyde did not access Spectrum Information in 2010.

**Request for Admission No. 869**

Admit that Tish Clyde accessed Spectrum Information in 2011.

**Request for Admission No. 870**

Admit that Tish Clyde did not access Spectrum Information in 2011.

**Request for Admission No. 871**

Admit that Tish Clyde accessed Spectrum Information in 2012.

**Request for Admission No. 872**

Admit that Tish Clyde did not access Spectrum Information in 2012.

**Request for Admission No. 873**

Admit that Tish Clyde accessed the Spectrum Data Room in 2009.

**Request for Admission No. 874**

Admit that Tish Clyde did not access the Spectrum Data Room in 2009.

**Request for Admission No. 875**

Admit that Tish Clyde accessed the Spectrum Data Room in 2010.

**Request for Admission No. 876**

Admit that Tish Clyde did not access the Spectrum Data Room in 2010.

**Request for Admission No. 877**

Admit that Tish Clyde accessed the Spectrum Data Room in 2011.

**Request for Admission No. 878**

Admit that Tish Clyde did not access the Spectrum Data Room in 2011.

**Request for Admission No. 879**

Admit that Tish Clyde accessed the Spectrum Data Room in 2012.

**Request for Admission No. 880**

Admit that Tish Clyde did not access the Spectrum Data Room in 2012.

**Request for Admission No. 881**

Admit that Peter Henderson executed the 2009 Agreement.

**Request for Admission No. 882**

Admit that Peter Henderson did not execute the 2009 Agreement.

**Request for Admission No. 883**

Admit that Peter Henderson is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 884**

Admit that Peter Henderson is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 885**

Admit that Peter Henderson accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 886**

Admit that Peter Henderson did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 887**

Admit that Peter Henderson accessed Spectrum Information in 2009.

**Request for Admission No. 888**

Admit that Peter Henderson did not access Spectrum Information in 2009.

**Request for Admission No. 889**

Admit that Peter Henderson accessed Spectrum Information in 2010.

**Request for Admission No. 890**

Admit that Peter Henderson did not access Spectrum Information in 2010.

**Request for Admission No. 891**

Admit that Peter Henderson accessed Spectrum Information in 2011.

**Request for Admission No. 892**

Admit that Peter Henderson did not access Spectrum Information in 2011.

**Request for Admission No. 893**

Admit that Peter Henderson accessed Spectrum Information in 2012.

**Request for Admission No. 894**

Admit that Peter Henderson did not access Spectrum Information in 2012.

**Request for Admission No. 895**

Admit that Peter Henderson accessed the Spectrum Data Room in 2009.

**Request for Admission No. 896**

Admit that Peter Henderson did not access the Spectrum Data Room in 2009.

**Request for Admission No. 897**

Admit that Peter Henderson accessed the Spectrum Data Room in 2010.

**Request for Admission No. 898**

Admit that Peter Henderson did not access the Spectrum Data Room in 2010.

**Request for Admission No. 899**

Admit that Peter Henderson accessed the Spectrum Data Room in 2011.

**Request for Admission No. 900**

Admit that Peter Henderson did not access the Spectrum Data Room in 2011.

**Request for Admission No. 901**

Admit that Peter Henderson accessed the Spectrum Data Room in 2012.

**Request for Admission No. 902**

Admit that Peter Henderson did not access the Spectrum Data Room in 2012.

**Request for Admission No. 903**

Admit that Allan Tiro executed the 2009 Agreement.

**Request for Admission No. 904**

Admit that Allan Tiro did not execute the 2009 Agreement.

**Request for Admission No. 905**

Admit that Allan Tiro is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 906**

Admit that Allan Tiro is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 907**

Admit that Allan Tiro accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 908**

Admit that Allan Tiro did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 909**

Admit that Allan Tiro accessed Spectrum Information in 2009.

**Request for Admission No. 910**

Admit that Allan Tiro did not access Spectrum Information in 2009.

**Request for Admission No. 911**

Admit that Allan Tiro accessed Spectrum Information in 2010.

**Request for Admission No. 912**

Admit that Allan Tiro did not access Spectrum Information in 2010.

**Request for Admission No. 913**

Admit that Allan Tiro accessed Spectrum Information in 2011.

**Request for Admission No. 914**

Admit that Allan Tiro did not access Spectrum Information in 2011.

**Request for Admission No. 915**

Admit that Allan Tiro accessed Spectrum Information in 2012.

**Request for Admission No. 916**

Admit that Allan Tiro did not access Spectrum Information in 2012.

**Request for Admission No. 917**

Admit that Allan Tiro accessed the Spectrum Data Room in 2009.

**Request for Admission No. 918**

Admit that Allan Tiro did not access the Spectrum Data Room in 2009.

**Request for Admission No. 919**

Admit that Allan Tiro accessed the Spectrum Data Room in 2010.

**Request for Admission No. 920**

Admit that Allan Tiro did not access the Spectrum Data Room in 2010.

**Request for Admission No. 921**

Admit that Allan Tiro accessed the Spectrum Data Room in 2011.

**Request for Admission No. 922**

Admit that Allan Tiro did not access the Spectrum Data Room in 2011.

**Request for Admission No. 923**

Admit that Allan Tiro accessed the Spectrum Data Room in 2012.

**Request for Admission No. 924**

Admit that Allan Tiro did not access the Spectrum Data Room in 2012.

**Request for Admission No. 925**

Admit that John D'Antico executed the 2009 Agreement.

**Request for Admission No. 926**

Admit that John D'Antico did not execute the 2009 Agreement.

**Request for Admission No. 927**

Admit that John D'Antico is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 928**

Admit that John D'Antico is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 929**

Admit that John D'Antico accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 930**

Admit that John D'Antico did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 931**

Admit that John D'Antico accessed Spectrum Information in 2009.

**Request for Admission No. 932**

Admit that John D'Antico did not access Spectrum Information in 2009.

**Request for Admission No. 933**

Admit that John D'Antico accessed Spectrum Information in 2010.

**Request for Admission No. 934**

Admit that John D'Antico did not access Spectrum Information in 2010.

**Request for Admission No. 935**

Admit that John D'Antico accessed Spectrum Information in 2011.

**Request for Admission No. 936**

Admit that John D'Antico did not access Spectrum Information in 2011.

**Request for Admission No. 937**

Admit that John D'Antico accessed Spectrum Information in 2012.

**Request for Admission No. 938**

Admit that John D'Antico did not access Spectrum Information in 2012.

**Request for Admission No. 939**

Admit that John D'Antico accessed the Spectrum Data Room in 2009.

**Request for Admission No. 940**

Admit that John D'Antico did not access the Spectrum Data Room in 2009.

**Request for Admission No. 941**

Admit that John D'Antico accessed the Spectrum Data Room in 2010.

**Request for Admission No. 942**

Admit that John D'Antico did not access the Spectrum Data Room in 2010.

**Request for Admission No. 943**

Admit that John D'Antico accessed the Spectrum Data Room in 2011.

**Request for Admission No. 944**

Admit that John D'Antico did not access the Spectrum Data Room in 2011.

**Request for Admission No. 945**

Admit that John D'Antico accessed the Spectrum Data Room in 2012.

**Request for Admission No. 946**

Admit that John D'Antico did not access the Spectrum Data Room in 2012.

**Request for Admission No. 947**

Admit that George Kalfayan executed the 2009 Agreement.

**Request for Admission No. 948**

Admit that George Kalfayan did not execute the 2009 Agreement.

**Request for Admission No. 949**

Admit that George Kalfayan is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 950**

Admit that George Kalfayan is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 951**

Admit that George Kalfayan accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 952**

Admit that George Kalfayan did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 953**

Admit that George Kalfayan accessed Spectrum Information in 2009.

**Request for Admission No. 954**

Admit that George Kalfayan did not access Spectrum Information in 2009.

**Request for Admission No. 955**

Admit that George Kalfayan accessed Spectrum Information in 2010.

**Request for Admission No. 956**

Admit that George Kalfayan did not access Spectrum Information in 2010.

**Request for Admission No. 957**

Admit that George Kalfayan accessed Spectrum Information in 2011.

**Request for Admission No. 958**

Admit that George Kalfayan did not access Spectrum Information in 2011.

**Request for Admission No. 959**

Admit that George Kalfayan accessed Spectrum Information in 2012.

**Request for Admission No. 960**

Admit that George Kalfayan did not access Spectrum Information in 2012.

**Request for Admission No. 961**

Admit that George Kalfayan accessed the Spectrum Data Room in 2009.

**Request for Admission No. 962**

Admit that George Kalfayan did not access the Spectrum Data Room in 2009.

**Request for Admission No. 963**

Admit that George Kalfayan accessed the Spectrum Data Room in 2010.

**Request for Admission No. 964**

Admit that George Kalfayan did not access the Spectrum Data Room in 2010.

**Request for Admission No. 965**

Admit that George Kalfayan accessed the Spectrum Data Room in 2011.

**Request for Admission No. 966**

Admit that George Kalfayan did not access the Spectrum Data Room in 2011.

**Request for Admission No. 967**

Admit that George Kalfayan accessed the Spectrum Data Room in 2012.

**Request for Admission No. 968**

Admit that George Kalfayan did not access the Spectrum Data Room in 2012.

**Request for Admission No. 969**

Admit that Yossi Shmul executed the 2009 Agreement.

**Request for Admission No. 970**

Admit that Yossi Shmul did not execute the 2009 Agreement.

**Request for Admission No. 971**

Admit that Yossi Shmul is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 972**

Admit that Yossi Shmul is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 973**

Admit that Yossi Shmul accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 974**

Admit that Yossi Shmul did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 975**

Admit that Yossi Shmul accessed Spectrum Information in 2009.

**Request for Admission No. 976**

Admit that Yossi Shmul did not access Spectrum Information in 2009.

**Request for Admission No. 977**

Admit that Yossi Shmul accessed Spectrum Information in 2010.

**Request for Admission No. 978**

Admit that Yossi Shmul did not access Spectrum Information in 2010.

**Request for Admission No. 979**

Admit that Yossi Shmul accessed Spectrum Information in 2011.

**Request for Admission No. 980**

Admit that Yossi Shmul did not access Spectrum Information in 2011.

**Request for Admission No. 981**

Admit that Yossi Shmul accessed Spectrum Information in 2012.

**Request for Admission No. 982**

Admit that Yossi Shmul did not access Spectrum Information in 2012.

**Request for Admission No. 983**

Admit that Yossi Shmul accessed the Spectrum Data Room in 2009.

**Request for Admission No. 984**

Admit that Yossi Shmul did not access the Spectrum Data Room in 2009.

**Request for Admission No. 985**

Admit that Yossi Shmul accessed the Spectrum Data Room in 2010.

**Request for Admission No. 986**

Admit that Yossi Shmul did not access the Spectrum Data Room in 2010.

**Request for Admission No. 987**

Admit that Yossi Shmul accessed the Spectrum Data Room in 2011.

**Request for Admission No. 988**

Admit that Yossi Shmul did not access the Spectrum Data Room in 2011.

**Request for Admission No. 989**

Admit that Yossi Shmul accessed the Spectrum Data Room in 2012.

**Request for Admission No. 990**

Admit that Yossi Shmul did not access the Spectrum Data Room in 2012.

**Request for Admission No. 991**

Admit that Vincent Giordano executed the 2009 Agreement.

**Request for Admission No. 992**

Admit that Vincent Giordano did not execute the 2009 Agreement.

**Request for Admission No. 993**

Admit that Vincent Giordano is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 994**

Admit that Vincent Giordano is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 995**

Admit that Vincent Giordano accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 996**

Admit that Vincent Giordano did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 997**

Admit that Vincent Giordano accessed Spectrum Information in 2009.

**Request for Admission No. 998**

Admit that Vincent Giordano did not access Spectrum Information in 2009.

**Request for Admission No. 999**

Admit that Vincent Giordano accessed Spectrum Information in 2010.

**Request for Admission No. 1000**

Admit that Vincent Giordano did not access Spectrum Information in 2010.

**Request for Admission No. 1001**

Admit that Vincent Giordano accessed Spectrum Information in 2011.

**Request for Admission No. 1002**

Admit that Vincent Giordano did not access Spectrum Information in 2011.

**Request for Admission No. 1003**

Admit that Vincent Giordano accessed Spectrum Information in 2012.

**Request for Admission No. 1004**

Admit that Vincent Giordano did not access Spectrum Information in 2012.

**Request for Admission No. 1005**

Admit that Vincent Giordano accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1006**

Admit that Vincent Giordano did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1007**

Admit that Vincent Giordano accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1008**

Admit that Vincent Giordano did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1009**

Admit that Vincent Giordano accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1010**

Admit that Vincent Giordano did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1011**

Admit that Vincent Giordano accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1012**

Admit that Vincent Giordano did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1013**

Admit that Agata Smieja executed the 2009 Agreement.

**Request for Admission No. 1014**

Admit that Agata Smieja did not execute the 2009 Agreement.

**Request for Admission No. 1015**

Admit that Agata Smieja is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1016**

Admit that Agata Smieja is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1017**

Admit that Agata Smieja accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1018**

Admit that Agata Smieja did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1019**

Admit that Agata Smieja accessed Spectrum Information in 2009.

**Request for Admission No. 1020**

Admit that Agata Smieja did not access Spectrum Information in 2009.

**Request for Admission No. 1021**

Admit that Agata Smieja accessed Spectrum Information in 2010.

**Request for Admission No. 1022**

Admit that Agata Smieja did not access Spectrum Information in 2010.

**Request for Admission No. 1023**

Admit that Agata Smieja accessed Spectrum Information in 2011.

**Request for Admission No. 1024**

Admit that Agata Smieja did not access Spectrum Information in 2011.

**Request for Admission No. 1025**

Admit that Agata Smieja accessed Spectrum Information in 2012.

**Request for Admission No. 1026**

Admit that Agata Smieja did not access Spectrum Information in 2012.

**Request for Admission No. 1027**

Admit that Agata Smieja accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1028**

Admit that Agata Smieja did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1029**

Admit that Agata Smieja accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1030**

Admit that Agata Smieja did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1031**

Admit that Agata Smieja accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1032**

Admit that Agata Smieja did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1033**

Admit that Agata Smieja accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1034**

Admit that Agata Smieja did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1035**

Admit that Levi McKelphin executed the 2009 Agreement.

**Request for Admission No. 1036**

Admit that Levi McKelphin did not execute the 2009 Agreement.

**Request for Admission No. 1037**

Admit that Levi McKelphin is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1038**

Admit that Levi McKelphin is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1039**

Admit that Levi McKelphin accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1040**

Admit that Levi McKelphin did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1041**

Admit that Levi McKelphin accessed Spectrum Information in 2009.

**Request for Admission No. 1042**

Admit that Levi McKelphin did not access Spectrum Information in 2009.

**Request for Admission No. 1043**

Admit that Levi McKelphin accessed Spectrum Information in 2010.

**Request for Admission No. 1044**

Admit that Levi McKelphin did not access Spectrum Information in 2010.

**Request for Admission No. 1045**

Admit that Levi McKelphin accessed Spectrum Information in 2011.

**Request for Admission No. 1046**

Admit that Levi McKelphin did not access Spectrum Information in 2011.

**Request for Admission No. 1047**

Admit that Levi McKelphin accessed Spectrum Information in 2012.

**Request for Admission No. 1048**

Admit that Levi McKelphin did not access Spectrum Information in 2012.

**Request for Admission No. 1049**

Admit that Levi McKelphin accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1050**

Admit that Levi McKelphin did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1051**

Admit that Levi McKelphin accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1052**

Admit that Levi McKelphin did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1053**

Admit that Levi McKelphin accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1054**

Admit that Levi McKelphin did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1055**

Admit that Levi McKelphin accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1056**

Admit that Levi McKelphin did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1057**

Admit that Helit Dovrin executed the 2009 Agreement.

**Request for Admission No. 1058**

Admit that Helit Dovrin did not execute the 2009 Agreement.

**Request for Admission No. 1059**

Admit that Helit Dovrin is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1060**

Admit that Helit Dovrin is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1061**

Admit that Helit Dovrin accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1062**

Admit that Helit Dovrin did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1063**

Admit that Helit Dovrin accessed Spectrum Information in 2009.

**Request for Admission No. 1064**

Admit that Helit Dovrin did not access Spectrum Information in 2009.

**Request for Admission No. 1065**

Admit that Helit Dovrin accessed Spectrum Information in 2010.

**Request for Admission No. 1066**

Admit that Helit Dovrin did not access Spectrum Information in 2010.

**Request for Admission No. 1067**

Admit that Helit Dovrin accessed Spectrum Information in 2011.

**Request for Admission No. 1068**

Admit that Helit Dovrin did not access Spectrum Information in 2011.

**Request for Admission No. 1069**

Admit that Helit Dovrin accessed Spectrum Information in 2012.

**Request for Admission No. 1070**

Admit that Helit Dovrin did not access Spectrum Information in 2012.

**Request for Admission No. 1071**

Admit that Helit Dovrin accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1072**

Admit that Helit Dovrin did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1073**

Admit that Helit Dovrin accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1074**

Admit that Helit Dovrin did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1075**

Admit that Helit Dovrin accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1076**

Admit that Helit Dovrin did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1077**

Admit that Helit Dovrin accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1078**

Admit that Helit Dovrin did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1079**

Admit that Larry Bigio executed the 2009 Agreement.

**Request for Admission No. 1080**

Admit that Larry Bigio did not execute the 2009 Agreement.

**Request for Admission No. 1081**

Admit that Larry Bigio is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1082**

Admit that Larry Bigio is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1083**

Admit that Larry Bigio accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1084**

Admit that Larry Bigio did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1085**

Admit that Larry Bigio accessed Spectrum Information in 2009.

**Request for Admission No. 1086**

Admit that Larry Bigio did not access Spectrum Information in 2009.

**Request for Admission No. 1087**

Admit that Larry Bigio accessed Spectrum Information in 2010.

**Request for Admission No. 1088**

Admit that Larry Bigio did not access Spectrum Information in 2010.

**Request for Admission No. 1089**

Admit that Larry Bigio accessed Spectrum Information in 2011.

**Request for Admission No. 1090**

Admit that Larry Bigio did not access Spectrum Information in 2011.

**Request for Admission No. 1091**

Admit that Larry Bigio accessed Spectrum Information in 2012.

**Request for Admission No. 1092**

Admit that Larry Bigio did not access Spectrum Information in 2012.

**Request for Admission No. 1093**

Admit that Larry Bigio accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1094**

Admit that Larry Bigio did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1095**

Admit that Larry Bigio accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1096**

Admit that Larry Bigio did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1097**

Admit that Larry Bigio accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1098**

Admit that Larry Bigio did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1099**

Admit that Larry Bigio accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1100**

Admit that Larry Bigio did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1101**

Admit that Etty Haver executed the 2009 Agreement.

**Request for Admission No. 1102**

Admit that Etty Haver did not execute the 2009 Agreement.

**Request for Admission No. 1103**

Admit that Etty Haver is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1104**

Admit that Etty Haver is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1105**

Admit that Etty Haver accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1106**

Admit that Etty Haver did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1107**

Admit that Etty Haver accessed Spectrum Information in 2009.

**Request for Admission No. 1108**

Admit that Etty Haver did not access Spectrum Information in 2009.

**Request for Admission No. 1109**

Admit that Etty Haver accessed Spectrum Information in 2010.

**Request for Admission No. 1110**

Admit that Etty Haver did not access Spectrum Information in 2010.

**Request for Admission No. 1111**

Admit that Etty Haver accessed Spectrum Information in 2011.

**Request for Admission No. 1112**

Admit that Etty Haver did not access Spectrum Information in 2011.

**Request for Admission No. 1113**

Admit that Etty Haver accessed Spectrum Information in 2012.

**Request for Admission No. 1114**

Admit that Etty Haver did not access Spectrum Information in 2012.

**Request for Admission No. 1115**

Admit that Etty Haver accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1116**

Admit that Etty Haver did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1117**

Admit that Etty Haver accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1118**

Admit that Etty Haver did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1119**

Admit that Etty Haver accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1120**

Admit that Etty Haver did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1121**

Admit that Etty Haver accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1122**

Admit that Etty Haver did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1123**

Admit that Allison Mueller executed the 2009 Agreement.

**Request for Admission No. 1124**

Admit that Allison Mueller did not execute the 2009 Agreement.

**Request for Admission No. 1125**

Admit that Allison Mueller is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1126**

Admit that Allison Mueller is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1127**

Admit that Allison Mueller accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1128**

Admit that Allison Mueller did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1129**

Admit that Allison Mueller accessed Spectrum Information in 2009.

**Request for Admission No. 1130**

Admit that Allison Mueller did not access Spectrum Information in 2009.

**Request for Admission No. 1131**

Admit that Allison Mueller accessed Spectrum Information in 2010.

**Request for Admission No. 1132**

Admit that Allison Mueller did not access Spectrum Information in 2010.

**Request for Admission No. 1133**

Admit that Allison Mueller accessed Spectrum Information in 2011.

**Request for Admission No. 1134**

Admit that Allison Mueller did not access Spectrum Information in 2011.

**Request for Admission No. 1135**

Admit that Allison Mueller accessed Spectrum Information in 2012.

**Request for Admission No. 1136**

Admit that Allison Mueller did not access Spectrum Information in 2012.

**Request for Admission No. 1137**

Admit that Allison Mueller accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1138**

Admit that Allison Mueller did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1139**

Admit that Allison Mueller accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1140**

Admit that Allison Mueller did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1141**

Admit that Allison Mueller accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1142**

Admit that Allison Mueller did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1143**

Admit that Allison Mueller accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1144**

Admit that Allison Mueller did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1145**

Admit that John Dunn executed the 2009 Agreement.

**Request for Admission No. 1146**

Admit that John Dunn did not execute the 2009 Agreement.

**Request for Admission No. 1147**

Admit that John Dunn is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1148**

Admit that John Dunn is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1149**

Admit that John Dunn accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1150**

Admit that John Dunn did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1151**

Admit that John Dunn accessed Spectrum Information in 2009.

**Request for Admission No. 1152**

Admit that John Dunn did not access Spectrum Information in 2009.

**Request for Admission No. 1153**

Admit that John Dunn accessed Spectrum Information in 2010.

**Request for Admission No. 1154**

Admit that John Dunn did not access Spectrum Information in 2010.

**Request for Admission No. 1155**

Admit that John Dunn accessed Spectrum Information in 2011.

**Request for Admission No. 1156**

Admit that John Dunn did not access Spectrum Information in 2011.

**Request for Admission No. 1157**

Admit that John Dunn accessed Spectrum Information in 2012.

**Request for Admission No. 1158**

Admit that John Dunn did not access Spectrum Information in 2012.

**Request for Admission No. 1159**

Admit that John Dunn accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1160**

Admit that John Dunn did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1161**

Admit that John Dunn accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1162**

Admit that John Dunn did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1163**

Admit that John Dunn accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1164**

Admit that John Dunn did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1165**

Admit that John Dunn accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1166**

Admit that John Dunn did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1167**

Admit that Arvind Sundar-Rajan executed the 2009 Agreement.

**Request for Admission No. 1168**

Admit that Arvind Sundar-Rajan did not execute the 2009 Agreement.

**Request for Admission No. 1169**

Admit that Arvind Sundar-Rajan is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1170**

Admit that Arvind Sundar-Rajan is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1171**

Admit that Arvind Sundar-Rajan accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1172**

Admit that Arvind Sundar-Rajan did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1173**

Admit that Arvind Sundar-Rajan accessed Spectrum Information in 2009.

**Request for Admission No. 1174**

Admit that Arvind Sundar-Rajan did not access Spectrum Information in 2009.

**Request for Admission No. 1175**

Admit that Arvind Sundar-Rajan accessed Spectrum Information in 2010.

**Request for Admission No. 1176**

Admit that Arvind Sundar-Rajan did not access Spectrum Information in 2010.

**Request for Admission No. 1177**

Admit that Arvind Sundar-Rajan accessed Spectrum Information in 2011.

**Request for Admission No. 1178**

Admit that Arvind Sundar-Rajan did not access Spectrum Information in 2011.

**Request for Admission No. 1179**

Admit that Arvind Sundar-Rajan accessed Spectrum Information in 2012.

**Request for Admission No. 1180**

Admit that Arvind Sundar-Rajan did not access Spectrum Information in 2012.

**Request for Admission No. 1181**

Admit that Arvind Sundar-Rajan accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1182**

Admit that Arvind Sundar-Rajan did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1183**

Admit that Arvind Sundar-Rajan accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1184**

Admit that Arvind Sundar-Rajan did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1185**

Admit that Arvind Sundar-Rajan accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1186**

Admit that Arvind Sundar-Rajan did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1187**

Admit that Arvind Sundar-Rajan accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1188**

Admit that Arvind Sundar-Rajan did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1189**

Admit that Jose-Luis Sanchez executed the 2009 Agreement.

**Request for Admission No. 1190**

Admit that Jose-Luis Sanchez did not execute the 2009 Agreement.

**Request for Admission No. 1191**

Admit that Jose-Luis Sanchez is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1192**

Admit that Jose-Luis Sanchez is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1193**

Admit that Jose-Luis Sanchez accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1194**

Admit that Jose-Luis Sanchez did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1195**

Admit that Jose-Luis Sanchez accessed Spectrum Information in 2009.

**Request for Admission No. 1196**

Admit that Jose-Luis Sanchez did not access Spectrum Information in 2009.

**Request for Admission No. 1197**

Admit that Jose-Luis Sanchez accessed Spectrum Information in 2010.

**Request for Admission No. 1198**

Admit that Jose-Luis Sanchez did not access Spectrum Information in 2010.

**Request for Admission No. 1199**

Admit that Jose-Luis Sanchez accessed Spectrum Information in 2011.

**Request for Admission No. 1200**

Admit that Jose-Luis Sanchez did not access Spectrum Information in 2011.

**Request for Admission No. 1201**

Admit that Jose-Luis Sanchez accessed Spectrum Information in 2012.

**Request for Admission No. 1202**

Admit that Jose-Luis Sanchez did not access Spectrum Information in 2012.

**Request for Admission No. 1203**

Admit that Jose-Luis Sanchez accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1204**

Admit that Jose-Luis Sanchez did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1205**

Admit that Jose-Luis Sanchez accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1206**

Admit that Jose-Luis Sanchez did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1207**

Admit that Jose-Luis Sanchez accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1208**

Admit that Jose-Luis Sanchez did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1209**

Admit that Jose-Luis Sanchez accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1210**

Admit that Jose-Luis Sanchez did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1211**

Admit that Nadav Drori executed the 2009 Agreement.

**Request for Admission No. 1212**

Admit that Nadav Drori did not execute the 2009 Agreement.

**Request for Admission No. 1213**

Admit that Nadav Drori is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1214**

Admit that Nadav Drori is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1215**

Admit that Nadav Drori accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1216**

Admit that Nadav Drori did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1217**

Admit that Nadav Drori accessed Spectrum Information in 2009.

**Request for Admission No. 1218**

Admit that Nadav Drori did not access Spectrum Information in 2009.

**Request for Admission No. 1219**

Admit that Nadav Drori accessed Spectrum Information in 2010.

**Request for Admission No. 1220**

Admit that Nadav Drori did not access Spectrum Information in 2010.

**Request for Admission No. 1221**

Admit that Nadav Drori accessed Spectrum Information in 2011.

**Request for Admission No. 1222**

Admit that Nadav Drori did not access Spectrum Information in 2011.

**Request for Admission No. 1223**

Admit that Nadav Drori accessed Spectrum Information in 2012.

**Request for Admission No. 1224**

Admit that Nadav Drori did not access Spectrum Information in 2012.

**Request for Admission No. 1225**

Admit that Nadav Drori accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1226**

Admit that Nadav Drori did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1227**

Admit that Nadav Drori accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1228**

Admit that Nadav Drori did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1229**

Admit that Nadav Drori accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1230**

Admit that Nadav Drori did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1231**

Admit that Nadav Drori accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1232**

Admit that Nadav Drori did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1233**

Admit that Mark Colananni executed the 2009 Agreement.

**Request for Admission No. 1234**

Admit that Mark Colananni did not execute the 2009 Agreement.

**Request for Admission No. 1235**

Admit that Mark Colananni is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1236**

Admit that Mark Colananni is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1237**

Admit that Mark Colananni accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1238**

Admit that Mark Colananni did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1239**

Admit that Mark Colananni accessed Spectrum Information in 2009.

**Request for Admission No. 1240**

Admit that Mark Colananni did not access Spectrum Information in 2009.

**Request for Admission No. 1241**

Admit that Mark Colananni accessed Spectrum Information in 2010.

**Request for Admission No. 1242**

Admit that Mark Colananni did not access Spectrum Information in 2010.

**Request for Admission No. 1243**

Admit that Mark Colananni accessed Spectrum Information in 2011.

**Request for Admission No. 1244**

Admit that Mark Colananni did not access Spectrum Information in 2011.

**Request for Admission No. 1245**

Admit that Mark Colananni accessed Spectrum Information in 2012.

**Request for Admission No. 1246**

Admit that Mark Colananni did not access Spectrum Information in 2012.

**Request for Admission No. 1247**

Admit that Mark Colananni accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1248**

Admit that Mark Colananni did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1249**

Admit that Mark Colananni accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1250**

Admit that Mark Colananni did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1251**

Admit that Mark Colananni accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1252**

Admit that Mark Colananni did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1253**

Admit that Mark Colananni accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1254**

Admit that Mark Colananni did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1255**

Admit that Jacob Bachar executed the 2009 Agreement.

**Request for Admission No. 1256**

Admit that Jacob Bachar did not execute the 2009 Agreement.

**Request for Admission No. 1257**

Admit that Jacob Bachar is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1258**

Admit that Jacob Bachar is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1259**

Admit that Jacob Bachar accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1260**

Admit that Jacob Bachar did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1261**

Admit that Jacob Bachar accessed Spectrum Information in 2009.

**Request for Admission No. 1262**

Admit that Jacob Bachar did not access Spectrum Information in 2009.

**Request for Admission No. 1263**

Admit that Jacob Bachar accessed Spectrum Information in 2010.

**Request for Admission No. 1264**

Admit that Jacob Bachar did not access Spectrum Information in 2010.

**Request for Admission No. 1265**

Admit that Jacob Bachar accessed Spectrum Information in 2011.

**Request for Admission No. 1266**

Admit that Jacob Bachar did not access Spectrum Information in 2011.

**Request for Admission No. 1267**

Admit that Jacob Bachar accessed Spectrum Information in 2012.

**Request for Admission No. 1268**

Admit that Jacob Bachar did not access Spectrum Information in 2012.

**Request for Admission No. 1269**

Admit that Jacob Bachar accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1270**

Admit that Jacob Bachar did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1271**

Admit that Jacob Bachar accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1272**

Admit that Jacob Bachar did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1273**

Admit that Jacob Bachar accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1274**

Admit that Jacob Bachar did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1275**

Admit that Jacob Bachar accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1276**

Admit that Jacob Bachar did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1277**

Admit that Mark Woods executed the 2009 Agreement.

**Request for Admission No. 1278**

Admit that Mark Woods did not execute the 2009 Agreement.

**Request for Admission No. 1279**

Admit that Mark Woods is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1280**

Admit that Mark Woods is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1281**

Admit that Mark Woods accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1282**

Admit that Mark Woods did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1283**

Admit that Mark Woods accessed Spectrum Information in 2009.

**Request for Admission No. 1284**

Admit that Mark Woods did not access Spectrum Information in 2009.

**Request for Admission No. 1285**

Admit that Mark Woods accessed Spectrum Information in 2010.

**Request for Admission No. 1286**

Admit that Mark Woods did not access Spectrum Information in 2010.

**Request for Admission No. 1287**

Admit that Mark Woods accessed Spectrum Information in 2011.

**Request for Admission No. 1288**

Admit that Mark Woods did not access Spectrum Information in 2011.

**Request for Admission No. 1289**

Admit that Mark Woods accessed Spectrum Information in 2012.

**Request for Admission No. 1290**

Admit that Mark Woods did not access Spectrum Information in 2012.

**Request for Admission No. 1291**

Admit that Mark Woods accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1292**

Admit that Mark Woods did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1293**

Admit that Mark Woods accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1294**

Admit that Mark Woods did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1295**

Admit that Mark Woods accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1296**

Admit that Mark Woods did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1297**

Admit that Mark Woods accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1298**

Admit that Mark Woods did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1299**

Admit that Tom Gentile executed the 2009 Agreement.

**Request for Admission No. 1300**

Admit that Tom Gentile did not execute the 2009 Agreement.

**Request for Admission No. 1301**

Admit that Tom Gentile is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1302**

Admit that Tom Gentile is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1303**

Admit that Tom Gentile accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1304**

Admit that Tom Gentile did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1305**

Admit that Tom Gentile accessed Spectrum Information in 2009.

**Request for Admission No. 1306**

Admit that Tom Gentile did not access Spectrum Information in 2009.

**Request for Admission No. 1307**

Admit that Tom Gentile accessed Spectrum Information in 2010.

**Request for Admission No. 1308**

Admit that Tom Gentile did not access Spectrum Information in 2010.

**Request for Admission No. 1309**

Admit that Tom Gentile accessed Spectrum Information in 2011.

**Request for Admission No. 1310**

Admit that Tom Gentile did not access Spectrum Information in 2011.

**Request for Admission No. 1311**

Admit that Tom Gentile accessed Spectrum Information in 2012.

**Request for Admission No. 1312**

Admit that Tom Gentile did not access Spectrum Information in 2012.

**Request for Admission No. 1313**

Admit that Tom Gentile accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1314**

Admit that Tom Gentile did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1315**

Admit that Tom Gentile accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1316**

Admit that Tom Gentile did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1317**

Admit that Tom Gentile accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1318**

Admit that Tom Gentile did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1319**

Admit that Tom Gentile accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1320**

Admit that Tom Gentile did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1321**

Admit that Matan Beilin executed the 2009 Agreement.

**Request for Admission No. 1322**

Admit that Matan Beilin did not execute the 2009 Agreement.

**Request for Admission No. 1323**

Admit that Matan Beilin is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1324**

Admit that Matan Beilin is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1325**

Admit that Matan Beilin accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1326**

Admit that Matan Beilin did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1327**

Admit that Matan Beilin accessed Spectrum Information in 2009.

**Request for Admission No. 1328**

Admit that Matan Beilin did not access Spectrum Information in 2009.

**Request for Admission No. 1329**

Admit that Matan Beilin accessed Spectrum Information in 2010.

**Request for Admission No. 1330**

Admit that Matan Beilin did not access Spectrum Information in 2010.

**Request for Admission No. 1331**

Admit that Matan Beilin accessed Spectrum Information in 2011.

**Request for Admission No. 1332**

Admit that Matan Beilin did not access Spectrum Information in 2011.

**Request for Admission No. 1333**

Admit that Matan Beilin accessed Spectrum Information in 2012.

**Request for Admission No. 1334**

Admit that Matan Beilin did not access Spectrum Information in 2012.

**Request for Admission No. 1335**

Admit that Matan Beilin accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1336**

Admit that Matan Beilin did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1337**

Admit that Matan Beilin accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1338**

Admit that Matan Beilin did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1339**

Admit that Matan Beilin accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1340**

Admit that Matan Beilin did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1341**

Admit that Matan Beilin accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1342**

Admit that Matan Beilin did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1343**

Admit that Gil Kovalski executed the 2009 Agreement.

**Request for Admission No. 1344**

Admit that Gil Kovalski did not execute the 2009 Agreement.

**Request for Admission No. 1345**

Admit that Gil Kovalski is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1346**

Admit that Gil Kovalski is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1347**

Admit that Gil Kovalski accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1348**

Admit that Gil Kovalski did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1349**

Admit that Gil Kovalski accessed Spectrum Information in 2009.

**Request for Admission No. 1350**

Admit that Gil Kovalski did not access Spectrum Information in 2009.

**Request for Admission No. 1351**

Admit that Gil Kovalski accessed Spectrum Information in 2010.

**Request for Admission No. 1352**

Admit that Gil Kovalski did not access Spectrum Information in 2010.

**Request for Admission No. 1353**

Admit that Gil Kovalski accessed Spectrum Information in 2011.

**Request for Admission No. 1354**

Admit that Gil Kovalski did not access Spectrum Information in 2011.

**Request for Admission No. 1355**

Admit that Gil Kovalski accessed Spectrum Information in 2012.

**Request for Admission No. 1356**

Admit that Gil Kovalski did not access Spectrum Information in 2012.

**Request for Admission No. 1357**

Admit that Gil Kovalski accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1358**

Admit that Gil Kovalski did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1359**

Admit that Gil Kovalski accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1360**

Admit that Gil Kovalski did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1361**

Admit that Gil Kovalski accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1362**

Admit that Gil Kovalski did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1363**

Admit that Gil Kovalski accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1364**

Admit that Gil Kovalski did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1365**

Admit that Jonathan Sachs executed the 2009 Agreement.

**Request for Admission No. 1366**

Admit that Jonathan Sachs did not execute the 2009 Agreement.

**Request for Admission No. 1367**

Admit that Jonathan Sachs is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1368**

Admit that Jonathan Sachs is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1369**

Admit that Jonathan Sachs accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1370**

Admit that Jonathan Sachs did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1371**

Admit that Jonathan Sachs accessed Spectrum Information in 2009.

**Request for Admission No. 1372**

Admit that Jonathan Sachs did not access Spectrum Information in 2009.

**Request for Admission No. 1373**

Admit that Jonathan Sachs accessed Spectrum Information in 2010.

**Request for Admission No. 1374**

Admit that Jonathan Sachs did not access Spectrum Information in 2010.

**Request for Admission No. 1375**

Admit that Jonathan Sachs accessed Spectrum Information in 2011.

**Request for Admission No. 1376**

Admit that Jonathan Sachs did not access Spectrum Information in 2011.

**Request for Admission No. 1377**

Admit that Jonathan Sachs accessed Spectrum Information in 2012.

**Request for Admission No. 1378**

Admit that Jonathan Sachs did not access Spectrum Information in 2012.

**Request for Admission No. 1379**

Admit that Jonathan Sachs accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1380**

Admit that Jonathan Sachs did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1381**

Admit that Jonathan Sachs accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1382**

Admit that Jonathan Sachs did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1383**

Admit that Jonathan Sachs accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1384**

Admit that Jonathan Sachs did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1385**

Admit that Jonathan Sachs accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1386**

Admit that Jonathan Sachs did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1387**

Admit that Yariv Grobshtein executed the 2009 Agreement.

**Request for Admission No. 1388**

Admit that Yariv Grobshtein did not execute the 2009 Agreement.

**Request for Admission No. 1389**

Admit that Yariv Grobshtein is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1390**

Admit that Yariv Grobshtein is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1391**

Admit that Yariv Grobshtein accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1392**

Admit that Yariv Grobshtein did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1393**

Admit that Yariv Grobshtein accessed Spectrum Information in 2009.

**Request for Admission No. 1394**

Admit that Yariv Grobshtein did not access Spectrum Information in 2009.

**Request for Admission No. 1395**

Admit that Yariv Grobshtein accessed Spectrum Information in 2010.

**Request for Admission No. 1396**

Admit that Yariv Grobshtein did not access Spectrum Information in 2010.

**Request for Admission No. 1397**

Admit that Yariv Grobshtein accessed Spectrum Information in 2011.

**Request for Admission No. 1398**

Admit that Yariv Grobshtein did not access Spectrum Information in 2011.

**Request for Admission No. 1399**

Admit that Yariv Grobshtein accessed Spectrum Information in 2012.

**Request for Admission No. 1400**

Admit that Yariv Grobshtein did not access Spectrum Information in 2012.

**Request for Admission No. 1401**

Admit that Yariv Grobshtein accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1402**

Admit that Yariv Grobshtein did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1403**

Admit that Yariv Grobshtein accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1404**

Admit that Yariv Grobshtein did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1405**

Admit that Yariv Grobshtein accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1406**

Admit that Yariv Grobshtein did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1407**

Admit that Yariv Grobshtein accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1408**

Admit that Yariv Grobshtein did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1409**

Admit that Yulim Zingerman executed the 2009 Agreement.

**Request for Admission No. 1410**

Admit that Yulim Zingerman did not execute the 2009 Agreement.

**Request for Admission No. 1411**

Admit that Yulim Zingerman is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1412**

Admit that Yulim Zingerman is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1413**

Admit that Yulim Zingerman accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1414**

Admit that Yulim Zingerman did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1415**

Admit that Yulim Zingerman accessed Spectrum Information in 2009.

**Request for Admission No. 1416**

Admit that Yulim Zingerman did not access Spectrum Information in 2009.

**Request for Admission No. 1417**

Admit that Yulim Zingerman accessed Spectrum Information in 2010.

**Request for Admission No. 1418**

Admit that Yulim Zingerman did not access Spectrum Information in 2010.

**Request for Admission No. 1419**

Admit that Yulim Zingerman accessed Spectrum Information in 2011.

**Request for Admission No. 1420**

Admit that Yulim Zingerman did not access Spectrum Information in 2011.

**Request for Admission No. 1421**

Admit that Yulim Zingerman accessed Spectrum Information in 2012.

**Request for Admission No. 1422**

Admit that Yulim Zingerman did not access Spectrum Information in 2012.

**Request for Admission No. 1423**

Admit that Yulim Zingerman accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1424**

Admit that Yulim Zingerman did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1425**

Admit that Yulim Zingerman accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1426**

Admit that Yulim Zingerman did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1427**

Admit that Yulim Zingerman accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1428**

Admit that Yulim Zingerman did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1429**

Admit that Yulim Zingerman accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1430**

Admit that Yulim Zingerman did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1431**

Admit that Roee Khen executed the 2009 Agreement.

**Request for Admission No. 1432**

Admit that Roee Khen did not execute the 2009 Agreement.

**Request for Admission No. 1433**

Admit that Roee Khen is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1434**

Admit that Roee Khen is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1435**

Admit that Roee Khen accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1436**

Admit that Roee Khen did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1437**

Admit that Roee Khen accessed Spectrum Information in 2009.

**Request for Admission No. 1438**

Admit that Roee Khen did not access Spectrum Information in 2009.

**Request for Admission No. 1439**

Admit that Roee Khen accessed Spectrum Information in 2010.

**Request for Admission No. 1440**

Admit that Roee Khen did not access Spectrum Information in 2010.

118

**Request for Admission No. 1441**

Admit that Roee Khen accessed Spectrum Information in 2011.

**Request for Admission No. 1442**

Admit that Roee Khen did not access Spectrum Information in 2011.

**Request for Admission No. 1443**

Admit that Roee Khen accessed Spectrum Information in 2012.

**Request for Admission No. 1444**

Admit that Roee Khen did not access Spectrum Information in 2012.

**Request for Admission No. 1445**

Admit that Roee Khen accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1446**

Admit that Roee Khen did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1447**

Admit that Roee Khen accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1448**

Admit that Roee Khen did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1449**

Admit that Roee Khen accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1450**

Admit that Roee Khen did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1451**

Admit that Roee Khen accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1452**

Admit that Roee Khen did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1453**

Admit that Shiran Golan executed the 2009 Agreement.

**Request for Admission No. 1454**

Admit that Shiran Golan did not execute the 2009 Agreement.

**Request for Admission No. 1455**

Admit that Shiran Golan is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1456**

Admit that Shiran Golan is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1457**

Admit that Shiran Golan accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1458**

Admit that Shiran Golan did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1459**

Admit that Shiran Golan accessed Spectrum Information in 2009.

**Request for Admission No. 1460**

Admit that Shiran Golan did not access Spectrum Information in 2009.

**Request for Admission No. 1461**

Admit that Shiran Golan accessed Spectrum Information in 2010.

**Request for Admission No. 1462**

Admit that Shiran Golan did not access Spectrum Information in 2010.

**Request for Admission No. 1463**

Admit that Shiran Golan accessed Spectrum Information in 2011.

**Request for Admission No. 1464**

Admit that Shiran Golan did not access Spectrum Information in 2011.

**Request for Admission No. 1465**

Admit that Shiran Golan accessed Spectrum Information in 2012.

**Request for Admission No. 1466**

Admit that Shiran Golan did not access Spectrum Information in 2012.

**Request for Admission No. 1467**

Admit that Shiran Golan accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1468**

Admit that Shiran Golan did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1469**

Admit that Shiran Golan accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1470**

Admit that Shiran Golan did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1471**

Admit that Shiran Golan accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1472**

Admit that Shiran Golan did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1473**

Admit that Shiran Golan accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1474**

Admit that Shiran Golan did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1475**

Admit that Michael Kogan executed the 2009 Agreement.

**Request for Admission No. 1476**

Admit that Michael Kogan did not execute the 2009 Agreement.

**Request for Admission No. 1477**

Admit that Michael Kogan is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1478**

Admit that Michael Kogan is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1479**

Admit that Michael Kogan accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1480**

Admit that Michael Kogan did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1481**

Admit that Michael Kogan accessed Spectrum Information in 2009.

**Request for Admission No. 1482**

Admit that Michael Kogan did not access Spectrum Information in 2009.

**Request for Admission No. 1483**

Admit that Michael Kogan accessed Spectrum Information in 2010.

**Request for Admission No. 1484**

Admit that Michael Kogan did not access Spectrum Information in 2010.

**Request for Admission No. 1485**

Admit that Michael Kogan accessed Spectrum Information in 2011.

**Request for Admission No. 1486**

Admit that Michael Kogan did not access Spectrum Information in 2011.

**Request for Admission No. 1487**

Admit that Michael Kogan accessed Spectrum Information in 2012.

**Request for Admission No. 1488**

Admit that Michael Kogan did not access Spectrum Information in 2012.

**Request for Admission No. 1489**

Admit that Michael Kogan accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1490**

Admit that Michael Kogan did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1491**

Admit that Michael Kogan accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1492**

Admit that Michael Kogan did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1493**

Admit that Michael Kogan accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1494**

Admit that Michael Kogan did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1495**

Admit that Michael Kogan accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1496**

Admit that Michael Kogan did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1497**

Admit that Michael Gaisinsky executed the 2009 Agreement.

**Request for Admission No. 1498**

Admit that Michael Gaisinsky did not execute the 2009 Agreement.

**Request for Admission No. 1499**

Admit that Michael Gaisinsky is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1500**

Admit that Michael Gaisinsky is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1501**

Admit that Michael Gaisinsky accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1502**

Admit that Michael Gaisinsky did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1503**

Admit that Michael Gaisinsky accessed Spectrum Information in 2009.

**Request for Admission No. 1504**

Admit that Michael Gaisinsky did not access Spectrum Information in 2009.

**Request for Admission No. 1505**

Admit that Michael Gaisinsky accessed Spectrum Information in 2010.

**Request for Admission No. 1506**

Admit that Michael Gaisinsky did not access Spectrum Information in 2010.

**Request for Admission No. 1507**

Admit that Michael Gaisinsky accessed Spectrum Information in 2011.

**Request for Admission No. 1508**

Admit that Michael Gaisinsky did not access Spectrum Information in 2011.

**Request for Admission No. 1509**

Admit that Michael Gaisinsky accessed Spectrum Information in 2012.

**Request for Admission No. 1510**

Admit that Michael Gaisinsky did not access Spectrum Information in 2012.

**Request for Admission No. 1511**

Admit that Michael Gaisinsky accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1512**

Admit that Michael Gaisinsky did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1513**

Admit that Michael Gaisinsky accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1514**

Admit that Michael Gaisinsky did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1515**

Admit that Michael Gaisinsky accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1516**

Admit that Michael Gaisinsky did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1517**

Admit that Michael Gaisinsky accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1518**

Admit that Michael Gaisinsky did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1519**

Admit that Arie Shahar executed the 2009 Agreement.

**Request for Admission No. 1520**

Admit that Arie Shahar did not execute the 2009 Agreement.

**Request for Admission No. 1521**

Admit that Arie Shahar is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1522**

Admit that Arie Shahar is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1523**

Admit that Arie Shahar accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1524**

Admit that Arie Shahar did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1525**

Admit that Arie Shahar accessed Spectrum Information in 2009.

**Request for Admission No. 1526**

Admit that Arie Shahar did not access Spectrum Information in 2009.

**Request for Admission No. 1527**

Admit that Arie Shahar accessed Spectrum Information in 2010.

**Request for Admission No. 1528**

Admit that Arie Shahar did not access Spectrum Information in 2010.

**Request for Admission No. 1529**

Admit that Arie Shahar accessed Spectrum Information in 2011.

**Request for Admission No. 1530**

Admit that Arie Shahar did not access Spectrum Information in 2011.

**Request for Admission No. 1531**

Admit that Arie Shahar accessed Spectrum Information in 2012.

**Request for Admission No. 1532**

Admit that Arie Shahar did not access Spectrum Information in 2012.

**Request for Admission No. 1533**

Admit that Arie Shahar accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1534**

Admit that Arie Shahar did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1535**

Admit that Arie Shahar accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1536**

Admit that Arie Shahar did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1537**

Admit that Arie Shahar accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1538**

Admit that Arie Shahar did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1539**

Admit that Arie Shahar accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1540**

Admit that Arie Shahar did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1541**

Admit that Nati Herman executed the 2009 Agreement.

**Request for Admission No. 1542**

Admit that Nati Herman did not execute the 2009 Agreement.

**Request for Admission No. 1543**

Admit that Nati Herman is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1544**

Admit that Nati Herman is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1545**

Admit that Nati Herman accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1546**

Admit that Nati Herman did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1547**

Admit that Nati Herman accessed Spectrum Information in 2009.

**Request for Admission No. 1548**

Admit that Nati Herman did not access Spectrum Information in 2009.

**Request for Admission No. 1549**

Admit that Nati Herman accessed Spectrum Information in 2010.

**Request for Admission No. 1550**

Admit that Nati Herman did not access Spectrum Information in 2010.

**Request for Admission No. 1551**

Admit that Nati Herman accessed Spectrum Information in 2011.

**Request for Admission No. 1552**

Admit that Nati Herman did not access Spectrum Information in 2011.

**Request for Admission No. 1553**

Admit that Nati Herman accessed Spectrum Information in 2012.

**Request for Admission No. 1554**

Admit that Nati Herman did not access Spectrum Information in 2012.

**Request for Admission No. 1555**

Admit that Nati Herman accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1556**

Admit that Nati Herman did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1557**

Admit that Nati Herman accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1558**

Admit that Nati Herman did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1559**

Admit that Nati Herman accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1560**

Admit that Nati Herman did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1561**

Admit that Nati Herman accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1562**

Admit that Nati Herman did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1563**

Admit that Jiang Hsieh executed the 2009 Agreement.

**Request for Admission No. 1564**

Admit that Jiang Hsieh did not execute the 2009 Agreement.

**Request for Admission No. 1565**

Admit that Jiang Hsieh is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1566**

Admit that Jiang Hsieh is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1567**

Admit that Jiang Hsieh accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1568**

Admit that Jiang Hsieh did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1569**

Admit that Jiang Hsieh accessed Spectrum Information in 2009.

**Request for Admission No. 1570**

Admit that Jiang Hsieh did not access Spectrum Information in 2009.

**Request for Admission No. 1571**

Admit that Jiang Hsieh accessed Spectrum Information in 2010.

**Request for Admission No. 1572**

Admit that Jiang Hsieh did not access Spectrum Information in 2010.

**Request for Admission No. 1573**

Admit that Jiang Hsieh accessed Spectrum Information in 2011.

**Request for Admission No. 1574**

Admit that Jiang Hsieh did not access Spectrum Information in 2011.

**Request for Admission No. 1575**

Admit that Jiang Hsieh accessed Spectrum Information in 2012.

**Request for Admission No. 1576**

Admit that Jiang Hsieh did not access Spectrum Information in 2012.

**Request for Admission No. 1577**

Admit that Jiang Hsieh accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1578**

Admit that Jiang Hsieh did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1579**

Admit that Jiang Hsieh accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1580**

Admit that Jiang Hsieh did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1581**

Admit that Jiang Hsieh accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1582**

Admit that Jiang Hsieh did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1583**

Admit that Jiang Hsieh accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1584**

Admit that Jiang Hsieh did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1585**

Admit that Moshe Levy executed the 2009 Agreement.

**Request for Admission No. 1586**

Admit that Moshe Levy did not execute the 2009 Agreement.

**Request for Admission No. 1587**

Admit that Moshe Levy is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1588**

Admit that Moshe Levy is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1589**

Admit that Moshe Levy accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1590**

Admit that Moshe Levy did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1591**

Admit that Moshe Levy accessed Spectrum Information in 2009.

**Request for Admission No. 1592**

Admit that Moshe Levy did not access Spectrum Information in 2009.

**Request for Admission No. 1593**

Admit that Moshe Levy accessed Spectrum Information in 2010.

**Request for Admission No. 1594**

Admit that Moshe Levy did not access Spectrum Information in 2010.

**Request for Admission No. 1595**

Admit that Moshe Levy accessed Spectrum Information in 2011.

**Request for Admission No. 1596**

Admit that Moshe Levy did not access Spectrum Information in 2011.

**Request for Admission No. 1597**

Admit that Moshe Levy accessed Spectrum Information in 2012.

**Request for Admission No. 1598**

Admit that Moshe Levy did not access Spectrum Information in 2012.

**Request for Admission No. 1599**

Admit that Moshe Levy accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1600**

Admit that Moshe Levy did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1601**

Admit that Moshe Levy accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1602**

Admit that Moshe Levy did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1603**

Admit that Moshe Levy accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1604**

Admit that Moshe Levy did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1605**

Admit that Moshe Levy accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1606**

Admit that Moshe Levy did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1607**

Admit that Gil Amisar executed the 2009 Agreement.

**Request for Admission No. 1608**

Admit that Gil Amisar did not execute the 2009 Agreement.

**Request for Admission No. 1609**

Admit that Gil Amisar is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1610**

Admit that Gil Amisar is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1611**

Admit that Gil Amisar accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1612**

Admit that Gil Amisar did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1613**

Admit that Gil Amisar accessed Spectrum Information in 2009.

**Request for Admission No. 1614**

Admit that Gil Amisar did not access Spectrum Information in 2009.

**Request for Admission No. 1615**

Admit that Gil Amisar accessed Spectrum Information in 2010.

**Request for Admission No. 1616**

Admit that Gil Amisar did not access Spectrum Information in 2010.

**Request for Admission No. 1617**

Admit that Gil Amisar accessed Spectrum Information in 2011.

**Request for Admission No. 1618**

Admit that Gil Amisar did not access Spectrum Information in 2011.

**Request for Admission No. 1619**

Admit that Gil Amisar accessed Spectrum Information in 2012.

**Request for Admission No. 1620**

Admit that Gil Amisar did not access Spectrum Information in 2012.

**Request for Admission No. 1621**

Admit that Gil Amisar accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1622**

Admit that Gil Amisar did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1623**

Admit that Gil Amisar accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1624**

Admit that Gil Amisar did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1625**

Admit that Gil Amisar accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1626**

Admit that Gil Amisar did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1627**

Admit that Gil Amisar accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1628**

Admit that Gil Amisar did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1629**

Admit that Michal Merman executed the 2009 Agreement.

**Request for Admission No. 1630**

Admit that Michal Merman did not execute the 2009 Agreement.

**Request for Admission No. 1631**

Admit that Michal Merman is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1632**

Admit that Michal Merman is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1633**

Admit that Michal Merman accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1634**

Admit that Michal Merman did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1635**

Admit that Michal Merman accessed Spectrum Information in 2009.

**<u>Request for Admission No. 1636</u>**

Admit that Michal Merman did not access Spectrum Information in 2009.

**<u>Request for Admission No. 1637</u>**

Admit that Michal Merman accessed Spectrum Information in 2010.

**<u>Request for Admission No. 1638</u>**

Admit that Michal Merman did not access Spectrum Information in 2010.

**<u>Request for Admission No. 1639</u>**

Admit that Michal Merman accessed Spectrum Information in 2011.

**<u>Request for Admission No. 1640</u>**

Admit that Michal Merman did not access Spectrum Information in 2011.

**<u>Request for Admission No. 1641</u>**

Admit that Michal Merman accessed Spectrum Information in 2012.

**<u>Request for Admission No. 1642</u>**

Admit that Michal Merman did not access Spectrum Information in 2012.

**<u>Request for Admission No. 1643</u>**

Admit that Michal Merman accessed the Spectrum Data Room in 2009.

**<u>Request for Admission No. 1644</u>**

Admit that Michal Merman did not access the Spectrum Data Room in 2009.

**<u>Request for Admission No. 1645</u>**

Admit that Michal Merman accessed the Spectrum Data Room in 2010.

**<u>Request for Admission No. 1646</u>**

Admit that Michal Merman did not access the Spectrum Data Room in 2010.

**<u>Request for Admission No. 1647</u>**

Admit that Michal Merman accessed the Spectrum Data Room in 2011.

**<u>Request for Admission No. 1648</u>**

Admit that Michal Merman did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1649**

Admit that Michal Merman accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1650**

Admit that Michal Merman did not access the Spectrum Data Room in 2012.

**Request for Admission No. 1651**

Admit that Avi Bar-Shalev executed the 2009 Agreement.

**Request for Admission No. 1652**

Admit that Avi Bar-Shalev did not execute the 2009 Agreement.

**Request for Admission No. 1653**

Admit that Avi Bar-Shalev is subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1654**

Admit that Avi Bar-Shalev is not subject to the terms, including confidentiality obligations, of the 2009 Agreement.

**Request for Admission No. 1655**

Admit that Avi Bar-Shalev accessed Spectrum Information before January 1, 2009.

**Request for Admission No. 1656**

Admit that Avi Bar-Shalev did not access Spectrum Information before January 1, 2009.

**Request for Admission No. 1657**

Admit that Avi Bar-Shalev accessed Spectrum Information in 2009.

**Request for Admission No. 1658**

Admit that Avi Bar-Shalev did not access Spectrum Information in 2009.

**Request for Admission No. 1659**

Admit that Avi Bar-Shalev accessed Spectrum Information in 2010.

**Request for Admission No. 1660**

Admit that Avi Bar-Shalev did not access Spectrum Information in 2010.

**Request for Admission No. 1661**

Admit that Avi Bar-Shalev accessed Spectrum Information in 2011.

**Request for Admission No. 1662**

Admit that Avi Bar-Shalev did not access Spectrum Information in 2011.

**Request for Admission No. 1663**

Admit that Avi Bar-Shalev accessed Spectrum Information in 2012.

**Request for Admission No. 1664**

Admit that Avi Bar-Shalev did not access Spectrum Information in 2012.

**Request for Admission No. 1665**

Admit that Avi Bar-Shalev accessed the Spectrum Data Room in 2009.

**Request for Admission No. 1666**

Admit that Avi Bar-Shalev did not access the Spectrum Data Room in 2009.

**Request for Admission No. 1667**

Admit that Avi Bar-Shalev accessed the Spectrum Data Room in 2010.

**Request for Admission No. 1668**

Admit that Avi Bar-Shalev did not access the Spectrum Data Room in 2010.

**Request for Admission No. 1669**

Admit that Avi Bar-Shalev accessed the Spectrum Data Room in 2011.

**Request for Admission No. 1670**

Admit that Avi Bar-Shalev did not access the Spectrum Data Room in 2011.

**Request for Admission No. 1671**

Admit that Avi Bar-Shalev accessed the Spectrum Data Room in 2012.

**Request for Admission No. 1672**

Admit that Avi Bar-Shalev did not access the Spectrum Data Room in 2012.

Dated:  January 28, 2021                    GREENBLUM & BERNSTEIN, P.L.C.

                                            /s/ Neil F. Greenblum
                                            Neil F. Greenblum, Esq.
                                            P. Branko Pejic, Esq.
                                            Jill M. Browning, Esq.
                                            Jeffrey H. Handelsman, Esq.
                                            GREENBLUM & BERNSTEIN, P.L.C.
                                            1950 Roland Clarke Place
                                            Reston, Virginia 20191
                                            (703) 716-1191
                                            ngreenblum@gbpatent.com
                                            bpejic@gbpatent.com
                                            jhandelsman@gbpatent.com

                                            Gregory D. Miller, Esq.
                                            RIVKIN RADLER LLP
                                            25 Main Street, Suite 501
                                            Court Plaza North
                                            Hackensack, NJ 07601-7082
                                            (201) 287-2460
                                            Gregory.Miller@rivkin.com

                                            *Attorneys for Spectrum Dynamics Medical Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the "PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-1672) TO DEFENDANTS GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., AND GE MEDICAL SYSTEMS ISRAEL LTD." were served today by electronic mail upon the following:

>Marla R. Butler
>Carl Wesolowski
>Lauren Hogan
>Two Alliance Center
>3560 Lenox Road NE, Suite 1600
>Atlanta, Georgia 30326
>Marla.Butler@ThompsonHine.com
>Carl.Wesolowski@ThompsonHine.com
>Lauren.Hogan@ThompsonHine.com

>Jesse Jenike-Godshalk
>312 walnut Street, Suite 1400
>Cincinnati, Ohio 45202
>Jesse.Godshalk@ThompsonHine.com

>Brian Lanciault
>335 Madison Avenue, 12th Floor
>New York, New York 10017
>Brian.Lanciault@ThompsonHine.com

>Jeffrey Metzcar
>Discovery Place
>10050 Innovation Drive
>Miamisburg, Ohio  45342
>Jeff.Metzcar@ThompsonHine.com

>*Attorneys for Defendants*

Dated:  January 28, 2021          /s/ *Neil F. Greenblum*
                                  Neil F. Greenblum, Esq.