

THOMPSON HINE — ATLANTA   CINCINNATI   COLUMBUS   NEW YORK   CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

March 2, 2021

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 3/8/2021

VIA ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
    Case No.: 18-cv-11386 (VSB)

Dear Judge Broderick:

On behalf of the parties in the above-caption matter, we write pursuant to Federal Rule of Civil Procedure 5.2(e), Your Honor's Individual Rule of Practice iii(b), and the parties' Stipulated Confidentiality and Protective Order (the "Protective Order") (Doc. 156), and in accordance with Standing Order 19-MC-583 and Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions to request that Exhibits B and C to the Joint Disputed Claim Terms Chart filed March 2, 2021 be filed under seal.

The presumption of public access to judicial documents can be overcome if countervailing factors warrant confidentiality. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006); *see also Nixon v. Warner Commc'ns Inc.*, 435 U.S. 589, 598 (1978). Sealing of records may be justified to preserve "higher values," including the need to protect an entity from competitive injury. *Lugosch*, 435 F.3d at 124; *see also Tropical Sails Corp. v. Yext, Inc.*, No. 14-cv-7582, 2016 U.S. Dist. LEXIS 49029, at *10-11 (S.D.N.Y. Apr. 12) (risk of "competitive injury is sufficiently serious to warrant protection" of proprietary business information). Consistent with this, courts routinely permit sealing and redaction of competitively sensitive proprietary business information. *See, e.g., Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015); *Encyclopedia Brown Prods., Ltd. v. Home Box Office. Inc.*, 26 F. Supp. 2d 606, 614 (S.D.N.Y. 1998); *see also Nixon*, 435 U.S. at 598 (recognizing need to seal information that might "harm a litigant's competitive standing").

Here, Exhibits B and C contain Plaintiff's alleged trade secret information, which Plaintiff has designated as "Highly Confidential – Attorneys' Eyes Only" information under the Protective Order. This is the sort of sensitive information that courts consistently protect from disclosure. *See, e.g., Ferring B.V. v. Allergan, Inc.*, No. 12-cv-2650, 2017 U.S. Dist. LEXIS 150239, at *16 (S.D.N.Y. Sep. 7) (granting motion to seal documents containing proprietary information related to product development); *Encyclopedia Brown*, 26 F. Supp. 2d at 612 (sealing documents reflecting sensitive trade secret information).

Marla.Butler@ThompsonHine.com  Fax: 404.541.2905  Phone: 404.407.3680

THOMPSON HINE LLP        Two Alliance Center                www.ThompsonHine.com
ATTORNEYS AT LAW         3560 Lenox Road, Suite 1600        Phone: 404.541.2900
                         Atlanta, Georgia 30326-4266        Fax: 404.541.2905



Page 2

This request is narrowly tailored to preserve Plaintiff's designation of its alleged trade secrets as highly confidential information and does not deprive the public of access to critical information.

Very truly yours,

/s/ *Marla R. Butler*
THOMPSON HINE LLP
Marla R. Butler
Carl Wesolowski (*pro hac vice*)
Lauren Hogan (*pro hac vice*)
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com
Carl.Wesolowski@ThompsonHine.com
Lauren.Hogan@ThompsonHine.com

Brian Lanciault
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

*Attorneys for Defendants*
*General Electric Company, GE Healthcare, Inc., GE Medical Systems Israel Ltd., Jean-Paul Bouhnik, Sergio Steinfeld, Arie Escho, and Nathan Hermony and for Non-Party Yaron Hefetz*

cc: All Counsel of Record via ECF