**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>                              Plaintiff,<br><br>          v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., GE MEDICAL SYSTEMS ISRAEL LTD., JEAN-PAUL BOUHNIK, SERGIO STEINFELD, ARIE ESCHO, and NATHAN HERMONY,<br><br>                              Defendants. | Case No.: 18-cv-11386 (VSB) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The undersigned counsel for Defendant-Counterclaim Plaintiff General Electric Company ("GE") and Plaintiff-Counterclaim Defendant Spectrum Dynamics Medical Limited ("Spectrum"), hereby stipulate and agree that GE's counterclaim denoted "Count II – Infringement of U.S. Patent No. 9,402,595" (Dkt. No. 81) in the above-captioned matter is dismissed without prejudice, without costs, and without attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties acknowledge their obligations pursuant to Federal Rule of Civil Procedure 26(e).

This Stipulation may be executed in counterparts, and an electronic (e.g., pdf) copy of this Stipulation as executed shall have the same binding effect as an original thereof.

[SIGNATURES ON FOLLOWING PAGE]

Dated: March 23, 2021

/s/ *P. Branko Pejic*
Neil Greenblum (*pro hac vice*)
P. Branko Pejic (*pro hac vice*)
Jeffrey Handelsman (*pro hac vice*)
Jill M. Browning (*pro hac vice*)
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
Phone: (703) 716-1191
Fax: (703) 716-1180
ngreenblum@gbpatent.com
bpejic@gbpatent.com
jhandelsman@gbpatent.com
jbrowning@gbpatent.com

Gregory D. Miller, Esq.
RIVKIN RADLER LLP
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601-7082
(201) 287-2460
Gregory.Miller@rivkin.com

*Attorneys for Plaintiff-Counterclaim Defendant Spectrum Dynamics Medical Limited*

Dated: March 23, 2021

/s/ *Marla R. Butler*
Marla R. Butler
Carl Wesolowski (*pro hac vice*)
Lauren Hogan (*pro hac vice*)

THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com
Carl.Wesolowski@ThompsonHine.com
Lauren.Hogan@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

Brian Lanciault
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

*Attorneys for Defendant-Counterclaim Plaintiff General Electric Company, for Defendants GE Healthcare, Inc., GE Medical Systems Israel Ltd., Jean-Paul Bouhnik, Sergio Steinfeld, Arie Escho, and Nathan Hermony and for Non-Party Yaron Hefetz*