LAW OFFICES

## GREENBLUM & BERNSTEIN, P.L.C.

PATENT, COPYRIGHT AND TRADEMARK MATTERS

1950 ROLAND CLARKE PLACE

RESTON, VA 20191-1411

TEL: (703) 716-1191

FAX: (703) 716-1180

EMAIL: gbpatent@gbpatent.com

www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK △
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
JAMES A. DONEGAN ☐
CHRISTIAN MANNINO *
DANIELLE C. PFIFFERLING

—————

* ADMITTED TO A BAR
   OTHER THAN VA
☐ REGISTERED PATENT AGENT
◊ OF COUNSEL
△ SENIOR COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2021

April 21, 2021

> In light of the jointly filed Agenda Letter recently received by the Court, Plaintiff's application is DENIED as moot.

**SO ORDERED:**

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**04/21/2021**

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:     *Spectrum Dynamics Medical Limited v. GE;* **Case No.: 18-cv-11386 (VSB)**

Dear Magistrate Judge Parker:

We represent Plaintiff Spectrum Dynamics Medical Limited ("Spectrum") in the above-referenced action, and we write pursuant to Rule I.a of Your Honor's Individual Rules of Practice in Civil Cases ("Rules") to request a one day extension, until April 22, to file the Agenda Letter currently due today, April 21.  [D.I. 147].  Spectrum apologizes for the late notice, but we only learned yesterday evening that counsel's computer servers will be going down for maintenance this afternoon between 4 and 5 pm, and will be down for a few hours; this schedule was based upon hardware and vendor availability and is outside of counsel's control.  Upon receiving this information, Spectrum promptly asked Defendants if they would consent to the one day extension, and received Defendants' objection at approximately 10 pm last night.

Spectrum will work with Defendants to complete the Agenda Letter before the server outage, and only writes out of an abundance of caution as (i) the parties have not yet completed and filed an Agenda Letter before 5 pm, and (ii) Defendants this morning provided amended sections to their portion of the draft letter provided yesterday, requiring Spectrum to draft and discuss internally an additional response.

Spectrum again apologizes for the late notice, and asks Your Honor's indulgence of an additional day, until April 22, to submit the Agenda Letter.

Hon. Katharine H. Parker                April 21, 2021                                 Page -2-

Respectfully submitted,

*/P. Branko Pejic/*

P. Branko Pejic

cc:      All counsel of record (via ECF)

5237166.v1