LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

HARRY J. GWINNELL◊
JEFFREY H. HANDELSMAN *
KENNETH H. SALEN ◊
SOK K. HONG ◊
TAI KONDO
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
JAMES A. DONEGAN
CHRISTIAN MANNINO *
DANIELLE C. PFIFFERLING
_____

* ADMITTED TO A BAR
  OTHER THAN VA
  REGISTERED PATENT AGENT
◊ OF COUNSEL
∆ SENIOR COUNSEL

May 10, 2021

<u>VIA ECF and E-Mail</u>

The Honorable Vernon S. Broderick
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 5/11/2021

      Re:    *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
              Civil Action No. 18-cv-11386 (VSB)

Dear Judge Broderick:

      We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. On behalf of Plaintiff, we write pursuant to Rule 5.B of your Honor's Individual Rules & Practices in Civil Cases to respectfully request permission to file Plaintiff Spectrum Dynamics Medical Limited's Memorandum Of Law In Support Of Its Claim Construction Brief Responding To Defendant GE's Opening Claim Construction Brief [D.I. 224] ("Spectrum Claim Construction Brief"), Exhibits 2-3 to the accompanying Declaration of P. Branko Pejic, and Exhibits C & F of the accompanying Declaration of Dan Inbar under seal and in redacted form.

      Plaintiff requests redactions are limited to information designated as "Highly Confidential – Attorneys' Eyes Only" by the respective parties under the Stipulated Confidentiality and Protective Order [D.I. 156]. Additionally, Plaintiff requests leave to file Exhibits 2-3 of the Declaration of P. Branko Pejic, and Exhibits C & F of the Declaration of Dan Inbar under seal in their entirely because the Exhibits contain information designated as "Highly

Confidential – Attorneys' Eyes Only" by the respective parties under the Stipulated Confidentiality and Protective Order [D.I. 156].

     Plaintiff's counsel has conferred with Defendants' counsel who does not object to Plaintiff filing under seal relevant information relating to Spectrum's Invalidity Contentions or Defendants' Highly Confidential Information.

     For the aforementioned reasons, Plaintiff respectfully requests permission from this Court to file Spectrum Claim Construction Brief, Exhibits 2-3 to the Declaration of P. Branko Pejic, and Exhibits C & F to the Declaration of Dan Inbar under seal and in redacted form.

Respectfully submitted,

*/s/ Neil F. Greenblum*

Neil F. Greenblum

cc:    All counsel of record (via email and ECF)