LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

HARRY J. GWINNELL ◊
JEFFREY H. HANDELSMAN *
KENNETH H. SALEN ◊
SOK K. HONG ◊
TAI KONDO □
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
JAMES A. DONEGAN □
DANIELLE C. PFIFFERLING

\* ADMITTED TO A BAR
  OTHER THAN VA
□ REGISTERED PATENT AGENT
◊ OF COUNSEL
∆ SENIOR COUNSEL

June 23, 2021

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/24/2021

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
6/24/2021

<u>VIA ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, New York 10007

         **Re:** *Spectrum Dynamics Medical Limited v. GE*; Case No.: 18-cv-11386 (VSB)

Dear Magistrate Judge Parker:

      We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. On behalf of Plaintiff, we write pursuant to Rule III(d) of your Honor's Individual Practices in Civil Cases to respectfully request permission to file under seal the Parties' Joint Agenda Letter and Exhibits A-G, filed today, June 23, 2021.

      <u>Plaintiff requests leave to file the Joint Agenda Letter and Exhibits A-G under seal because the documents contains information designated as "Highly Confidential – Attorneys' Eyes Only" by the respective parties under the Stipulated Confidentiality and Protective Order [D.I. 156].</u>

                                          Respectfully submitted,

                                          */Neil F. Greenblum/*

                                          Neil F. Greenblum

cc:    All counsel of record (via ECF)

{J734902 04849415.DOCX}