USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

          Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

          Defendants.

**ORDER CONVERTING CASE MANAGEMENT CONFERENCES TO IN-PERSON PROCEEDINGS**

18-CV-11386 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Following previously scheduled video Case Management conferences in this matter are hereby converted to in person proceedings and will be in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. **The parties are directed to file a proposed agenda one week before each of the conferences commencing with August 19, 2021.**

    **Thursday, August 19, 2021 at 10:00 a.m.**

    **Thursday, September 9, 2021 at 10:00 a.m.**

    **Thursday, October 21, 2021 at 10:00 a.m.**

    **Thursday, November 18, 2021 at 10:00 a.m.**

    **Thursday, December 16, 2021 at 10:00 a.m.**

    **SO ORDERED.**

Dated: June 28, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge