UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                  Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                  Defendants.

ORDER

18-CV-11386 (VSB)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      A telephonic Case Management conference in this matter was held on June 30, 2021 at 10:00 a.m. Following that discussion, the Court hereby orders the following:

- Plaintiff is ordered to produce the Opinion from the Swiss arbitration proceeding to the Defendants within one week after receiving it;

- The parties shall schedule up to 10 depositions sought by Plaintiff and the depositions sought by Defendant. The depositions shall commence in August of 2021. Additionally, the parties are required to exchange deposition 30(b)(6) topics by July 14, 2021.

- The parties shall meet and confer regarding the additional witnesses Plaintiff seeks to depose, the location of the depositions (in person or virtual) and the time needed for various witnesses and be prepared to discuss outstanding issues at the next conference.

- To the extent the parties wish to consent to the undersigned to decide the motion pending at ECF No. 107, they should complete and sign the consent form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge by July 7, 2021.

- The conference on **Thursday, August 19, 2021 at 10:00 a.m.** will be in person. The proceeding will be in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the

Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.  The parties are directed to file a proposed agenda one week before the conference.

**SO ORDERED.**

Dated: July 1, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge