```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SPECTRUM DYNAMICS MEDICAL                                   :
LIMITED,                                                    :
                                                            :
                                    Plaintiff,              :      18-cv-11386 (VSB)(KHP)
                                                            :
                    -against-                               :             ORDER
                                                            :
GENERAL ELECTRIC COMPANY et al.,                            :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' various filings related to the upcoming *Markman* hearing in the above-captioned case. It is hereby:

ORDERED that the *Markman* hearing in this case will be held at 2 PM on August 25, 2021, via videoconference. The parties are directed to submit the names and email addresses for the individuals who intend to attend the hearing on or before August 22, 2021.

IT IS FURTHER ORDERED that while there will be no live testimony at the *Markman* hearing, the parties are permitted to submit expert declarations related to the meaning of disputed claim terms in advance of the hearing. Any such declarations should be submitted on or before August 16, 2021.

IT IS FURTHER ORDERED that Plaintiff's request to hold a technology tutorial on the day of the *Markman* hearing is DENIED at this time. If the parties agree on such a presentation between now and the *Markman* hearing, they may submit a joint request for my review.

SO ORDERED.

Dated: July 1, 2021
      New York, New York

                                         Vernon S. Broderick
                                         United States District Judge