```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
SPECTRUM DYNAMICS MEDICAL :
LIMITED, :
 :
                      Plaintiff, :    18-cv-11386 (VSB)(KHP)
 :
           -against- :    **ORDER**
 :
GENERAL ELECTRIC COMPANY et al., :
 :
                    Defendants. :
 :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's request for leave to file a memorandum of law in support of its upcoming preliminary injunction motion in excess of the page limits provided for in my Individual Rules, as well as four affidavits that exceed those page limits, filed on July 20, 2021. (Doc. 302.) This letter motion does not indicate Defendants' position on the request. Accordingly, it is hereby:

      ORDERED that Defendants are directed to submit a filing indicating their position on Plaintiff's motion on or before July 26, 2021.

      SO ORDERED.

Dated: July 21, 2021
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge