```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL
LIMITED,

                     Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                     Defendants.

<u>ORDER</u>

18-CV-11386 (VSB)(KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      Pursuant to Defendant's request to claw-back documents that were inadvertently produced, the Defendants are hereby ordered to provide certified translations of the notes that are the subject of this request (i.e., Hefetz notes on pages GE_SDM_00135814-15, GE_SDM_00135823, GE_SDM_00135830-31, and GE_SDM_0013583), that appear to be in Hebrew.  The translations should be submitted to the Court in camera by email to the Chambers email address by Friday, July 30, 2021.

      **SO ORDERED.**

Dated:   July 21, 2021
            New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge