UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>        Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., GE MEDICAL SYSTEMS ISRAEL LTD., JEAN-PAUL BOUHNIK, SERGIO STEINFELD, ARIE ESCHO, NATHAN HERMONY, and YARON HEFETZ,<br><br>        Defendants. | Case No.: 18-cv-11386 (VSB)<br><br>**RULE 7.1 STATEMENT** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Plaintiff Spectrum Dynamics Medical Limited (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, but are not publicly held.

  Spectrum Dynamics Medical Group Limited is the parent company of Spectrum Dynamics Medical Limited.

  As of the date of this filing, no public corporation or publicly held corporation owns 10% or more of Spectrum Dynamics Medical Limited.

Dated:  July 27, 2021       GREENBLUM & BERNSTEIN, P.L.C.

               /s/ *P. Branko Pejic*
               Neil F. Greenblum, Esq.
               P. Branko Pejic, Esq.
               Jeffrey H. Handelsman, Esq.
               Jill M. Browning, Esq.
               Danielle C. Pfifferling, Esq.

GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191
ngreenblum@gbpatent.com
bpejic@gbpatent.com
jhandelsman@gbpatent.com
jbrowning@gbpatent.com
dpfifferling@gbpatent.com

Gregory D. Miller, Esq.
RIVKIN RADLER LLP
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ  07601-7082
(201) 287-2474
Gregory.Miller@rivkin.com

{J734902 04886949}

2