```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                   Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                  Defendants.

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

18-CV-11386 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conference in this matter scheduled for **Thursday, August 19, 2021, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

Dated:  August 10, 2021
           New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge