LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

SUE B. HONG ◊
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *

DANIELLE C. PFIFFERLING

* ADMITTED TO A BAR OTHER THAN VA
□ REGISTERED PATENT AGENT
◊ OF COUNSEL
∆ SENIOR COUNSEL

August 11, 2021

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J.
08/11/2021

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:    S*pectrum Dynamics Medical Limited v. GE et al.;* No.: 18-cv-11386 (VSB)

Dear Magistrate Judge Parker:

We write on behalf of Plaintiff Spectrum Dynamics Medical Limited ("Spectrum") and Defendants General Electric *et al.* in connection with the parties' Joint Agenda Letter that is due tomorrow, August 12, 2021, in accordance with [D.I. 290].

The parties request Your Honor extend the due date for the Joint Agenda Letter until Tuesday, August 17, 2021, in order to permit the parties to address issues that might impact scheduling, and particularly, scheduling of depositions. Judge Broderick granted Spectrum's requests to file a motion for preliminary injunction and to exceed page limits and also directed the parties to (i) meet and confer to discuss a briefing and discovery schedule as well as any impact to the current Scheduling Order and (ii) respond to the Court by Friday, August 13, 2021, regarding the same. ([D.I. 318].)  In addition, the parties' due date to exchange objections to the Rule 30(b)(6) deposition topics is also Friday, August 13, 2021, and the parties are scheduling a meet and confer to discuss the same on Monday, August 16, 2021. Given that Judge Broderick's order could result in changes to the current litigation schedule and the parties desire to resolve any disputes regarding Rule 30(b)(6) topics before depositions commence, the parties request Your Honor extend the due date for the Joint Agenda Letter until Tuesday, August 17, 2021.

Hon. Katharine H. Parker            August 11, 2021            Page -2-

Respectfully submitted,

| /s/ *Neil F. Greenblum* | /s/ *Marla R. Butler* |
|---|---|
| Neil F. Greenblum (*pro hac vice*) | Marla R. Butler |
| P. Branko Pejic (*pro hac vice*) | Carl Wesolowski (*pro hac vice*) |
| Jeffrey Handelsman (*pro hac vice*) | Lauren Hogan (*pro hac vice*) |
| Jill M. Browning (*pro hac vice*) | THOMPSON HINE LLP |
| Danielle C. Pfifferling, Esq. (*pro hac vice*) | |
| GREENBLUM & BERNSTEIN, P.L.C. | Two Alliance Center |
| 1950 Roland Clarke Place | 3560 Lenox Road NE, Suite 1600 |
| Reston, Virginia 20191 | Atlanta, Georgia 30326 |
| Phone: (703) 716-1191 | Tel.: (404) 541-2900 |
| Fax: (703) 716-1180 | Fax: (404) 541-2905 |
| ngreenblum@gbpatent.com | Marla.Butler@ThompsonHine.com |
| bpejic@gbpatent.com | Carl.Wesolowski@ThompsonHine.com |
| jhandelsman@gbpatent.com | Lauren.Hogan@ThompsonHine.com |
| jbrowning@gbpatent.com | |
| dpfifferling@gbpatent.com | |
| | |
| Gregory D. Miller, Esq. | Jesse Jenike-Godshalk (*pro hac vice*) |
| RIVKIN RADLER LLP | 312 Walnut Street, Suite 2000 |
| 25 Main Street, Suite 501 | Cincinnati, Ohio 45202 |
| Court Plaza North | Tel.: (513) 352-6700 |
| Hackensack, NJ 07601-7082 | Fax: (513) 241-4771 |
| (201) 287-2460 | Jesse.Godshalk@ThompsonHine.com |
| Gregory.Miller@rivkin.com | |
| | Brian Lanciault |
| *Attorneys for Plaintiff* | 335 Madison Avenue, 12th Floor |
| *Spectrum Dynamics Medical Limited* | New York, New York 10017 |
| | Tel.: (212) 344-5680 |
| | Fax: (212) 344-6101 |
| | Brian.Lanciault@ThompsonHine.com |
| | |
| | *Attorneys for Defendants* |
| | *General Electric Company, GE Healthcare, Inc., GE Medical Systems Israel Ltd., Jean-Paul Bouhnik, Sergio Steinfeld, Arie Eshco, Nathan Hermony, and Non-Party Yaron Hefetz* |

cc:  All counsel of record (via ECF)

{J734902 04906788.DOCX}