LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

\* ADMITTED TO A BAR OTHER THAN VA
□ REGISTERED PATENT AGENT
◊ OF COUNSEL
∆ SENIOR COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2021

August 13, 2021

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
08/13/2021

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:   *Spectrum Dynamics Medical Limited v. GE;* Case No.: 18-cv-11386 (VSB)

Dear Magistrate Judge Parker:

We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. We write pursuant to Your Honor's Individual Practices in Civil Cases Rules I(a) and I(c) to request an extension of time for Defendants to respond to Defendants' August 12, 2021, letter motion challenging Plaintiff's claw-back of certain documents (see [D.I. 325]) and for permission to file a response of seven pages (excluding signature page).

Because Defendants' letter motion concerns a discovery dispute, it is Spectrum's understanding that Your Honor's Individual Practices in Civil Cases Rule II(c) requires Plaintiff's response to be filed within three business days, i.e., by August 16, 2021, and be limited to three pages. We respectfully request that Plaintiff's response letter be due on August 23, 2021 and Plaintiff permitted to file a response of seven pages (excluding signature page), the same number of pages as Defendants' letter motion, to permit Spectrum to fully address and respond to the issues raised in Defendants' letter motion.

The parties have conferred, and Defendants do not oppose this request. This is Spectrum's first request for this relief.

Respectfully submitted,

/Neil F. Greenblum/

Neil F. Greenblum

cc:   All counsel of record (via ECF)