USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>                    Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY et al.,<br><br>                    Defendants. | **ORDER ADJOURNING CASE MANAGEMENT CONFERENCES**<br><br>18-CV-11386 (VSB)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Following Case Management conferences in this matter are hereby adjourned *sine die.*

    **Thursday, September 9, 2021 at 10:00 a.m.**

    **Thursday, October 21, 2021 at 10:00 a.m.**

    **Thursday, November 18, 2021 at 10:00 a.m.**

    **Thursday, December 16, 2021 at 10:00 a.m.**

    SO ORDERED.

Dated:   August 19, 2021
           New York, New York

*Katharine H. Parker*

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge