LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

HARRY J. GWINNELL ◊
JEFFREY H. HANDELSMAN *
KENNETH H. SALEN ◊
SOK K. HONG ◊
TAI KONDO ▫
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
DANIELLE C. PFIFFERLING
KATHRYN M. CHESNICK ▫
SAMUEL EBERT-ZAVOS

* ADMITTED TO A BAR OTHER THAN VA
▫ REGISTERED PATENT AGENT
◊ OF COUNSEL
∆ SENIOR COUNSEL

January 7, 2022

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.  01/10/2022
>
> Plaintiff is directed to Rule 5.B. of my Individual Rules & Practices in Civil Cases and to meet and confer with Defendants as necessary to determine if the letter motion requesting leave to file a response to Defendants' Sur-reply in opposition to Plaintiff's Motion for a Preliminary Injunction and accompanying Exhibits A-C can be filed in redacted form on ECF.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:   Re: *Spectrum Dynamics Medical Limited v. GE;* Case No.: 18-cv-11386 (VSB)

Dear Judge Broderick:

We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. On behalf of Plaintiff, we write pursuant to Rule 5.B. of your Honor's Individual Practices in Civil Cases to respectfully request permission to file under seal Plaintiff's letter motion requesting leave to file a response to Defendants' January 4, 2022 Sur-reply in opposition to Plaintiff's Motion for A Preliminary Injunction (Dkt. 400), and accompanying Exhibits A-C filed today, January 7, 2022.

Plaintiff requests permission to file the letter motion requesting leave and Exhibits A-C thereto under seal because the documents contain information designated as "Highly Confidential – Attorneys' Eyes Only" by the respective parties under the Stipulated Confidentiality and Protective Order (Dkt. 156).

Respectfully submitted,

*/Neil F. Greenblum/*

Neil F. Greenblum

cc:   All counsel of record (via ECF)
{J734902 05115850.DOCX}