UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL :
LIMITED, :
:
                          Plaintiff, :          18-CV-11386 (VSB)
:
         - against - :             **ORDER**
:
:
GENERAL ELECTRIC COMPANY, GE :
HEALTHCARE, INC., GE MEDICAL :
SYSTEMS ISRAEL LTD., JEAN-PAUL :
BOUHNIK, SERGIO STEINFELD, ARIE :
ESHCO, NATHAN HERMONY, and YARON :
HEFETZ, :
:
                        Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the joint letter filed by the parties, (Doc. 418), requesting (1) an in-person hearing on the motion for a preliminary injunction, (2) clarification of argument and presentation expected to include highly confidential information, and (3) guidance on filing requirements for responses to the questions issued in my March 9, 2022 Sealed Order for the hearing, (*see* Doc. 417.) It is hereby:

      ORDERED that the hearing on the motion for a preliminary injunction is rescheduled to begin on March 22, 2022 at 2:00 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Court does not anticipate the hearing to continue beyond 5:00 p.m. on March 22, 2022, or to resume the following day. The parties are not expected to present live witness testimony.

      IT IS FURTHER ORDERED that the parties meet and confer and determine which

1

questions in my Order, (Doc. 417), require responses that would disclose highly confidential information and those that would not disclose highly confidential information.  The parties should be prepared to present responses to those questions that do not require disclosure of confidential information first.  I will then hear from the parties regarding the information the parties deem highly confidential and make any findings necessary to close the courtroom for presentation of the responses to those questions.

IT IS FURTHER ORDERED that the parties file any written responses to the questions in my Order, (Doc. 417), on or before March 18, 2022.  Plaintiff Spectrum Dynamics Medical Limited shall submit a written response of no more than twenty (20) pages double-spaced, excluding documentary exhibits.  Defendants shall submit a response of no more than fifteen (15) pages double-spaced, excluding documentary exhibits.  The parties are further ordered that there will be no responsive filing by either party.  However, the parties will each have an opportunity to respond to the filing of their adversary during the conference.

The parties are reminded to meet and confer and, no later than March 23, 2022, submit proposed redactions to the Sealed Order, (Doc. 417), and file a public redacted version of the Order on ECF.  The parties are further ordered, to the extent the parties request leave to file their responses to the Court's questions under seal, to make the same efforts with regards to those filings.

SO ORDERED.

Dated: March 15, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge