UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL   :
LIMITED,   :
:
                      Plaintiff,   :      18-CV-11386 (VSB)
:
     - against -   :      **ORDER**
:
:
GENERAL ELECTRIC COMPANY, GE   :
HEALTHCARE, INC., GE MEDICAL   :
SYSTEMS ISRAEL LTD., JEAN-PAUL   :
BOUHNIK, SERGIO STEINFELD, ARIE   :
ESHCO, NATHAN HERMONY, and YARON:
HEFETZ,   :
:
               Defendants.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' responses to my questions in advance of the March 22, 2022 hearing on Plaintiff Spectrum Dynamics Medical Limited's motion for a preliminary injunction. (Docs. 422, 424.) In order to prepare for the hearing and sufficiently address the parties' request to close the courtroom for responses requiring disclosure of highly confidential information, (*see* Doc. 418), it is hereby:

      ORDERED that the parties meet and confer and submit a list of which questions will elicit a response requiring disclosure of confidential information, and which will not, on or before March 22, 2022 at 10:00 a.m. I will first address those questions not requiring disclosure of confidential information before closing the courtroom for the responses to questions requiring disclosure of confidential information.

SO ORDERED.

1

Dated:    March 21, 2022  
             New York, New York

_____  
VERNON S. BRODERICK  
United States District Judge