LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM º
BRUCE H. BERNSTEIN º
JAMES L. ROWLAND
ARNOLD TURK ∆
MICHAEL J. FINK
STEPHEN M. ROYLANCE ◊
ROBERT W. MUELLER
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK *
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC *
DANIEL B. MOON
BRUCE H. STONER, JR. ◊
ENOCH PEAVEY
SEAN C. MYERS-PAYNE, Ph.D.
JONATHAN R. MILLER *
STEVEN B. POLLICOFF *
BARRY I. HOLLANDER ◊
GARY V. HARKCOM *◊
JAMES P. BONNAMY
JILL M. BROWNING
WALTER SCHLAPKOHL, Ph.D.
NAOKO OHASHI *

HARRY J. GWINNELL◊
JEFFREY H. HANDELSMAN *
KENNETH H. SALEN ◊
SOK K. HONG
TAI KONDO □
JEFFREY R. BOUSQUET ◊
GARY M. JACOBS ◊
JAMES A. GROMADA
SHAWN A. HAMIDINIA, Ph.D.
ALI M. IMAM *
CHAD E. GORKA
CHUONG T. NGUYEN *
DANIELLE C. PFIFFERLING
SAMUEL EBERT-ZAVOS

\* ADMITTED TO A BAR
   OTHER THAN VA
□ REGISTERED PATENT AGENT
º FOUNDING COUNSEL
◊ OF COUNSEL
∆ SENIOR COUNSEL

May 13, 2022

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  05/16/22

Plaintiff is directed to Rule 5.B. of my Individual Rules & Practices in Civil Cases and to meet and confer with Defendants as necessary to determine if Appendix 1 can be filed in redacted form on ECF.

<u>VIA ECF</u>
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:    Re: *Spectrum Dynamics Medical Limited v. GE;* Case No.: 18-cv-11386 (VSB)

Dear Judge Broderick:

We represent Plaintiff Spectrum Dynamics Medical Limited ("Plaintiff" or "Spectrum") in the above-referenced action. On behalf of Plaintiff, we write pursuant to Rule 5.B of Your Honor's Individual Practices in Civil Cases to respectfully request permission to file under seal Appendix 1 to Plaintiff's letter regarding the April 29, 2022 Markman hearing slides, which contains information the parties have designated Highly Confidential or Confidential under the Stipulated Confidentiality and Protective Order (the "Protective Order") (Doc. 156).

The parties' proposed redactions are highlighted in yellow in the enclosed copy of Plaintiff's Markman hearing slides. Plaintiff requests permission to file under seal Appendix 1 to Plaintiff's letter regarding the April 29, 2022 Markman hearing slides.

Respectfully submitted,

/*Neil F. Greenblum*/

Neil F. Greenblum

cc: All counsel of record (via ECF)