```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                              Plaintiff,

              -against-

GENERAL ELECTRIC COMPANY et al.,

                              Defendants.

**ORDER SCHEDULING CASE MANAGEMENT CONFERNCES**

**18-CV-11386 (VSB)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.  The parties shall file a joint status letter that includes agenda items one week in advance of each conference.  The letters shall be no more than five pages in length.**

**Tuesday, July 12, 2022 at 12:00 p.m.**

**Tuesday, August 23, 2022 at 12:00 p.m.**

**Thursday, September 15, 2022 at 11:00 a.m.**

**Thursday, October 20, 2022 at 12:00 p.m.**

**Thursday, November 10, 2022 at 11:00 a.m.**

**Thursday, December 8, 2022 at 11:00 a.m.**

          **SO ORDERED.**

Dated:   May 25, 2022
         New York, New York

_____
            KATHARINE H. PARKER
          United States Magistrate Judge