UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

SPECTRUM DYNAMICS MEDICAL       :
LIMITED,
                                              :

                     Plaintiff,     :               18-CV-11386 (VSB)
                                              :

        - against -           :             **ORDER**

                                                :

                                              :

GENERAL ELECTRIC COMPANY, GE   :
HEALTHCARE, INC., GE MEDICAL    :
SYSTEMS ISRAEL LTD., JEAN-PAUL  :
BOUHNIK, SERGIO STEINFELD, ARIE  :
ESHCO, NATHAN HERMONY, and YARON:
HEFETZ,
                                              :

                    Defendants.  :

                                              :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Pursuant to my instructions at the *Markman* hearing on April 29, 2022, it is hereby:

ORDERED that, on or before August 5, 2022, the parties order a copy of the transcript of

the hearing so that it appears on the case's docket on ECF.  It is further ordered that, if the parties

intend to move for leave to place the transcript under seal, the parties submit proposed redactions

of the transcript on or before August 10, 2022 so that the transcript may appear publicly on the

docket.

SO ORDERED.

Dated:     August 3, 2022
            New York, New York         _____
                                        VERNON S. BRODERICK
                                        United States District Judge

1