```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED, | |
| Plaintiff, | **ORDER** |
| -against- | 18-CV-11386 (VSB) (KHP) |
| GENERAL ELECTRIC COMPANY et al., | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The case management conference scheduled on Thursday, September 15, 2022, is adjourned *sine die*. The parties are not required to submit a status letter on Thursday, September 9, 2022. Instead, the parties are directed to submit a joint status letter of no more than three pages by Thursday, September 15, 2022 updating the court on the status of discovery.

**SO ORDERED.**

Dated: September 7, 2022
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge