```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

           Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

           Defendants.

**DISCOVERY ORDER**

**18-CV-11386 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the October 17, 2022 Case Management Conference, the following shall be completed by **Friday, October 28, 2022:**

1. Defendant shall email Chambers at Parker_NYSDChambers@nysd.uscourts.gov with a subset of no more than 100 of the privilege log entries that do not identify any attorney by name, with which Plaintiff takes issue.  Defendant shall meet and confer with Plaintiff to determine which entries to include in the subset and shall copy Plaintiff's counsel on the email containing the sample privilege log.  Separately, Defendant shall send an *ex parte* email to Chambers with a sample of twenty documents referenced on the log. The Court will review these submissions *in camera* to assist it in resolving the parties' dispute as to these privilege log entries.

2. The parties shall meet and confer in an attempt to narrow Plaintiff's Rule 30(b)(6) Deposition Topic Numbers 67 and 68 to a mutually agreeable scope.  In the event the parties cannot agree on a narrower scope of these topics, the Court will reach a determination at the next Case Management Conference.

3. The parties shall agree on the dates on which the remaining 30(b)(6) depositions will be scheduled.

In light of the parties' filings under seal in connection with Defendant's motion for discovery at ECF No. 529, Plaintiff need <u>not</u> email the Court with a sample of its privilege log despite the Court's earlier direction to do so.  The Court will review the submissions that are filed under seal to assist in resolving Defendant's motion for discovery at ECF No. 529.

Additionally, telephonic case management conferences are scheduled on **Monday, October 31, 2022 at 1:00 p.m.** and **Monday, November 28, 2022 at 10:30 a.m.**  These conferences are in addition to the conferences currently scheduled on Thursday, November 10, 2022 at 11:00 a.m. and Thursday, December 8, 2022 at 11:00 a.m.  At the scheduled time, counsel for the parties shall call Judge Parker's Chambers conference line at (866) 434-5269, Access code: 4858267.  The parties shall file a joint status letter of no more than five pages one week in advance of each conference.

**SO ORDERED.**

Dated:   October 18, 2022
            New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge