**FISH.**
FISH & RICHARDSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2022

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

650 839 5070 main
650 839 5071 fax

Esha Bandyopadhyay
Principal
bandyopadhyay@fr.com
1 650 839 5088 direct

**VIA ECF**

October 12, 2022

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Application granted - the documents filed at ECF No. 551 may remain under seal in light of their highly confidential nature. The Court will separately consider Defendant's objection as to the supplemental table of trade secrets and will discuss the issue with the parties at the upcoming Case Management Conference. **The clerk of the court is requested to terminate the motion at ECF No. 550.**
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   10/17/2022

*Re:   Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);
       Case No.: 18-cv-11386 (VSB)*

Dear Judge Parker:

Pursuant to Rule III(d) of your Honor's Individual Practices in Civil Cases and Your Honor's direction during the January 8, 2021 telephonic hearing (D.I. 176 at 37:18-20), Plaintiff Spectrum Dynamics Medical Limited, by and through counsel, respectfully requests permission to file under seal its First Supplemental Table of Trade Secrets being filed herewith today, October 12, 2022.

Your Honor previously granted Spectrum's motion to file its original Table of Spectrum Trade Secrets under seal. (D.I. 188; D.I. 185-1.) Spectrum's First Supplemental Table of Spectrum Trade Secrets, like its original Table of Spectrum Trade Secrets, contains Spectrum's highly confidential information and describes Spectrum's trade secrets.

For these reasons, Spectrum respectfully requests that the Court grant its request to file its First Supplemental Table of Spectrum Trade Secrets under seal.

Respectfully Submitted,

*/s/ Esha Bandyopadhyay*

Esha Bandyopadhyay

cc:  All counsel of record (via ECF)

fr.com