USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

            Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

           Defendants.

**ORDER RESCHEDULING CASE MANAGEMENT CONFERNCE**

**18-CV-11386 (VSB)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The telephonic Case Management Conference in this matter scheduled for Thursday, December 8, 2022 at 11:00 a.m. is hereby rescheduled to **Thursday, December 1, 2022 at 3:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated:   October 24, 2022
           New York, New York

*(signature: Katharine H Parker)*

                                KATHARINE H. PARKER
                                United States Magistrate Judge