UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

| SPECTRUM DYNAMICS MEDICAL LIMITED, | |
|---|---|
| Plaintiff, | **ORDER** |
| -against- | 18-CV-11386 (VSB)(KHP) |
| GENERAL ELECTRIC COMPANY et al., | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

At ECF Nos. 521, 538, and 564, the parties have described discovery disputes relating to Spectrum's Interrogatory No. 20, GE's Interrogatory No. 9, Spectrum's 30(b)(6) Deposition Topic Nos. 67 and 68, and GE's 30(b)(6) Deposition Topic No. 22. To assist the Court in resolving these disputes, counsel for the parties are directed to file the full text of the relevant interrogatories and any responses thereto, and the full text of the relevant deposition topics. Counsel shall file the relevant information in advance of the Case Management Conference scheduled on Monday, October 31, 2022 at 1:00 p.m. To the extent this information is confidential or sensitive, counsel may file it under seal. No separate motion to seal is needed.

SO ORDERED.

Dated: October 28, 2022
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge