USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>                      Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY et al.,<br><br>                      Defendants. | **ORDER SCHEDULING CASE MANAGEMENT CONFERNCES**<br><br>18-CV-11386 (VSB)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A series of Case Management conferences is scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **The parties shall file a joint status letter that includes agenda items one week in advance of each conference.  The letters shall be no more than five pages in length.**

    **Thursday, January 5, 2023 at 10:00 a.m.**

    **Thursday, February 2, 2023 at 10:00 a.m.**

    **Thursday, March 2, 2023 at 11:00 a.m.**

    **Thursday, April 6, 2023 at 10:00 a.m.**

    **Thursday, May 4, 2023 at 10:00 a.m.**

*In addition*, the parties are reminded of the following telephonic Case Management Conferences, which have been scheduled by prior orders:

Thursday, November 10, 2022, at 11:00 a.m. and Thursday, December 1, 2022, at 3:30 p.m.  The conference previously scheduled for Monday, November 28, 2022, at 10:30am, is adjourned sine die.

    **SO ORDERED.**

Dated: November 2, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge