USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

           Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

           Defendants.

**ORDER**

**18-CV-11386 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

    On November 4, 2022, Defendants filed a Motion to Seal (ECF No. 582) and a Motion for Leave to File Excess Pages (ECF No. 583), both related to their Motion for Discovery at ECF No. 584.

    As to the motion to seal, the common law and First Amendment accord a presumption of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Where, as here, documents are filed in connection with a discovery dispute, the presumption of public access is "lower than the presumption applied to material introduced at trial, or in connection with dispositive motions." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). Here, the Court finds that the confidential and sensitive nature of the documents is sufficient to overcome the low presumption of public access. *See DDK Hotels, LLC v. Williams-Sonoma, Inc.,* 2022 WL 2702378, at *17 (E.D.N.Y. Feb. 11, 2022). Accordingly, the motion to seal at ECF No. 582 is granted.

    In addition, Defendant's motion for leave to file excess pages at ECF No. 583 is granted. Plaintiff may file a response of up to four pages without seeking leave to file excess pages.

The Court will address the Motion for Discovery at ECF No. 584 separately and will discuss the motion with the parties at the upcoming case management conference.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 582 and 583.**

SO ORDERED.

Dated:   November 7, 2022
          New York, New York

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge