

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

650 839 5070 main
650 839 5071 fax

**VIA ECF**

November 23, 2022

Esha Bandyopadhyay
bandyopadhyay@fr.com
+1 650 839 5088  direct

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants)*;
       Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

Pursuant to Rule III(d) of Your Honor's Individual Practices in Civil Cases, Spectrum respectfully requests permission to file under seal the parties' Joint Letter, filed today, November 23, 2022. Spectrum requests leave to file the Joint Letter under seal because the document contains information that Spectrum has designated as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Confidentiality and Protective Order [D.I. 156].

Respectfully Submitted,

/s/ *Esha Bandyopadhyay*

Esha Bandyopadhyay


cc:  All counsel of record (via ECF)

> The common law and First Amendment accord a presumption of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Where, as here, documents are filed in connection with a discovery dispute, the presumption of public access is "lower than the presumption applied to material introduced at trial, or in connection with dispositive motions." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). Here, the Court finds that the confidential nature of the documents is sufficient to overcome the low presumption of public access. *See DDK Hotels, LLC v. WilliamsSonoma, Inc.*, 2022 WL 2702378, at *17 (E.D.N.Y. Feb. 11, 2022). Accordingly, the motion to seal at ECF No. 597 is granted, and the documents filed under seal at ECF No. 598 may remain under seal.

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   11/28/2022

fr.com