

**FISH & RICHARDSON**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

650 839 5070 main
650 839 5071 fax

**VIA ECF**

January 3, 2023

**Esha Bandyopadhyay**
Principal
bandyopadhyay@fr.com
+1 650 839 5088  direct

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);*
      Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

Pursuant to Rule III(d) of your Honor's Individual Practices in Civil Cases and Your Honor's direction during the January 8, 2021, telephonic hearing (D.I. 176 at 37:18-20), Plaintiff Spectrum Dynamics Medical Limited, by and through counsel, respectfully requests permission to file under seal its Amended Second Supplemental Table of Trade Secrets being filed herewith today, January 3, 2023.

Your Honor previously granted Spectrum's motion to file its original Table of Spectrum Trade Secrets under seal. (D.I. 188; D.I. 558.)  Spectrum's Amended Second Supplemental Table of Spectrum Trade Secrets, like its original Table of Spectrum Trade Secrets, contains Spectrum's highly confidential information and describes Spectrum's trade secrets.

For these reasons, Spectrum respectfully requests that the Court grant its request to file its Amended Second Supplemental Table of Spectrum Trade Secrets under seal.

Respectfully Submitted,

*/s/ Esha Bandyopadhyay*

Esha Bandyopadhyay

cc:  All counsel of record (via ECF)

APPLICATION GRANTED.  The documents filed at ECF No. 613 may remain under seal in light of their highly confidential nature.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    1/4/2023

fr.com