USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>       Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY et al.,<br><br>       Defendants. | ORDER SECHEDULING SETTLEMENT CONFERENCE<br><br>18-CV-11386 (VSB)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

   A settlement conference in this matter is scheduled for **Tuesday, April 18, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 11, 2023 by 5:00 p.m.**

   **SO ORDERED.**

Dated:  January 14, 2023
     New York, New York

                      KATHARINE H. PARKER
                      United States Magistrate Judge