

Fish & Richardson P.C.
[...] Street, Suite 400
[...], CA 94063

[...] main
[...] fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2023

**VIA ECF**

February 17, 2023

Esha Bandyopadhyay
bandyopadhyay@fr.com
+1 650 839 5088  direct

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);*
       *Case No.: 18-cv-11386 (VSB)*

Dear Judge Parker:

Pursuant to Federal Rule of Civil Procedure 5.2(e), Your Honor's Individual Rule of Practice III(d), and the parties' Stipulated Protective Order (ECF No. 156), Spectrum respectfully requests (1) redaction and filing under seal of its Second Amended Complaint and Exhibits 20 and 25 thereto and (2) filing under seal of Exhibits 2-18 and 28-29.

Like its First Amended Complaint and Exhibits 20 and 25 thereto, Spectrum's Second Amended Complaint and Exhibits 20 and 25 thereto (1) describe the trade secrets that Spectrum alleges GE misappropriated; (2) reference the GE patents, by number and other identifying information, that Spectrum alleges contain its misappropriated trade secrets; and (3) point to specific figures and text in those GE patents that Spectrum alleges disclose its misappropriated trade secrets. Judge Broderick previously granted Spectrum's request to redact such information from its First Amended Complaint and Exhibits 20 and 25 thereto. ECF No. 32 at 1-2. Judge Broderick also granted Spectrum's request to redact such information from its Motion for Leave to Amend Complaint. ECF No. 552.

Exhibits 2-18 and 28 to Spectrum's Second Amended Complaint are copies of the GE patents that Spectrum alleges contain its misappropriated trade secrets. Judge Broderick previously granted Spectrum's requests to file these patents under seal. ECF No. 32; ECF No. 552.

Finally, Exhibit 29 to Spectrum's Second Amended Complaint is a copy of Spectrum's Amended Second Supplemental Table of Trade Secrets (ECF No. 613-1). Your Honor previously granted Spectrum's request to file that document under seal. ECF No. 614.

For these reasons, Spectrum respectfully requests that the Court grant its request to file its Second Amended Complaint and Exhibits 20 and 25 thereto under seal and in redacted form, and to file Exhibits 2-18 and 28-29 under seal.



Hon. Katharine H. Parker
Page 2

Respectfully Submitted,

*/s/ Esha Bandyopadhyay*
Esha Bandyopadhyay
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel:  650 839 5070
Fax:  650 839 5071
Email:  bandyopadhyay@fr.com

Michael F. Autuoro (MA 2932)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel:  212 765 5070
Fax:  212 258 2291
Email:  autuoro@fr.com

Roger A. Denning (*Pro Hac Vice*)
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678 5070
Fax: 858 678 5099
Email: denning@fr.com

Adam J. Kessel (*Pro Hac Vice*)
Alexander M. Pechette (*Pro Hac Vice*)
Philip K. Chen (*Pro Hac Vice*)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: 617 542 5070
Fax: 617 542 8906
Email:  kessel@fr.com; pechette@fr.com; pchen@fr.com

*Attorneys for Plaintiff*
*Spectrum Dynamics Medical Limited*

cc:  All counsel of record (via ECF)

> Spectrum's proposed redactions are narrowly tailored to protect trade secrets and other competitively sensitive information in accordance with *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110 (2d Cir. 2006) and its progeny.  Accordingly, the motion is GRANTED and the document filed at ECF No. 630 may remain under seal.
>
> SO ORDERED:
>
> *[signature]*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   2/21/2023

2