USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

          Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

          Defendants.

**ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

18-CV-11386 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, March 29, 2023 at 3:30 p.m.**  Counsel are directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated:   March 24, 2023
          New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge