

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

650 839 5070 main
650 839 5071 fax

**VIA ECF**

March 30, 2023

**Esha Bandyopadhyay**
Principal
bandyopadhyay@fr.com
+1 650 839 5088  direct

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

**Re:**   ***Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);***
   ***Case No.: 18-cv-11386 (VSB)***

Dear Judge Parker:

The parties respectfully submit this joint status letter in advance of the April 6, 2023, Case Management Conference. Although certain outstanding discovery-related issues remain, the parties are continuing to meet and confer in an effort to reach an amicable resolution. If unable to reach agreement regarding those issues, the parties will submit a supplemental joint status letter setting forth the parties' positions as to any outstanding concerns before April 6th in hopes of addressing those issues at the conference. Should the current disputes be resolved in advance of the Case Management Conference, the parties will notify the Court no later than Wednesday, April 5th, so that the conference may be removed from the Court's calendar.

Respectfully Submitted,

*/s/ Esha Bandyopadhyay*
Esha Bandyopadhyay (*Pro Hac Vice*)
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel:  650 839 5070
Fax:  650 839 5071
Email:  bandyopadhyay@fr.com

Michael F. Autuoro (MA 2932)
Fish & Richardson P.C.
7 Times Square, 20th Floor

*/s/ Jesse Jenike-Godshalk*
Marla R. Butler
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.butler@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000

fr.com



New York, NY 10036
Tel:  212 765 5070
Fax:  212 258 2291
Email:  autuoro@fr.com

Roger A. Denning (*Pro Hac Vice*)
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678 5070
Fax: 858 678 5099
Email: denning@fr.com

Adam J. Kessel (*Pro Hac Vice*)
Alexander M. Pechette (*Pro Hac Vice*)
Philip K. Chen (*Pro Hac Vice*)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: 617 542 5070
Fax: 617 542 8906
Email:  kessel@fr.com;
pechette@fr.com; pchen@fr.com

*Attorneys for Plaintiff*
*Spectrum Dynamics Medical Limited*


Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar (*pro hac vice*)
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel.: (937) 443-6841
Fax: (937) 430-3781
Jeff.Metzcar@ThompsonHine.com

Brian Lanciault
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

*Attorneys for Defendants General
Electric Company, GE Healthcare, Inc.,
and GE Medical Systems, Israel Ltd.*


cc:  All counsel of record (via ECF)