```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                  Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                  Defendants.

**ORDER**

18-CV-11386 (VSB) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The motions to seal at ECF Nos. 641, 648, and 651 are narrowly tailored to preserve the parties' highly sensitive trade secrets and other confidential business information, in keeping with the principles of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006), and its progeny. Accordingly, the Court grants those motions. The documents currently filed under seal at ECF Nos. 642, 649, 650, and 652 may remain under seal. By **Monday, April 24, 2023**, Defendants shall publicly file the redacted version of the Amended Answer.

       The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 641, 648, and 651.

       SO ORDERED.

Dated:   April 18, 2023
            New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge