```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED, <br><br>                        Plaintiff, <br><br> -against- <br><br> GENERAL ELECTRIC COMPANY et al., <br><br>                        Defendants. | **ORDER** <br><br> 18-CV-11386 (VSB) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On May 31, 2023, the Court received an email communication from Plaintiff regarding an inadvertent filing. Pursuant to my Individual Rules, communications with the Court must be by letter filed on ECF except for settlement conference submissions, *in camera* submissions, and requests for reasonable accommodations on account of disability or religion, which may be emailed to the Court. The Court will not otherwise accept email communications from parties. Accordingly, to the extent Plaintiff seeks an action from the Court, such a request must be made by letter on ECF. In the event a document was inadvertently filed, Plaintiff may request by letter on ECF that the document be stricken from the record.

        SO ORDERED.

Dated:   June 2, 2023
           New York, New York

                                               *[signature]*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge