USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

                Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

                Defendants.

**ORDER**

18-CV-11386 (VSB) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       On June 14, 2023, Defendant General Electric Company ("GE") filed a motion to seal its letter seeking a pre-motion conference. The motion to seal is at ECF No. 678 and the proposed sealed document is at ECF No. 679. The motion to seal stated that the underlying letter "contains references to information that one or both parties have designated as Highly Confidential pursuant to the Protective Order and which is assertedly competitively sensitive and proprietary information that, if disclosed, could pose a substantial risk of harm."

       The Court issued an order stating that the fact that information was designated as Highly Confidential by the parties is not sufficient to warrant sealing, and that the Court did not identify any sensitive or proprietary information that would be protected by GE's proposed redactions. (ECF No. 684.) Out of an abundance of caution for the parties' sensitive information, the Court directed the parties to file a letter by Monday, June 26, 2023 that clearly explains why the information is sensitive and proprietary such that it should remain under seal. (ECF No. 684). On Monday, June 26, 2023, Plaintiff Spectrum filed a letter at ECF 686 stating that the information at issue is not proprietary and does not need to be sealed. GE did not file a letter explaining why the information is proprietary or needs to be sealed.

**Accordingly, the Clerk of the Court is respectfully directed to unseal the document at ECF No. 679 and to terminate the motion at ECF No. 678.**

In the future, to avoid the unnecessary filing of documents under seal, counsel for the parties shall discuss in good faith the need to file Confidential Materials under seal.  If the parties agree in writing that a particular document that has been designated Confidential Material need not be filed under seal, that document can be filed without redaction and such filing will not be a breach of any Stipulation of Confidentiality.  Pursuant to my Individual Rules, if a request for redactions is based on another party's designation of information as Confidential, the parties shall confer and jointly submit the request for redactions.

SO ORDERED.

Dated:   June 27, 2023
         New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge