

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2023
```

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
650 839 5070 main
650 839 5071 fax

**VIA ECF**

July 10, 2023

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Provisionally granted subject to the court's review of the proposed redactions to ensure they meet applicable standards for filing under seal.**

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

07/12/2023

Re: *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);*
Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

Pursuant to Federal Rule of Civil Procedure 5.2(e), Your Honor's Individual Rule of Practice III(d), and the parties' Stipulated Protective Order (ECF No. 156), the parties jointly request permission for Spectrum to (1) file in redacted form its Reply in Support of its Motion Seeking to Pierce Privilege Based on the Crime-Fraud Exception and Challenging Defendants' Claw-Back and (2) file under seal Exhibits CC and DD thereto.

Throughout its Reply, Spectrum references and quotes internal GE documents and GE witness testimony, all of which GE has designated as Highly Confidential under the parties' Stipulated Protective Order. Likewise, Exhibit CC is an internal GE document that GE has designated as Highly Confidential under the parties' Stipulated Protective Order. And Exhibit DD is an excerpt of the deposition transcript of Mr. Yaron Hefetz, which GE has provisionally designated as Highly Confidential under the parties' Stipulated Protective Order. The Stipulated Protective Order defines "Highly Confidential" information as "highly sensitive 'CONFIDENTIAL' Information or Items, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means, including but not limited to any form of trade secret or other confidential research, development, financial or commercial information within the meaning of Federal Rule of Civil Procedure 26(c)(1)(G)." ECF No. 156 ¶ 9.

Accordingly, the parties respectfully request permission for Spectrum to file its Reply in redacted form and Exhibits CC and DD thereto under seal.



Hon. Katharine H. Parker<br>
July 10, 2023<br>
Page 2

Respectfully Submitted,

| | |
|---|---|
| */s/ Esha Bandyopadhyay* | */s/ Jesse Jenike-Godshalk* |
| Esha Bandyopadhyay (*Pro Hac Vice*) | Marla R. Butler |
| Fish & Richardson P.C. | THOMPSON HINE LLP |
| 500 Arguello Street, Suite 400 | Two Alliance Center |
| Redwood City, CA 94063 | 3560 Lenox Road NE, Suite 1600 |
| Tel: 650 839 5070 | Atlanta, Georgia 30326 |
| Fax: 650 839 5071 | Tel.: (404) 541-2900 |
| Email: bandyopadhyay@fr.com | Fax: (404) 541-2905 |
| | Marla.butler@ThompsonHine.com |
| Michael F. Autuoro (MA 2932) | |
| Fish & Richardson P.C. | Jesse Jenike-Godshalk (*pro hac vice*) |
| 7 Times Square, 20th Floor | 312 Walnut Street, Suite 2000 |
| New York, NY 10036 | Cincinnati, Ohio 45202 |
| Tel: 212 765 5070 | Tel.: (513) 352-6700 |
| Fax: 212 258 2291 | Fax: (513) 241-4771 |
| Email: autuoro@fr.com | Jesse.Godshalk@ThompsonHine.com |
| | |
| Roger A. Denning (*Pro Hac Vice*) | Jeffrey Metzcar (*pro hac vice*) |
| Fish & Richardson P.C. | Discovery Place |
| 12860 El Camino Real, Suite 400 | 10050 Innovation Drive |
| San Diego, CA 92130 | Miamisburg, Ohio 45342 |
| Tel: 858 678 5070 | Tel.: (937) 443-6841 |
| Fax: 858 678 5099 | Fax: (937) 430-3781 |
| Email: denning@fr.com | Jeff.Metzcar@ThompsonHine.com |
| | |
| Adam J. Kessel (*Pro Hac Vice*) | Brian Lanciault |
| Alexander M. Pechette (*Pro Hac Vice*) | 300 Madison Avenue, 27th Floor |
| Philip K. Chen (*Pro Hac Vice*) | New York, New York 10017 |
| Fish & Richardson P.C. | Tel.: (212) 344-5680 |
| One Marina Park Drive | Fax: (212) 344-6101 |
| Boston, MA 02210 | Brian.Lanciault@ThompsonHine.com |
| Tel: 617 542 5070 | |
| Fax: 617 542 8906 | *Attorneys for Defendants General Electric Company, GE Healthcare, Inc., and GE Medical Systems, Israel Ltd.* |
| Email: kessel@fr.com; pechette@fr.com; pchen@fr.com | |
| | |
| *Attorneys for Plaintiff Spectrum Dynamics Medical Limited* | |

cc:  All counsel of record (via ECF)