

ATLANTA    CINCINNATI    COLUM...
CHICAGO         CLEVELAND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023

July 13, 2023

*VIA ECF*
Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:  *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
      Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

We represent Defendants in the above-captioned matter. We write to request an adjournment of the case management conference presently scheduled for July 26, 2023 (*see* Doc. 684 at 3) and to have that conference re-scheduled and merged with the case management conference scheduled for August 22, 2023.

The Court scheduled the July 26, 2023 conference in connection with setting a briefing schedule for Defendants' motion to pierce privilege based on the crime-fraud exception. (*See id.* at 2.) Plaintiff has also filed a motion to pierce privilege. (*See* Doc. 670.) The issues and legal principles raised by both motions are substantially the same, but Defendants' motion will not be fully briefed until August 18, 2023 (*see* Doc. 684 at 2). Moreover, the parties do not presently have any other pending discovery issues. Therefore, Defendants respectfully submit that it would be more efficient for the Court to address both motions at one time, and the already-scheduled August 22, 2023 conference provides that opportunity.

Further, Defendants' lead counsel is unavailable to attend the July 26, 2023 conference due to a longstanding conflict. Because the discussions with Plaintiff's counsel regarding the issues relevant to these two motions were handled by other members of Defendants' legal team, Defendants expect that those members of the legal team will argue the pending motions. However, given the serious accusations raised in Plaintiff's motion (i.e., accusing Defendants of criminal fraud against the U.S. government), lead counsel would like to attend any hearing on that motion.

Plaintiff does not consent to this request.

This is Defendants' first request for this relief. The proposed adjournment will not affect any other scheduled conferences or deadlines.

We appreciate Your Honor's continued attention to this matter.

Marla.Butler@ThompsonHine.com  Fax: 404.541.2905  Phone: 404.407.3680

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905



Page 2

Respectfully,

THOMPSON HINE LLP

*/s/Marla R. Butler*
Marla R. Butler
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar (*pro hac vice*)
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

Brian Lanciault
300 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

*Attorneys for Defendants*
*General Electric Company, GE Healthcare,*
*Inc., and GE Medical Systems Israel Ltd.*

---

The application to adjourn the conference scheduled on July 26, 2023 is DENIED. Lead counsel for Defendants is excused from attending the conference. Pursuant to my Individual Rules, junior members of legal teams representing clients are invited to address the Court at case management conferences such as the one scheduled on July 26, 2023, and firms are encouraged to provide this opportunity to junior attorneys for training purposes. *See* https://www.nysd.uscourts.gov/hon-katharine-h-parker. To be clear, the case management conference on July 26, 2023 is not intended to be an oral argument or hearing on any motion.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    7/18/2023