```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>          Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY et al.,<br><br>          Defendants. | **ORDER**<br><br>18-CV-11386 (VSB) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

  As discussed at the July 26, 2023 Case Management Conference:

  GE previously provided an *in camera* sample of 25 documents to aid the Court in assessing Spectrum's motion to compel. Certain of these documents were images and/or diagrams. By **Wednesday, August 2, 2023**, GE shall determine whether any of those documents that constitute mere images or diagrams have any parent or child documents, and if so, shall send copies of the parent/child documents to the Court for its *in camera* review. GE's cover email shall clearly explain the connection between the documents. To the extent the parent/child documents were produced, GE shall provide the bates numbers to Spectrum.

  Additionally, the parties are directed to schedule dates for the expert depositions in a timely fashion in order to ensure expert depositions occur by the October 13, 2023 deadline.

  **SO ORDERED.**

Dated: July 27, 2023
     New York, NY

                                 _____
                                 KATHARINE H. PARKER, U.S.M.J.