USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL LIMITED,

        Plaintiff,

-against-

GENERAL ELECTRIC COMPANY et al.,

        Defendants.

**ORDER**

18-CV-11386 (VSB) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the August 22, 2023 Case Management Conference:

*Motion for Reconsideration and related Motion to Seal:* For the reasons discussed at the conference, Spectrum's motion for reconsideration at ECF No. 742 is DENIED. The Court refers the parties to the conference transcript. Spectrum's motion to seal its memorandum of law in support of the motion for reconsideration (ECF No. 741) is GRANTED as narrowly tailored to protect sensitive information in accordance with the principles articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006), and its progeny. **The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos 741 and 742.**

*Consent to Jurisdiction of Magistrate Judge:* The parties are reminded that they can consent to my jurisdiction for purposes of the pending motion to dismiss, pursuant to 28 U.S.C. § 636(c). If the parties so consent, the undersigned will resolve the motion as an Opinion and Order rather than a Report and Recommendation, and the Order would be appealable directly to the U.S. Court of Appeals for the Second Circuit. This option would likely increase efficiency and result in a sooner resolution of the issue, however there will be no adverse consequences if the parties withhold their consent. The "Consent to Proceed Before US Magistrate Judge On a

Specific Motion" form is available on the Court's website at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion.

In the event the parties jointly consent to conduct *all* proceedings before the Undersigned, including dispositive motions and a jury trial, they should complete the "Consent to Proceed Before a US Magistrate Judge" form available at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated: August 23, 2023
New York, NY

_Katharine H. Parker_____
KATHARINE H. PARKER,
United States Magistrate Judge

2