```
APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   8/23/2023
```

Magistrate Judge Katherine H. Parker issued a thorough and well-reasoned Opinion & Order granting the redactions of content Spectrum seeks to redact here. (Doc. 737 at 5.) I grant this request for the same reasons relied on by Judge Parker.

Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

650 839 5070 main
650 839 5071 fax

Esha Bandyopadhyay
bandyopadhyay@fr.com
+1 650 839 5088  direct

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:  *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants);*
Case No.: 18-cv-11386 (VSB)

Dear Judge Broderick:

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Your Honor's Individual Rule of Practice 5(B), Spectrum requests permission to file in redacted form its Objections to the Magistrate's Order. In its Objections, Spectrum quotes two documents that Magistrate Judge Parker has already reviewed and determined contain "sensitive information the sealing of which is warranted in light of the only modest presumption of the public's right to access this information." ECF No. 737 at 5. The proposed redactions are narrowly tailored to protect only that information. Accordingly, Spectrum respectfully requests permission to file its Objections in redacted form.

Respectfully Submitted,

*/s/ Esha Bandyopadhyay*
Esha Bandyopadhyay (*Pro Hac Vice*)
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel:  650 839 5070
Fax:  650 839 5071
Email:  bandyopadhyay@fr.com

Michael F. Autuoro (MA 2932)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel:  212 765 5070
Fax:  212 258 2291
Email:  autuoro@fr.com



Roger A. Denning (*Pro Hac Vice*)
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678 5070
Fax: 858 678 5099
Email: denning@fr.com

Adam J. Kessel (*Pro Hac Vice*)
Alexander M. Pechette (*Pro Hac Vice*)
Philip K. Chen (*Pro Hac Vice*)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: 617 542 5070
Fax: 617 542 8906
Email:  kessel@fr.com; pechette@fr.com; pchen@fr.com

*Attorneys for Plaintiff*
*Spectrum Dynamics Medical Limited*


cc:  All counsel of record (via ECF)