Magistrate Judge Katherine H. Parker issued a thorough and well-reasoned Opinion & Order granting the redaction of the content Defendants seek to redact here. (Doc. 737 at 5.) I have already relied on Judge Parker's holding to authorize the sealing of similar material in Spectrum's Objections to the Magistrate Judge's Opinion & Order. (Doc. 757.) Defendants' request is granted for the same reasons.

CINCINNATI   COLUMBUS   NEW YORK
CLEVELAND   DAYTON   WASHINGTON, D.C.

40 Foley Square
New York, New York 10007

Re: *Spectrum Dynamics Medical Limited v. General Electric Company, et al.*,
    Case No.: 18-cv-11386 (VSB)

Dear Judge Broderick:

We write on behalf of Defendants General Electric Company, *et al.* ("Defendants") pursuant to Federal Rule of Civil Procedure 5.2(e) and Your Honor's Individual Rule of Practice 5(B), to request permission to file in redacted form their Response in Opposition to Spectrum's Objections to the Magistrate Judge's Opinion and Order. In their Response, Defendants quote Exhibit R. Magistrate Judge Parker has already reviewed Exhibit R and determined that it contains "sensitive information the sealing of which is warranted in light of the only modest presumption of the public's right to access this information." (Doc. 737 at 5.) The proposed redactions are narrowly tailored to protect only that information. Accordingly, Defendants respectfully request permission to file their Response in redacted form.

Marla.Butler@ThompsonHine.com  Fax: 404.541.2905  Phone: 404.407.3680

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905

Very truly yours,

/s/ *Marla R. Butler*
THOMPSON HINE LLP
Marla R. Butler
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com

Brian Lanciault
300 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

*Attorneys for Defendants*
*General Electric Company, GE Healthcare,*
*Inc., and GE Medical Systems Israel Ltd.*

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

cc:  All Counsel of Record via ECF