USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>                              Plaintiff,<br><br>              v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., and GE MEDICAL SYSTEMS ISRAEL LTD.,<br><br>                              Defendants. | Case No.: 18-cv-11386 (VSB) |

**ORDER FOR ADMISSION *PRO HAC VICE* OF GEUNEUL YANG**

The motion of Geuneul Yang, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Geuneul Yang
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA  92130
jyang@fr.com
Phone: (858) 678-5070
Fax: (858) 678-5099

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Spectrum Dynamics Medical Limited in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

Dated: __10/11/2023__

SO ORDERED:

_Katharine H Parker_

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

2