USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED, <br><br> Plaintiff, <br><br> -against- <br><br> GE HEALTHCARE TECHNOLOGIES, INC. et al., <br><br> Defendants. | **ORDER** <br><br> 18-CV-11386 (VSB)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 8, 2023, the Court issued an order noting that Spectrum inadvertently filed a redacted version of its Response to the Answer to the Amended Complaint at ECF No. 800 under seal, and directing Spectrum to file the unredacted version of this document under seal. Spectrum alerted the Court that the unredacted version has been filed under seal at ECF No. 802, and was so filed prior to the Court's order. Spectrum is not required to file the unredacted document under seal a second time.

SO ORDERED.

**Dated:**     November 9, 2023

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge