UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SPECTRUM DYNAMICS MEDICAL :
LIMITED, :
:
                Plaintiff, :
: 18-cv-11386 (VSB)
    -against- :
: **ORDER**
:
GENERAL ELECTRIC COMPANY et al., :
:
               Defendants. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The Court is in receipt of a joint letter filed by the parties on November 13, 2023. (Doc. 816.) Having reviewed the letter, the Court hereby orders that the summary judgment and *Daubert* motion briefing schedule is adjourned until after the Court resolves Spectrum's Objections to Judge Parker's Report & Recommendation. (Doc. 817.) After the Court issues its decision, it will set a date for the post-discovery conference, at which time it will hear from the parties regarding any pending disputes, including Defendants' request for leave to file excess pages for their anticipated summary judgment and *Daubert* motions.

SO ORDERED.

Dated:    November 14, 2023
             New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge