

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

**VIA ECF**

> This renewed motion to seal, which significantly narrows the proposed redactions, is sufficiently narrowly tailored in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006), and its progeny. Accordingly, the motion is GRANTED. **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 821 and permit the documents filed under seal to remain under seal.**

650.839.5070 main

United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

**SO ORDERED:**

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

11/30/2023

Re: *Spectrum Dynamics Medical Limited (Plaintiff) v. GE et al. (Defendants)*
Case No.: 18-cv-11386 (VSB)

Dear Judge Parker:

Pursuant to Your Honor's Order at ECF No. 813 ("Order"), the parties respectfully submit this joint renewed motion to seal regarding their amended pleadings. Neither party opposes the other's requests set forth below.

**Spectrum's Statement Regarding Its Third Amended Complaint (ECF No. 795) ("TAC")**

Concurrently with this renewed motion, Spectrum is re-filing its TAC with more narrowly tailored redactions in accordance with the Order. Spectrum is removing nearly all the previously proposed redactions because the once-sensitive information has "become stale as this litigation has progressed," ECF No. 813 at 2, including because Defendants publicly disclosed that information via patent applications and/or by launching the StarGuide. The revised redactions seek only to protect competitively sensitive engineering drawings and documents that Spectrum disclosed to Defendants during the due diligence. *See, e.g.*, TAC ¶¶ 203, 226, 244, Ex. 29.

**Defendants' Statement Regarding Their Answer (ECF No. 798)**

The parties agree that no redactions are necessary in Defendants' Answer (Doc. 798) and that the Answer, as well as Exhibit A thereto, may be unsealed.

**Spectrum's Statement Regarding Its Response to Defendants' Answer (ECF No. 802)**

Spectrum respectfully submits that no narrowing of redactions is necessary. The proposed redactions are already limited to competitively sensitive engineering drawings and documents that Spectrum disclosed to Defendants during the due diligence. *See* Response ¶ 35.

For these reasons, the parties respectfully request that the Court grant this renewed motion to seal.

fr.com



Hon. Katharine H. Parker<br>
November 29, 2023<br>
Page 2

Respectfully Submitted,

| | |
|---|---|
| */s/ Esha Bandyopadhyay* | */s/ Marla R. Butler* |
| Esha Bandyopadhyay (*Pro Hac Vice*) | Marla R. Butler |
| Fish & Richardson P.C. | THOMPSON HINE LLP |
| 500 Arguello Street, Suite 400 | Two Alliance Center |
| Redwood City, CA 94063 | 3560 Lenox Road NE, Suite 1600 |
| Tel:  650 839 5070 | Atlanta, Georgia 30326 |
| Fax:  650 839 5071 | Tel.: (404) 541-2900 |
| Email:  bandyopadhyay@fr.com | Fax: (404) 541-2905 |
| | Marla.Butler@ThompsonHine.com |
| Michael F. Autuoro (MA 2932) | |
| Fish & Richardson P.C. | Jesse Jenike-Godshalk (*pro hac vice*) |
| 7 Times Square, 20th Floor | 312 Walnut Street, Suite 2000 |
| New York, NY 10036 | Cincinnati, Ohio 45202 |
| Tel:  212 765 5070 | Tel.: (513) 352-6700 |
| Fax:  212 258 2291 | Fax: (513) 241-4771 |
| Email:  autuoro@fr.com | Jesse.Godshalk@ThompsonHine.com |
| | |
| Roger A. Denning (*Pro Hac Vice*) | Jeffrey Metzcar (*pro hac vice*) |
| James Yang (*Pro Hac Vice*) | Discovery Place |
| Fish & Richardson P.C. | 10050 Innovation Drive |
| 12860 El Camino Real, Suite 400 | Miamisburg, Ohio 45342 |
| San Diego, CA 92130 | Tel.: (937) 443-6841 |
| Tel: 858 678 5070 | Fax: (937) 430-3781 |
| Fax: 858 678 5099 | Jeff.Metzcar@ThompsonHine.com |
| Email: denning@fr.com; jyang@fr.com | |
| | Brian Lanciault |
| Adam J. Kessel (*Pro Hac Vice*) | 300 Madison Avenue, 27th Floor |
| Alexander M. Pechette (*Pro Hac Vice*) | New York, New York 10017 |
| Philip K. Chen (*Pro Hac Vice*) | Tel.: (212) 344-5680 |
| Daniel H. Wade (CT 443482) | Fax: (212) 344-6101 |
| Fish & Richardson P.C. | Brian.Lanciault@ThompsonHine.com |
| One Marina Park Drive | |
| Boston, MA 02210 | *Attorneys for Defendants GE HealthCare* |
| Tel: 617 542 5070 | *Technologies, Inc., and GE Precision* |
| Fax: 617 542 8906 | *Healthcare, LLC* |
| Email:  kessel@fr.com; pechette@fr.com; pchen@fr.com; wade@fr.com | |

*Attorneys for Plaintiff*
*Spectrum Dynamics Medical Limited*