```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 12/13/2023           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECTRUM DYNAMICS MEDICAL
LIMITED,

                              Plaintiff,

        -against-

GE HEALTHCARE TECHNOLOGIES, INC. et al.,

                              Defendants.

**ORDER**

**18-CV-11386 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the December 12, 2023 pre-motion conference and as further set forth

on the record, Spectrum's motion under Federal Rule of Civil Procedure 37 to preclude

Defendants' reliance on Mr. Levy's opinion because it was not timely disclosed as an expert

opinion is DENIED.  Spectrum is permitted to depose Mr. Levy as to the basis of the opinion

provided by Mr. Levy and relied upon by Defendants' damages expert in the expert report.  Any

such deposition must be limited to one hour and must occur by **Tuesday, January 16, 2024**.

This Order does not preclude Spectrum from challenging Defendants' expert report

under *Daubert* or to argue (at the appropriate time) that Mr. Levy's opinion is not an admissible

lay opinion.

        **SO ORDERED.**

**Dated:**     December 13, 2023
               New York, NY

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge