UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GE HEALTHCARE TECHNOLOGIES INC. and GE PRECISION HEALTHCARE LLC,<br><br>Defendants. | Case No.: 18-cv-11386 (VSB) |

### ESHA BANDYOPADHYAY'S SUPPLEMENTAL MOTION TO WITHDRAW PURSUANT TO LOCAL RULE 1.4

In accordance with the Court's order at ECF No. 836, I, Esha Bandyopadhyay, counsel for Plaintiff Spectrum Dynamics Medical Limited, submit this supplemental motion to clarify as follows:

1. I am not asserting a retaining or charging lien.

2. The Notice of Withdrawal at ECF No. 835 was served upon the client.

Dated: March 4, 2024

                                            Respectfully submitted,

                                            */s/ Esha Bandyopadhyay*
                                            Esha Bandyopadhyay
                                            **Spectrum Dynamics Medical**
                                            301 N. Cattlemen Road
                                            Sarasota, FL 34232
                                            Tel: (650) 704-3443
                                            eshab@spectrum-dynamics.com

                                            *Attorney for Plaintiff*
                                            *Spectrum Dynamics Medical Limited*