UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DYNAMICS MEDICAL LIMITED, | |
| Plaintiff, | **ORDER** |
| -against- | **18-CV-11386 (VSB) (KHP)** |
| GE HEALTHCARE TECHNOLOGIES, INC. et al., | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court has issued its Opinion and Order on the parties' *Daubert* motions, with instructions to the Clerk to file it provisionally under seal.  Accordingly, no later than **April 3, 2026**, the parties shall file one joint letter outlining their respective positions regarding the sealing of the opinion and proposed targeted redactions.  If the parties wish to propose targeted redactions to the opinion, they shall file motions to seal.  The parties shall follow all applicable rules regarding motions to seal, including the Local Rules and the undersigned's Individual Rules regarding sealing and redactions.  If the parties deem it appropriate, they may file one joint motion to seal.  If no sealing is requested or granted, then the Court will direct the Clerk to unseal the unredacted opinion at an appropriate time.  If sealing is requested and granted, the Court will docket a redacted copy of the opinion.

        **SO ORDERED.**

**Dated:**        March 20, 2026
              New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge