

Fish & Richardson P.C.
One Marina Park Drive
Suite 1700
Boston, MA 02210

617 542 5070 main
617 542 8906 fax

**VIA ECF**

April 3, 2026

**Alexander Pechette**
Principal
pechette@fr.com
617 368 2105 direct

**Hon. Katharine H. Parker**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:    ***Spectrum Dynamics Medical Ltd. v. GE Healthcare Technologies, Inc.***
       Case No. 18-cv-11386 (VSB) (KHP) (S.D.N.Y.)

Dear Judge Parker:

Pursuant to Federal Rule of Civil Procedure 5.2(e), Your Honor's Individual Rule of Practice III(d), and the Court's March 20 Order (ECF No. 932), the parties respectfully submit this joint letter requesting redaction of the Court's Opinion & Order on *Daubert* Motions (ECF No. 931). Spectrum's proposed redactions are shown in Exhibit 1. GEHC's proposed redactions are shown in Exhibit 2. Neither party objects to the other party's proposed redactions.

Spectrum's Proposed Redactions

Spectrum's proposed redactions cover proprietary and competitively sensitive information concerning Spectrum's pricing, manufacturing capacity, and sales figures related to its VERITON medical imaging device. Disclosure of this proprietary and competitively sensitive financial and business information could pose a substantial risk of harm to Spectrum. This is the sort of sensitive information that courts consistently protect from disclosure. *See*, *e.g.*, *Ferring B.V. v. Allergan, Inc.*, No. 12-cv-2650, 2017 WL 4083579, at *6 (S.D.N.Y. Sept. 14, 2017) (sealing documents containing proprietary information).

GEHC's Proposed Redactions

GEHC's proposed redactions pertain to proprietary and competitively sensitive information concerning GEHC's customer research and data, financial projections, pricing, and sales information. Disclosure of this sort of sensitive financial and business information could pose a substantial risk of harm to GEHC and it is the sort of sensitive information that courts consistently protect from disclosure. *See Kewazinga Corp. v. Microsoft Corp.*, 2021 U.S. Dist. LEXIS 62974, at *16–17 (S.D.N.Y. Mar. 31, 2021). This Court also previously approved sealing of substantially



similar information. *See* ECF No. 925 (granting motion to seal at ECF No. 871 seeking, in part, to seal GEHC's competitively sensitive financial and business information).

For these reasons, the parties respectfully request redaction of the Court's Opinion & Order on *Daubert* Motions (ECF No. 931).

Respectfully Submitted,

/s/ Alexander Pechette
Michael F. Autuoro (MA 2932)
Daniel H. Wade (CT 443482)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel:  212 765 5070
Fax:  212 258 2291
Email:  autuoro@fr.com; wade@fr.com

Roger A. Denning (*Pro Hac Vice*)
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678 5070
Fax: 858 678 5099
Email: denning@fr.com

Adam J. Kessel (*Pro Hac Vice*)
Alexander M. Pechette (*Pro Hac Vice*)
Philip K. Chen (*Pro Hac Vice*)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: 617 542 5070
Fax: 617 542 8906
Email:  kessel@fr.com;
pechette@fr.com; pchen@fr.com

*Attorneys for Plaintiff*
*Spectrum Dynamics Medical Limited*

/s/ Brian Lanciault
THOMPSON HINE LLP
Marla R. Butler
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com

Brian Lanciault
300 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

Jeffrey Metzcar
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel. (937) 443-6841
Fax (937) 430-3781
Jeff.Metzcar@thompsonhine.com

*Attorneys for Defendants*
*GE HealthCare Inc. Technologies Ltd.*
*and GE Precision Healthcare LLC*

cc:  All counsel of record (via ECF)