USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/21/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPECTRUM DYNAMICS MEDICAL
LIMITED,

                    Plaintiff,

        -against-

GE HEALTHCARE TECHNOLOGIES, INC. et al.,

                  Defendants.

**ORDER**

**18-CV-11386 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 20, 2026, Plaintiff filed a letter motion requesting that the Court redact portions of its Opposition to Defendant's Objection to the Court's April 6, 2026 Opinion and Order, regarding the parties' *Daubert* motions. (ECF No. 937).

It appears that Spectrum has not filed an unredacted version of its Opposition under seal and has only publicly filed a redacted version of its Opposition. (ECF Nos. 938, 939). Accordingly, no later than **Friday, April 24, 2026**, Spectrum is directed to file the unredacted version of this document under seal pursuant to Individual Rule III.D.

      **SO ORDERED.**

**Dated:**     April 21, 2026
           New York, NY
                                  KATHARINE H. PARKER
                                United States Magistrate Judge