THOMPSON HINE

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

October 29, 2026

***Via ECF***

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. October 30, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Spectrum Dynamics Medical Limited v. GE HealthCare Technologies Inc., et al.*,
Case No. 18-cv-11386 (VSB)

Dear Judge Broderick:

We represent Defendants GE HealthCare Technologies Inc. and GE Precision Healthcare LLC and write jointly with counsel for Plaintiff Spectrum Dynamics Medical Limited. The parties have reached a settlement in principle and respectfully request that the Court temporarily stay this matter for forty-five days while the parties negotiate remaining settlement terms and finalize a written settlement agreement.

The parties respectfully request that the Court stay this action until December 6, 2026.

Respectfully submitted,

*/s/Marla R. Butler*
Marla R. Butler
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
Tel.: (404) 541-2900
Fax: (404) 541-2905
Marla.Butler@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Tel.: (513) 352-6700
Fax: (513) 241-4771
Jesse.Godshalk@ThompsonHine.com

*/s/Michael E. Autuoro*
Michael F. Autuoro (MA 2932)
**Fish & Richardson P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Tel: 212 765 5070
Fax: 212 258 2291
Email: autuoro@fr.com

Roger A. Denning (*Pro Hac Vice*)
James Yang (*Pro Hac Vice*)
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678 5070
Fax: 858 678 5099
Email: denning@fr.com; jyang@fr.com

THOMPSON HINE



Jeffrey Metzcar (*pro hac vice*)
Discovery Place
10050 Innovation Drive
Miamisburg, Ohio 45342
Tel.: (937) 443-6841
Fax: (937) 430-3781
Jeff.Metzcar@ThompsonHine.com

Brian Lanciault
300 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

*Attorneys for Defendants GE HealthCare Technologies Inc., and GE Precision Healthcare LLC*

Adam J. Kessel (*Pro Hac Vice*)
Alexander M. Pechette (*Pro Hac Vice*)
Philip K. Chen (*Pro Hac Vice*)
Daniel H. Wade (CT 443482)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Tel: 617 542 5070
Fax: 617 542 8906
Email: kessel@fr.com;
pechette@fr.com; pchen@fr.com;
wade@fr.com

*Attorneys for Plaintiff Spectrum Dynamics Medical Limited*